1  Roy A. Katriel (265463)
   **THE KATRIEL LAW FIRM, PLLC**
2  12707 High Bluff Drive, Suite 200
   San Diego, CA 92130
3  Tel:  (858) 350-4342
   Fax:  (858) 430-3719
4  E-mail: rak@katriellaw.com

5  *Counsel for Plaintiffs*

6  [additional Plaintiffs' counsel listed on signature block]

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  MAJEED SEIFI AND TRACEY            CASE NO.
    DEAKIN, On Behalf Of Themselves And
13  All Others Similarly Situated,
                                        **CLASS ACTION**
14          Plaintiffs,
                                        **COMPLAINT**
15          vs.

16  MERCEDES-BENZ USA, LLC,            **JURY TRIAL DEMANDED**

17          Defendant.

18

19

20

21

22

23

24

25

26

27

28

*Seifi et. al. v. Mercedes-Benz USA, LLC,*                    COMPLAINT
Case No.
                                1

## NATURE OF THE ACTION

1.     Plaintiffs Majeed Seifi and Tracey Deakin, both residents of California, bring this action on behalf of themselves and all other similarly situated owners and lessees of Mercedes Benz branded automobiles equipped with Mercedes' M272 or M273 engines[1] in California. As detailed, herein, the subject engines are equipped with defective gears in their balance shafts (in the event of the M272 engines) or with defective idle gears (in the case of the M273 engines). These defective gears wear out prematurely, excessively, and without warning, causing the vehicle to malfunction, the "check engine light" to remain illuminated, and the vehicle to misfire and/or stop driving. The only recourse is to have the balance shaft or idle gear replaced, which is a large scale repair job, taking numerous days and costing several thousand dollars. All the while, Defendant Mercedes-Benz USA, LLC ("Defendant" or "Mercedes") has known of the existence and manifestation of this defect, as is documented in its own internal documents, but has failed to take appropriate corrective or remedial action, and has concealed and affirmatively misrepresented the existence of this defect from unsuspecting owners and lessees. Plaintiffs are among the numerous owners of such vehicles that have had faulty balance shaft or idle gears, and have incurred thousands of dollars' worth of repair bills as a result. Defendant's conduct with regard to the sale, distribution, and repair (or lack thereof) of these vehicles amounts to a violation of Defendant's common law and statutory duties, as detailed more fully herein.

---

[1] Mercedes' M272 engine is a v-6 engine first introduced in 2004, and found in the following Mercedes model vehicles in the following model years: Mercedes C 230, SLK 280, SLK 350, and CLS 350 (2004 to present); E 230, CLS 280, CLK 280, C 280, E 280, SL 280, C 350, E 350, S 350, SL 350, and Viano (2005 to present); R 280, R 350, ML 350, and Sprinter (2006 to present); S 280 (2007 to present); CLC 230, and CLC 350 (2008 to present). Mercedes' M273 engine is a V-8 engine first introduced in the model year 2006, and found in the following Mercedes model vehicles in the following model years: E 500/E 550, CL 500/CL 550, CLS 500/CLS 550, and GL 500/GL 550 (2006); GL 450, S 450, and ML 450 (2007); ML 500/ML 550 (2008); and, CLK 500/CLK 550 (2006 and 2009). The class seeks to represent owners and lessees of the foregoing model vehicles who also meet the additional criteria set forth in paragraphs 36 of this Class Action Complaint.

2

1

## JURISDICTION AND VENUE

2        2.      This Court has subject matter over this action pursuant to the Class Action

3    Fairness Act, 28 U.S.C. § 1332 (as amended 2005) because the Complaint pleads a class

4    action involving more than $5 million in controversy, and involves a putative plaintiff

5    class of diverse citizenship than Defendant.

6        3.      This Court has personal jurisdiction over Defendant Mercedes-Benz USA,

7    LLC because Defendant markets and distributes Mercedes automobiles, including the

8    ones forming the subject of this Complaint, within this judicial district.

9        4.      Venue is proper in this district because Plaintiff Majeed Seifi is a resident of

10   this judicial district, his vehicle was purchased and malfunctioned within this judicial

11   district, and the events giving rise to his claims took place within this judicial district.

12   Venue in this district is therefore proper pursuant to 28 U.S.C. § 1391.

13

14

## THE PARTIES AND THEIR EXPERIENCES

15       5.      Plaintiff Majeed Seifi is a resident of Alameda County in California and the

16   owner of a 2006 Mercedes ML-350. Just a few weeks ago, when the vehicle had

17   approximately only 70,000 miles or so and shortly after Mr. Seifi had the vehicle

18   serviced at his factory-authorized Mercedes dealership, Mr. Seifi noticed that the

19   vehicle's "Check Engine Light" illuminated. He contacted service personnel at his

20   Mercedes factory-authorized dealer who instructed Mr. Seifi to retighten the vehicle's

21   gas cap. Mr. Seifi did so, but after a few miles, the problem persisted and the car's

22   "Check Engine Light" illuminated once again. Mr. Seifi brought the vehicle back to his

23   Mercedes factory-authorized dealership, who upon inspecting the car, informed Mr. Seifi

24   that the vehicle had a defective balance shaft gear that would require replacement of the

25   balance shaft at a cost of approximately $6,000.00.   When Mr. Seifi complained that a

26   vehicle of such low mileage and age should not require a $6,000 repair bill, and that he

27   was never informed of an existing defect when he purchased the car or had it serviced,

28   he was advised that his vehicle was outside the scope of Mercedes' express warranty,

3

*Seifi et. al. v. Mercedes-Benz USA, LLC,*
Case No.                                                                                           Complaint

1    and there was no warranty coverage to be obtained. Mr. Seifi was advised to contact
2    Mercedes-Benz USA, which he did to no avail. Because continuing to drive the vehicle
3    would pose a safety hazard, as the defective balance shaft gear would cause the vehicle
4    to misfire and stall within traffic without any prior warning, Mr. Seifi has no choice but
5    to pay for the $6,000 repair bill himself, or be left with an unusable vehicle for which he
6    initially paid tens of thousands of dollars.

7        6.    Plaintiff Tracey Deakin is a resident of San Luis Obispo, California, and the
8    original owner of a 2006 Mercedes ML-350 that he purchased from an authorized
9    Mercedes dealer on approximately December 2006. The vehicle is equipped with
10   Mercedes' M272 engine. On approximately April 2012, Plaintiff Deakin's vehicle's
11   "Check Engine Light" illuminated and the vehicles began misfiring without prior
12   warning. Upon experiencing these issues, Mr. Deakin brought his vehicle in for repairs
13   to his factory-authorized Mercedes dealership. The dealership diagnosed the problem
14   with Mr. Deakin's vehicle as a defective balance shaft gear that needed replacement—
15   an expensive repair job that would require disassembly of a significant part of the
16   vehicle's engine, and that would cost thousands of dollars to complete. When Mr.
17   Deakin complained that an engine of such recent vintage should not malfunction and
18   need disassembly, the dealership and Mercedes Benz refused any demand from Deakin
19   for compensation or redress, instead informing Mr. Deakin that his vehicle was out of
20   warranty. Mr. Deakin, having no choice when confronted with a non-driveable car, was
21   left to expend close to $7,000 to complete the balance shaft gear repair job for his
22   vehicle.

23       7.    When Mr. Deakin received his vehicle back from repair, the repair slip
24   included the mechanic's notes and observations about the extent of the damage that had
25   been present in Mr. Deakin's vehicle's engine: "balance shaft sprocket teeth all but
26   missing." As a result of this metal piece deep within the engine having been destroyed,
27   the repair receipt also noted that, "on tear down of the engine, found lots of metal pieces

28

4

1  in the engine oil sump" and "flakes and chunks have migrated into and through entire

2  engine."

3      8.      Defendant Mercedes-Benz USA, LLC is a limited liability corporation

4  having its principal place of business at 3 Mercedes Drive in Montvale, New Jersey

5  07645. Defendant is a subsidiary of Daimler, Inc., the manufacturer of Mercedes-

6  branded vehicles. Founded in 1965, Mercedes-Benz USA, LLC is responsible for the

7  distribution and marketing of Mercedes and Maybach automobiles within the United

8  States. Defendant was the entity responsible for injecting the Mercedes vehicles

9  currently owned by Plaintiffs into the United States stream of commerce.

10

11                  **THE PERVASIVE NATURE OF THE PROBLEM**

12      9.      Plaintiffs' experiences are but two of the many similar situations

13  encountered by owners or lessees of M272 or M273 engine-equipped Mercedes vehicles

14  in the United States. Upon information and belief, the defect in the subject vehicles

15  appears to be attributable to a defect in the materials selection and/or the manufacture or

16  design of the balance shaft gear (in the case of the M272 engines) or the idle gear (in the

17  case of the M273 engines) that causes the sprockets on the balance shaft in the M272

18  engine to wear prematurely and excessively, and likewise to cause the guide on the idler

19  gear that drives the timing chain in the M273 engine to wear prematurely and

20  excessively. Indeed, so pervasive is the problem, that a host of message boards for

21  aggrieved Mercedes owners has arisen online. Even a cursory sampling of these online

22  complaints documents how pervasive the problem is.

23      10.     Attached as Exhibit 1 hereto are postings at an online message board found

24  at a website entitled benzworld.org. The message board topic begins with a posting of

25  an owner of a 2006 Mercedes C230 with only 31,000 miles that had to have the balance

26  shaft replaced. (Ex. 1 at p. 1). The reply postings reveal a steady stream of owners

27  similarly affected. One poster relates that: "That's exactly what happened to mine. The

28  CEL [check engine light] came on for both cams being out of time. When they tore the

                                                5

1   motor apart it turned out that the balance shaft actually was worn causing it. Hopefully
2   this won't happen again?" (*Id.*). Another owner posts that: "love my MB but am a real
3   novice about anything automotive. CEL [check engine light] went on two days ago,
4   brought it into MB and they told me that I needed to replace my balance shaft for a 06
5   E350 with 90k miles on it. Is this a common problem? I am being told it will take 3 days
6   and $4,000 to fix this which seems unbelievable when I have never had an issue with the
7   car before." (*Id.* at 2). Another post relates that, "The dealer told me I had the same
8   problem with the balance shaft, and told me it was a common problem, they would fix it
9   for $4000 and mercedes would kick in $2000 because it is a common problem." (*Id.*).
10  Yet another posting relates that "Was just told by my mechanic I have this issue." (*Id.* at
11  4). Another poster to the same message board also informed that, "I was just informed
12  that my 2006 e-350 needs to get the balance shaft replaced. Unfortunately, I am out of
13  warranty; if they would have caught this problem 3 weeks ago when i brought it in for
14  service, my warranty would have covered it." (*Id.* at 6). And the postings continue, as
15  another owner describes that, "I am about to have a Gear on the balance shaft on my
16  2006 C240 replaced. The CEL [check engine light] stays on after servicing. Estimated at
17  $4000.00. Is this normal? I have 68,000 miles." (*Id.* at 7). Yet another aggrieved
18  Mercedes owner posts that, "I have a 2006 ML350 with 56,000 miles at the dealer right
19  now to replace the balance shaft. I've started a facebook page for owners who have had
20  the same problems with that motor to get everyone together with this issue. Maybe a
21  possible class action in the future??" (*Id.*).

22      11.    The foregoing are but selected postings in only one online message boards,
23  but the problem is so pervasive that several other online message boards with similar
24  experiences exist. Another message board entitled "ML-350 3.5L Balance Shaft
25  Failure" at the peachparts.com site, attached hereto as Exhibit 2, contains the following
26  posting from a Mercedes owner, "What a surprise!.. Wife's '06 ML350 had intermittent
27  CEL [check engine light]. Last year, dealer replaced cam /timing position sensors.
28  Problem continued to occur with CEL coming on even more frequently. NOW, they tell

6

1  me that the Balance Shaft has a bad gear and it is deteriorating. 73K miles. Thank
2  goodness for extended warranties. Finding from other web site threads and blogs that
3  MB USA is not consistent with the treatment of customers... some customers are bearing
4  the full cost of the repair while others are being offered "good will" discounts. Appears
5  there had been a service bulletin out for 2 1/2 years on this problem with no sign that
6  MBUSA is stepping up to cover a known fault. roughly 10 updates to the bulletin adding
7  vehicles to the list." (Ex. 2 at 1). In response, a poster to the same message board that is
8  evidently a Mercedes mechanic relates that, "I've got two at my shop right now, an ML
9  and an R Class. It looks like two of my guys will be busy for the next few days. They're
10  both out of warranty, but I'm sure MB will help out." (*Id.* at 3).

## MERCEDES' ACTUAL KNOWLEDGE OF THE DEFECT, AND THE FACTS SUPPORTING THE ALLEGATIONS OF SUCH KNOWLEDGE

12.  Mercedes has known all along about the existence of a defect with the
balance shaft gears in its M272 engines and idle gears on its M273 engine, yet it has
concealed that knowledge, deliberately omitted any information or dissemination about
its existence to the unsuspecting putative class members, and beyond that has
affirmatively misrepresented the reliability of vehicles equipped with the subject M272
and M273 engines so as to falsely convey the message that the vehicles were reliable and
did not suffer from any reliability concerns known to Mercedes.

13.  As documented in several automotive industry trade magazines, the
problem at hand began with Mercedes M272 and M273 engines manufactured as early as
2004, and prevailed in engines manufactured until September 2006. A news article in
the German automotive magazine *Autobild*, dated August 4, 2011, which was entitled,
"Mercedes Admits Material Fault," documents:

> Owners of Mercedes six and eight cylinder engines still have to fear for
> their engines. Due to a material fault, on cars built between April 2004 until
> September 2006, a gearwheel of the timing chain can wear down. The

7

damage is noticeable when the engine indicator lamp is on. Repairs cost up to 4700 Euros, depending on the model. Mercedes has built the engines of series M272 (2.5, 3 and 3.5 liter V6) and M273 (5 liter V8) in ten model ranges. It's still a mystery how many cars with M272 and M273 engines have been affected by this fault.

Exh. 3 hereto, at 1.[2]

14. The same German news article details that Mercedes was aware of the problem because it was caused by different steel compositions used in the part—a problem that Mercedes ultimately remedied in September 2006 by returning to a gear construction of conventional steel:

The reason: in case of chain wheels made of sintered steel, different material compositions are used. This problem was solved only after chain wheels were once again made of conventional steel (September 2006).

*Id.* at 2.

15. Not only that, but the *Autobild* German news report also details that, Mercedes has been well aware of the defect, and launched "an internal faults statistic - which is, however, kept classified by Mercedes." *Id.* at 2.

16. Building on the news story first reported in the German magazine *Autobild*, the online automotive trade journal *Carfolio*, posted an article entitled "Mercedes Hit With Timing Chain Issues on 2004-2006 V6 and V8 Model," which likewise documented that:

Mercedes-Benz is currently trying to recapture the number one position in global luxury sales, but a quality problem on its home turf in

---

[2] Exhibit 3 hereto is the translated English version of the *Autobild* news article. The original German version of the article is attached hereto as Exhibit 4.

8

*Seifi et. al. v. Mercedes-Benz USA, LLC,*
Case No.                                                                 Complaint

> Germany seems to be undermining confidence in the brand. Autobild
> reports that the M272 V6 and M273 V8 engines used a sintered steel
> timing chain gear made of various materials starting in 2004, but
> switched to conventional steel in 2006, eliminating the problem with
> gear wear. The problem: nobody seems to know how many vehicles
> built between 2004 and 2006 are affected.

Exh. 5 hereto.

17. The same news article goes on to report that Mercedes had been well aware of the problem because it employed "secret internal defect tracking" in order to attempt to forecast the rate of failures that it could expect to see concerning the balance shaft gear-stripping. *Id.*

18. The report also detailed that, unlike in the United States, in Germany, Mercedes had acknowledged the problem and Mercedes' responsibility for it, by offering to cover free repairs to affected vehicles:

> If you have a vehicle with one of these engines built between 04 and 06
> and your check engine light comes on, Mercedes encourages you to visit
> your M-B dealer rather than an independent shop, as Mercedes is
> offering free repairs to affected customers. And as Autobild's Matthias
> Mötsch argues, when your motto is "the best or nothing" the only answer
> to a situation like this is to fix 100% of the defects for free.

*Id.*

19. That the defect at issue plagued Mercedes M272 and M273 engines starting in 2004, and that Mercedes launched and kept undisclosed to the public or consumers an "internal fault statistic" or a "secret internal defect tracking" study to track the prevalence of the problems caused by this defect, and that Mercedes implemented a manufacturing change as of September 2006 (which necessarily must have been planned and approved before its actual production date and which pre-dated Deakin's vehicle purchase by two months) to remedy the defect by switching from sintered steel alloy to a

9

1   conventional steel construction of the balance shaft gear,  and that Mercedes has been

2   offering consumers in Germany free repairs to remedy the defect, but has failed to do the

3   same for consumers in the United States, are all evidence establishing the fact that

4   Mercedes was well aware of the defect plaguing the engine powering Plaintiffs' vehicle

5   prior to the Plaintiffs' purchase.   Moreover, as detailed in paragraphs 28-32 below and

6   the Exhibits referenced therein, Mercedes did more than merely fail to disclose its

7   knowledge of this defect, but affirmatively misrepresented the reliability of the subject

8   vehicles and the steps that Mercedes had taken purportedly to ensure that the vehicles

9   that it knew were plagued by this defect, were reliable and had no quality concerns.

10          20.    Though Mercedes' knowledge of the defect first came into being before

11  Plaintiffs' purchase of their 2006 model year vehicle, Mercedes has continued to remain

12  ever knowledgeable and mindful of the defect plaguing the M272 and M273 engines

13  found in M272 and M273 engine-equipped Mercedes cars, but has continued concealing

14  that knowledge and misrepresenting the attributes of these vehicles.  In August 2007,

15  Mercedes issued an internal Technical Service Bulletin that documented the problem and

16  informed Mercedes technicians how to diagnose it and replace the defective balance

17  shaft or idle gears.  Further, to date, since the August 2007 initial release of the internal

18  Technical Service Bulletin, Mercedes has issued approximately 10 amendments,

19  supplements or additional Technical Service Bulletins, all of which acknowledge the

20  problem brought about by the defective balance shaft or idle gears.

21          21.    The Technical Service Bulletins were disseminated internally by Mercedes

22  to its repair technicians, and were not designed to and did not inform the general public,

23  drivers, or lessees of affected vehicle about the defect.  To the contrary, even while

24  knowing all the while of the existence of this defect, Mercedes continued to offer for sale

25  and sell the subject vehicles equipped with the M272 and M273 engines, and took no

26  steps to replace the defective parts, or to otherwise remedy the defect.

27          22.    That Mercedes knew and has known all along about the defect in its balance

28

10

1  shaft gears is also independently confirmed by review of their diagnostic codes and
2  manuals. When a Mercedes vehicle is brought in for repairs to an authorized Mercedes
3  dealership, the technician may connect the vehicle to an electronic diagnostic scanner
4  that will output a series of codes, which purport to store in the vehicle's computer
5  memory a set of conditions that the vehicle has experienced. Armed with these codes,
6  the Mercedes technician can turn to Mercedes' repair manuals that may document
7  potential diagnoses of fault tree procedures to follow, given certain diagnostic code
8  outputs from the scanner tool. For several years now, and even prior to Mercedes'
9  issuance of its Technical Service Bulletin in mid-2007, Mercedes diagnostic manuals
10 have alerted its technicians that in vehicles equipped with the M272 engine, if the
11 scanner outputs codes that correspond to retarded cam shafts on the engine, the
12 Mercedes diagnostic manual instructs the repair technician to check for probable balance
13 shaft gear wear, thereby highlighting that Mercedes already knew of this defect, its
14 symptoms, and manifestations, yet concealed its existence from the driving and buying
15 public.

16
17 ## AS KNOWN TO MERCEDES AND THE INDUSTRY, THE EFFECT OF USING
18 ## SINTERED STEEL WAS CERTAIN FAILURE OF THE PARTS

19     23.     As documented in *Autobild*, the defect at issue was attributable to
20 Mercedes' decision to manufacture the balance shaft gear and idle gear in the M272 and
21 M273 engines, respectively, from sintered steel as opposed to conventional steel, starting
22 in April 2004 until September 2006 (when Mercedes reverted to manufacturing the parts
23 out of conventional steel). Sintered steel is a type of metal has undergone a sintering
24 process, in which powdered metal is heated below its melting point until the particles
25 form a molecular bond. Metals such as iron, copper, and aluminum are commonly turned
   into sintered steel.

26     24.     Unlike traditional metallurgy, where steel is melted into a more or less
27 liquid state before being shaped, sintered steel is forged while still in a powdered form.
28

11

1   By not having to be melted, several phases are eliminated from the conventional process.
2   This reduces manufacturing time, and hence costs in high volume production.

3   25.    The prospect of using sintered steel for engine components under high
4   stress, like balance shaft gears and idle shaft gears, has been studied and reported at
5   length in the literature.  For years, it has been well known in the trade that resort to parts
6   made of sintered steel for engine components facing high stress (as is the case with idle
7   shaft gears and balance shaft gears) would lead to premature failure because the parts
8   manufactured out of sintered steel did not retain the stress bearing or fatigue
9   characteristics of parts manufactured from conventional steel forging.

10   26.    For example in a Technical Paper published in 1998 by the Society of
11   Automotive Engineers ("SAE"), of which Mercedes is a member, researchers showed
12   that engine parts made out of sintered steel had less fatigue strength than the same part
13   made out of conventional forged steel.  Similarly, another Technical Paper published by
14   the SAE that same year documented that sintered steel engine parts are less reliable in
15   meeting machined specifications.  Another SAE Technical Paper published in 1988 had
16   previously concluded that the fatigue properties of sintered steel engine parts could not
17   be improved because of loss of microstructural heterogeneity in the composition of the
18   parts.  So too, in a published article in a treatise on metallurgy in automotive
19   applications, researchers testing sintered steel automotive parts found that the sintered
     steel parts all failed due to corrosion fretting.
20

21   27.    These studies and properties of sintered steel material for critical
22   automotive parts were well known to the industry, and a subject of common study in
23   professional societies of which Mercedes and its engineers were members.  Despite these
24   longstanding results and reports in the trade literature, Mercedes decided in 2004 to
25   manufacture the balance shaft gears and idle shaft gears in the M272 and M273 engines
26   out of sintered steel.  When it did so, Mercedes knew, given these longstanding studies
     and reports, that the parts were certain to fail.
27

28
                                            12

*Seifi et. al. v. Mercedes-Benz USA, LLC,*
Case No.                                                                    Complaint

28.    The failure of an engine's balance shaft gear or idle shaft gear is a highly unusual occurrence in vehicles manufactured in the 21st century. It is extremely rare to see these failures in modern vehicles, much less is it commonplace to experience such failure in vehicles of the ages and mileage ranges of Plaintiffs' vehicles.

## MERCEDES' AFFIRMATIVE REPRESENTATIONS CONCERNING VEHICLES EQUIPPED WITH THE SUBJECT ENGINES

29.    Mercedes did more than merely fail to disclose its knowledge of the defect plaguing the M272 and M273 engines. Far from merely remaining silent (which would have been egregious enough), Mercedes undertook a campaign to affirmatively misrepresent the reliability and lack of quality concerns affecting the subject vehicles, all at a time when Mercedes knew that the precise opposite was true.

30.    For example, with the launch of the 2006 model year of its M-class line of vehicles, the cars were reviewed in the press as that year marked a purportedly redesigned version of the vehicles. As part of the press coverage, Mercedes spokespeople touted the supposed reliability of the vehicle, and specifically noted that any reliability issues that were of concern in the prior model years of the same vehicles were resolved with the 2006 model year lineup. In a review entitled, "2006 Mercedes-Benz M-Class" featured on the MSN network, Mercedes touted that:

> Mercedes has had quality issues in the past few years, but feels confident that the new design of the solid-feeling M-class should be free of problems.

Ex. 6 at 2.

31.    The same online news review of the 2006 M-class also quoted Mercedes spokesperson Rob Moran as acknowledging that "[t]he 2005 M-class [which Plaintiffs' 2006 model replaced] isn't unusually old for a Mercedes because the life cycle for most of our models is 7.5 years." *Id*. at 2.

13

*Seifi et. al. v. Mercedes-Benz USA, LLC*,
Case No.                                                                                          Complaint

32.     The MSN network automotive review was just but one instance of Mercedes misrepresenting the reliability and quality attributes of its 2006 M-class vehicles.  An online article on *CNN Money*, dated November 20, 2006, reported on Mercedes' response to the poor reliability ratings that Consumer Reports had assigned to the 2006 Mercedes vehicle lineup, as reported by owners of these cars.  As documented in the CNN article, Consumer Reports found that:

> Among mid-sized SUVs, the M-class, a quality disaster when it first came out, still ranks as the least reliable in its grouping.

Ex. 7, at 1.

33.     Yet, when confronted with this reporting, and knowing full well that these vehicles were plagued by a defect in their balance shaft gears known only to Mercedes (recall that by November 2006—the date of the *CNN Money* article—Mercedes had already changed the manufacture of the balance shaft gear to conventional steel to deal with this undisclosed defect), Mercedes affirmatively responded by conveying the opposite impression as to the reliability and owner experience of the 2006 M-class lineup.  The CNN article reported that "a spokesman for Mercedes says that the data in the *Consumer Reports* rankings 'is totally out of sync with what we're seeing in the mainstream research as well as our own customer satisfaction and warranty data.'" *Id*. at 1. In truth and in fact, by this time, the complaints about the balance shaft gear defect found in the 2006 M-class vehicles that Plaintiffs purchased were so pervasive that Mercedes had initiated a "secret internal defect tracking" study of the problem.  It also initiated a program in Germany where it began covering the cost of repairs for vehicles affected by this problem—something that it has not done in the United States.

## CLASS ACTION ALLEGATIONS

34.     Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs bring this action as a class action on behalf of all owners and lessees within California of Mercedes vehicles equipped with either the M272 or M273 engines, subject to the qualifications

14

listed herein.  Specifically, with respect to owners or lessees of Mercedes vehicles equipped with the M272, that portion of the class is limited to those owners of vehicles with M272 engines bearing serial numbers up to 2729..30 468993.  With respect to owners or lessees of Mercedes vehicles equipped with the M273, that portion of the class is limited to those owners of vehicles with M273 engines bearing serial numbers up to 2739..30 088611.  Collectively, the foregoing vehicles are referred herein as the "subject vehicles."  Plaintiffs are each current owners of a subject vehicle.  Specifically excluded from the class are all judicial officers assigned to this case, as well as all federal and state employees, and the employees of Defendant or its corporate affiliates.  Also excluded from the class definition are any individuals who allegedly have suffered personal injuries as a result of the alleged defects.  Plaintiffs reserve the right to amend or supplement this class definition as discovery or other case development warrant.

35.    Although the exact number of class members is presently unknown, Plaintiffs are informed and believe and thereon allege that the class as well as the subclasses will number in the thousands of consumers, thereby making joinder impracticable.

36.    Class certification is also appropriate because there are questions of fact and/or law that are common to the class members.  Among these common questions of fact and/or law are:

    a.  Whether Defendant is responsible for injecting allegedly defective vehicles in to the United States' stream of commerce;

    b.  Whether the subject vehicles are defective, and, if so, the nature of the defect;

    c.  Whether any warranties, expressed or implied, were breached in connection with the sale and/or distribution of the subject vehicles;

    d.  Defendant's knowledge and Defendant's concealment of the defect;

    e.  Whether Defendant violated (i) California's UCL, (ii) the Song-Beverly Act and/or (iii) the California CLRA;

15

f.  Whether class members are entitled to the relief sought, and if so, the proper scope of such relief, including, but not limited to the proper measure of damages.

37.  Plaintiffs' claims are typical of the claims of the absent class members in that Plaintiffs, like all the absent class members, claim that they are either the owner or lessee of a Mercedes vehicle that is equipped with either an M272 or M273 engine that is defective. Plaintiffs are members of the class they seek to represent, and the claims they advance on their own behalf are identical to the claims asserted on behalf of the class.

38.  Plaintiffs are adequate class representatives in that, as members of the class and as current owners of an allegedly defective Mercedes vehicle equipped with the M272 or M273 engine, Plaintiffs' interests are entirely aligned with those of the class. There are no individual conflicts that prevent Plaintiffs from adequately representing the class. Plaintiffs have also retained competent counsel experienced in class action litigation.

39.  Class certification is proper because common questions of fact and law predominate over questions that may affect only individual members of the class. The subject vehicles are manufactured on an assembly line setting, subject to a common design and manufacturing plan, such that evidence of a defect in the balance shaft or idle gears would be one that would predominate over the entire class membership, as would evidence of Defendant's course of action, knowledge of the alleged defect, and any alleged concealment thereof.

40.  A class action presents a superior form of adjudication over individual litigation. The costs of litigating this action against a large and sophisticated defendant like Defendant in comparison to the recovery or relief sought would make individual litigation impracticable. In addition, forcing individual litigation would risk the result of inconsistent rulings with respect to Defendant's duties owed to the various vehicle owners and lessees.

41.     A class action is manageable.  The proposed class represents an identifiable community that can be readily identified, and the relief sought is one that can be overseen by the Court.

## COUNT I
## (BREACH OF EXPRESS WARRANTY)

42.     Plaintiffs hereby incorporate by reference all of the allegations of this Complaint with the same force and effect as if these allegations had been fully restated herein.

43.     Plaintiffs are owners of Mercedes model vehicles equipped with the M272 engine containing the defect in the balance shaft gear detailed herein.

44.     Like all such automobiles, when sold, Plaintiffs' vehicle were subject to an express factory warranty issued by Defendant, whose terms purported to provide coverage for repairs and defects for a period of the earlier of 4 years or 50,000 miles since the vehicles' in-service date to the vehicles' original and subsequent owners.

45.     Specifically, the Mercedes express warranty provides, in pertinent part, that:

> Mercedes-Benz USA, LLC (MBUSA) warrants to the original and each subsequent owner of a new Mercedes-Benz passenger car that any authorized Mercedes-Benz Center will make any repairs or replacements necessary, to correct defects in material or workmanship arising during the warranty period.

Exh. 8 hereto, at 13.

The Warranty documentation specifically states that Mercedes' "intention is to repair under warranty, without charge to you, anything that goes wrong with your car during the warranty period which is our fault." *Id*. at 17.

17

46.     As detailed herein, Plaintiffs' and class members' vehicles were defective within the warranty coverage period because a defect within the balance shaft gear or idle shaft was present from the date of the vehicles' manufacture and the injury to the gears was occurring and was ongoing within the warranty period.

47.     The nature of the defective balance shaft gear (in the M272 engine) or the defective idle gear (in the M273 engine) is such that it would not be discoverable by a reasonable vehicle owner upon exercise of reasonable and diligent care until the vehicle actually experienced a malfunction, such as vehicle misfiring, stalling, or check engine illumination, attributable to the defect. This is because the defect is one attributable to the material composition and selection of the balance shaft gear or idle gear, and hence would not be detectable upon regular visual inspection or vehicle maintenance. Further, the location of the balance shaft gear or idle gear deep within the vehicles' engine means that the defective part would not even be visible or subject to inspection without tear down of the engine. Plaintiffs, though exercising reasonable and diligent care in maintaining his vehicle, did not and could not have reasonably discovered the defect plaguing their vehicles' balance shaft gear, until their vehicles actually malfunctioned in April 2012.

48.     Defendant has breached the terms of this express warranty by failing to correct, at no charge to class members, the subject defect. Rather, within the warranty coverage period, Defendant routinely denies that any such defect exists, or contends that its "discovery" has taken place outside the period of warranty coverage, and has therefore refused to repair the class members' vehicles, as required under the terms of Defendants' express warranty.

49.     The nature and source of the defect—the improper selection of the material making up the balance shaft gear or idle gear in the subject vehicles—is such that it makes it substantially certain that this defect will manifest itself and the gears and engine will fail well before its reasonably expected useful lifetime.

18

50.    The consequences of the defect at issue also pose real and significant safety concerns because they render the subject vehicles non-drivable without prior warning while the vehicles are on roadways, and often times surrounded by heavy traffic.  As was the case with Deakin's vehicle, the defect causes the car to misfire, rendering it non-driveable without any prior warning or indication.  Several owners complaining about the defect have expressly referenced the safety issued occasioned by this defect and the peril they faced when their vehicles malfunctioned.

51.    To the extent that Mercedes has claimed and continues to claim that it is justified in refusing to remedy and/or repair the subject defect in certain vehicles because the defect has been "discovered" only after the durational period of warranty coverage has elapsed, that practice amounts to an unconscionable business practice, rendering Mercedes' justification unenforceable, and as a result, Defendant is and should be ordered to remedy the defect under warranty.

52.    Adhering to the durational period of the warranty is unconscionable because, *inter alia*, Defendant knew when it sold the subject vehicles (backed with the express warranty) that the defects alleged herein existed and failed to disclose the same to the vehicle owners, or to exclude coverage for the same within the terms of the express warranty.  By the time Plaintiffs' vehicles were sold, Mercedes had received widespread complaints about the defect, leading it to: initiate a secret internal defect tracking study about the incidence of the defect; implement full coverage for repair of affected vehicles in Germany; and to ultimately, beginning in September 2006, manufacture a redesigned balance shaft gear of conventional steel so as to remedy the defect that plagued the gears manufactured prior to that date, which were composed of sintered steel.  Not only did Mercedes merely fail to disclose this defect, which was known to Mercedes, but it affirmatively misrepresented that Plaintiffs' vehicles were free of quality concerns, and that any prior reliability issues plaguing prior model years of Plaintiffs' vehicles had now been resolved with the launch of the 2006 model year. The nature of the defects are such that they were known to Defendant but were not and

19

1' could not have been known to, or discovered by, class members upon reasonable
2 inspection of the vehicles prior to their purchase. Defendant's superior knowledge about
3 the quality of the vehicles, including its defects, as well as Defendant being the sole
4 issuer of the express warranty covering the subject vehicles, gave Defendant a superior
5 bargaining power with respect to class members in setting forth the terms of the warranty
6 coverage.

7      53.     Moreover, Mercedes' fixing of a 4 year warranty for the subject vehicles,
8 when it knew of the existence and prevalence of the defect to the balance shaft gears,
9 was also unconscionable in light of Mercedes' public recognition that the average life
10 cycle of most of its models was 7.5 years. (*See* Paragraph 30 *supra* and Ex. 6 hereto).
11 Mercedes' owner's manual cautions drivers that the vehicles should not be driven if the
12 "Check Engine" light becomes illuminated  (Ex. 9 hereto at p. 395).  This is precisely the
13 manner in which the defect at issue exhibited itself in Plaintiffs' vehicles.  The net result
14 is that vehicles that Mercedes had acknowledged and publicly announced had an average
15 life cycle among consumers of 7.5 years, were known to Mercedes to contain a defect
16 that would make them fail and be rendered non-driveable well before this period of time.
17 Only by concealing its knowledge and misrepresenting the actual reliability and quality
18 attributes of the vehicles, was Mercedes able to get Plaintiffs and consumers at large to
19 "agree" to a warranty coverage of 4 years or 50,000 miles.

20      54.     Thus, the warranty limits unilaterally imposed by Mercedes are
21 unconscionable or, alternatively, the facts alleged raise a question of fact as to
22 unconscionability.

23      55.     As a proximate, foreseeable, and direct result of Defendant's breach of its
24 express warranty, Plaintiffs and the class members have suffered legal and actual injury,
25 including the expenditure of money damages to have their vehicles repaired and
26 associated expenses, damages associated with the loss of use and enjoyment of their
27 vehicles, and damages associated with the decreased value of their vehicles.

28

20

*Seifi et. al. v. Mercedes-Benz USA, LLC*,
Case No.                                                                                                                    Complaint

1    have or will incur incidental damages attributable to the loss of use of the vehicle during
2    the time of needed repairs to remedy the defect.

3        62.    Plaintiffs and the putative class members are entitled to and do seek
4    monetary, declaratory, injunctive, and equitable relief as redress for Mercedes' material
5    breach of its implied warranty.

## COUNT III

## (VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW, CAL. BUS.
## AND PROFESSIONS CODE, § 17200 ET. SEQ.).

10       63.    Plaintiffs hereby incorporate by reference each and every allegation
11   of this Complaint with the same force and effect as if it these allegations had been fully
12   restated herein.

13       64.    California's Unfair Competition Law ("UCL") prohibits and makes
14   actionable any unlawful, unfair, or deceptive business practice. Mercedes' actions, as
15   alleged herein, in connection with the sale and marketing of the subject vehicles with a
16   latent defect to their balance shaft gears or idle gears amounts to, at least, an unlawful
17   and deceptive business practice and, hence, a violation of the UCL.

18       65.    For at least the reasons alleged in Count I and Count II of this Complaint,
19   Mercedes' actions are an unlawful business practice in that Mercedes' breach of its
20   express warranty violates Section 2313 of California's Commercial Code. Likewise,
     Mercedes' violation of the Song-Beverly Act is a violation of that California statute (i.e.,
21
     Section 1792 *et. seq.* of the Calif. Civil Code), and is independently an unlawful business
22
     practice for that reason.
23

24       66.    Mercedes' marketing and sale of the subject vehicles without disclosing the
25   existence of the latent defect plaguing the cars' balance shaft gears or idle gears, and
     while misrepresenting the supposed quality and reliability attributes of these vehicles,
26
     also amounts to a deceptive business practice within the meaning of the UCL. The
27
     conduct was deceptive because it was intended to and did mislead and deceive Plaintiffs
28
                                              22

1 and the class members. Had Mercedes disclosed to Plaintiffs that the subject vehicles
2 contained a latent defect that would result in his vehicle being rendered non-driveable
3 and requiring engine disassembly when it did at the cost of nearly $7,000, he would not
4 have purchased his vehicle. Mercedes knew that if it were to make such a disclosure as
5 to the existence of this latent defect, consumers at large would feel and react similarly
6 and forego their purchases of these vehicles. As a result, Mercedes intentionally elected
7 to conceal its knowledge of this existing latent defect.

8      67.     As a direct, proximate, and foreseeable result of Mercedes' unlawful and/or
9 deceptive business practice, Plaintiffs and the putative class members have sustained an
10 ascertainable loss and actual damages, in that: they are left with an expense of thousands
11 of dollars to have their vehicles repaired to remedy the defective balance shaft or idle
12 gears; their vehicles have sustained a loss or diminution of value as a result of this
13 undisclosed defect; and, have or will incur incidental damages attributable to the loss of
14 use of the vehicle during the time that the vehicles are being repaired.

15      68.     Moreover, because of Mercedes' unlawful and/or deceptive business
16 practices, Plaintiffs and the class members conveyed moneys and benefits to Mercedes in
17 the form of, *inter alia*, the purchase price or lease payments for their vehicles, and the
18 repair and parts costs for their vehicles to repair the damage caused by the defect at
19 issue.

20      69.     Plaintiffs and the class members are entitled to and do seek an order of
21 restitution forcing Mercedes to restore to them the benefits and monies they conveyed to
22 Mercedes in connection with their purchase of the subject vehicles or any repair or
23 replacement of the defective balance shaft or idle gears of these vehicles.

24
25
26
27
28

23

*Seifi et. al. v. Mercedes-Benz USA, LLC*,
Case No.                                                                                    Complaint

## COUNT IV

## (VIOLATION OF THE CALIFORNIA CONSUMER LEGAL REMEDIES ACT, CAL. CIV. CODE §1750 et. seq.)

70.    Plaintiffs hereby incorporate by reference each of the preceding allegations as though fully set forth herein.

71.    Defendant has violated the following provisions of Cal. Civ. Code §1750 et. seq.:

(a)    Cal. Civ. Code §1770(a)(5): by representing that its goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have;

(b)    Cal. Civ. Code §1770(a)(7): by representing that its goods or services are of a particular standard, quality, or grade, if they are of another;

(c)    Cal. Civ. Code §1770(a)(9):  by advertising goods and services with the intent not to sell them as advertised;

(d)    Cal. Civ. Code §1770(a)(14): by representing that its subscription service confers or involves rights, remedies, or obligations which it does not have or involve;

(e)    Cal. Civ. Code §1770(a)(16): by representing that the subject of a transaction has been supplied in accordance with a previous representation when it has not.

71.    Defendant undertook the above and acts or practices in transactions intended to result, or which did result, in the sale of its vehicles to customers for personal, family, or household use.

72.    Defendant has therefore violated the Consumers Legal Remedies Act, and Plaintiffs pray for equitable and injunctive relief authorized by that Act, and for such additional relief as is set forth below.

73.    Pursuant to Cal. Civ. Code §1782, in conjunction with the filing of this action, Plaintiffs' counsel is notifying Defendant by separate letter of the particular

24

violations of the CLRA and demanding that it correct or agree to correct the actions described herein. If Defendant fails to do so, Plaintiffs shall amend this Complaint as of right (or otherwise seek leave to amend the Complaint) to include compensatory and monetary damages to which Plaintiffs and the class are entitled.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs and the class and subclass members pray for judgment against Defendant as follows:

a) That the Court determine that this action may be litigated as a class action, and that Plaintiffs and their counsel be appointed class representative and class counsel, respectively;

b) That the Court enter judgment against Defendant and in favor of Plaintiffs and the class on all counts;

c) That Defendant be required by this Court's Order to create a common fund to remedy the defects alleged herein, and to compensate all members of the class for their damages and injuries, as well as to compensate Plaintiffs' counsel for their attorneys' fees and cost of suit; and, that Defendant be ordered to bear the cost of notice the absent class members, as well as of the administration of this common fund;

d) That damages and/or restitution or disgorgement be awarded to each Plaintiff and class member according to proof;

e) That the Court award Plaintiffs and the members of the class punitive damages assessed against Defendant;

f) That Plaintiffs and the class members be awarded all such other relief as this Court deems just and proper.

Plaintiffs request a jury trial on all counts so triable.

25

Dated this 23rd day of October, 2012.

                              Respectfully submitted,


                              Roy A. Katriel (SBN 265463)
                              THE KATRIEL LAW FIRM
                              12707 High Bluff Drive, Suite 200
                              San Diego, CA 92130
                              Telephone: (858) 350-4342
                              Facsimile: (858) 430-3719
                              e-mail: rak@katriellaw.com

                              *Counsel for Plaintiffs Majeed Seifi and Tracey Deakin*

Additional Plaintiffs' Counsel (*pro hac vice* application to be filed):

Gary S. Graifman, Esq.
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
210 Summit Avenue
Montvale, NJ 07645
Tel | (201) 391-7000
Fax | (201) 307-1086

26

*Seifi et. al. v. Mercedes-Benz USA, LLC,*
Case No.                                                    Complaint

# EXHIBIT 1

BenzWorld.org is the premier Mercedes-Benz Forum on the Internet. Registered Users do not see the above ads.

| 11-01-2009, 12:10 PM | #1 (permalink) |

**Annied**
BenzWorld Junior Member
Date registered: Jul 2009
Vehicle: 2006 C230 Sport
Location: Hawaii
Posts: 21

**Has anyone ever had to replace their balance shaft?**

I just picked my car up last week from the dealer, they had it all week ('06 C230 31,00 miles still under warranty)

Is this common? I have searched and searched but it seems like it only happens to other models, not so much the 2.5L in the C230.

| 11-08-2009, 10:39 AM | #2 (permalink) |

**Annied**
BenzWorld Junior Member
Date registered: Jul 2009
Vehicle: 2006 C230 Sport
Location: Hawaii
Posts: 21

SO uhh, is that a no?

| 11-19-2009, 06:34 PM | #3 (permalink) |

**MBtech2009**
BenzWorld Member
*
Date registered: Nov 2009
Posts: 99

Hi there, i am actually a **Mercedes-benz** technician in North Carolina. To answer your question, this is not a very common problem, it mostly only affects the earlier 272 and 273 motors, which are the newer generation of v6 and v8 engines. Due to what i assume to be a problem with the manufacturer of the balance shafts, the gear on the end of the balance shaft actually wears down, making the gear smaller and causing the right side camshafts to be very slightly out of time. This causes the check engine light to turn on. As a side note, the 273 motors do not have a balance shaft, they just have an idler gear that the timing chain rides on. I hope this helps. 😊

| 11-21-2009, 07:40 AM | #4 (permalink) |

**Annied**
BenzWorld Junior Member
Date registered: Jul 2009
Vehicle: 2006 C230 Sport
Location: Hawaii
Posts: 21

Thats exactly what happened to mine. The CEL came on for both cams being out of time. When they tore the motor apart it turned out that the balance shaft actually was worn causing it.

Hopefully this won't happen again?

| 11-22-2009, 07:55 AM | #5 (permalink) |

**MBtech2009**
BenzWorld Member
*
Date registered: Nov 2009
Posts: 99

It shouldn't, the new balance shaft they put in should not wear. The gear on the new shaft should be properly hardened so I don't think you will need to worry about it.

*Last edited by MBtech2009; 11-23-2009 at 04:09 PM.*

| 11-22-2009, 08:06 AM | #6 (permalink) |

**Eric242440**
Moderator
*
Date registered: May 2007
Vehicle: S320 (W220) and Zoly's S3...
Location: Zhenzhou, Henan, China
Posts: 17,332

Quote:

> **Originally Posted by MBtech2009 ▶**
> *Hi there, i am actually a Mercedes-benz technician in North Carolina. To answer your question, this is not a very common problem, it mostly only affects the earlier 272 and 273 motors, which are the newer generation of v6 and v8 engines. Due to what i assume to be a problem with the manufacturer of the balance shafts, the gear on the end of the balance shaft actually wears down, making the gear smaller and causing the right side camshafts to be very slightly out of time. This causes the check engine light to turn on. As a side note, the 273 motors do not have a balance shaft, they just have an idler gear that the timing chain rides on. I hope this helps. 😊*

He is correct and the 272 was about the worst for this problem but this is the first time I have heard of it on a C Class.

ERIC.

**11-22-2009, 01:02 PM**                                           #7 (permalink)

2008G240Blue
BenzWorld Junior Member
Date registered: Nov 2008
Location: Boca Raton, FL
Posts: 10

Yup, I had the same problem.

But the dealer said they replaced the bearing, not the shaft.

So, I'm concerned it may show up again.

Is the problem the shaft or the bearing?

Thanks, I have about 2500 miles left on the warranty.

**11-23-2009, 04:12 PM**                                           #8 (permalink)

BenzWorld Member
Date registered: Nov 2009
Posts: 92

I think the dealer probably just wasn't clear with what they said. I am pretty sure that there isn't a replaceable bearing for the balance shaft, I think the bearing is actually made into the engine block, but I am not sure. I would be very surprised if they did something other than the balance shaft or intermediate gear (if you have a v8)

**11-24-2009, 03:49 PM**                                           #9 (permalink)

BenzWorld Member
Date registered: Mar 2009
Posts: 40

Im a lil worried how do I know if I participate I have an 07 benz ... but could of been made in 06 ... anyone know? Ill go check the production date on the door ...

07 c230

                                                                   #10 (permalink)

BenzWorld Member
Date registered: Nov 2009
Posts: 92

If there was some way you could send me you vin number, I could check your engine number and see if it is before or after the clean point for the engines that have the updated balance shaft.

---

youngturkuala
BenzWorld Newbie
Date registered: Dec 2009
Posts: 2

**novice needs balance shaft help**

love my MB but am a real novice about anything automotive. CEL went on two days ago, brought it into MB and they told me that I needed to replace my balance shaft for a 06 E350 with 90k miles on it. Is this a common problem? I am being told it will take 3 days and $4,000 to fix this which seems unbelievable when I have never had an Issue with the car before.

**12-05-2009, 07:11 AM**                                           #13 (permalink)

alti3z123410
Moderator
Date registered: May 2007
Vehicle: S420 (W220) and 2six9e1t3
Location: Zhenzhou, Henan, China
Posts: 17/332

Unfortunately yes on your engine the balance shaft was a problem.

ERIC.

**12-05-2009, 03:40 PM**                                           #14 (permalink)

MBtech2009
BenzWorld Member
★
Date registered: Nov 2009
Posts: 92

Yep, there is nothing you could have done or not done, the gear on your balance shaft has worn down and now your entire engine will have to be removed and disassembled in order to replace it, so $4000 sounds about right. Iam not sure how car manufacturers decide when to do a recall on a part, but to me it seems like all of these cars with failing balance shafts should be covered by mercedes-benz. I am sure there is some kind of person at mbusa that calculates how much it would cost to recall all of these cars with the faulty balance shafts, and how many of them are going to make it out of warranty and decides whether or not to do a recall. I would probably write a letter to MBUSA and let them know that you are disappointed that they would let so many cars go out of warranty with this problem, and maybe they will do something about it in the future. If you do get it replaced at the dealership, make sure to save your receipt, because if they do come out with a recall for this you will be able to get your money reimbursed to you from mbusa.

*Last edited by MBtech2009; 12-05-2009 at 03:48 PM.*

---

12-05-2009, 05:06 PM
#15 (permalink)

johnwhitmale
BenzWorld Newbie

Date registered: Dec 2009
Posts: 2

**thank you**

a big thank you to you guys for taking the time to reach out and answer me, I greatly appreciate it

---

12-05-2009, 07:33 PM
#16 (permalink)

rudeney
BenzWorld Elite
★
Date registered: Dec 2004
Vehicle: 2002 C240 (current), 2001 ML320 (former)
Location: Birmingham, AL
Posts: 11,864

Quote:

---

Originally Posted by **MBtech2009** ➤
Yep, there is nothing you could have done or not done, the gear on your balance shaft has worn down and now your entire engine will have to be removed and disassembled in order to replace it, so $4000 sounds about right. Iam not sure how car manufacturers decide when to do a recall on a part, but to me it seems like all of these cars with failing balance shafts should be covered by mercedes-benz. I am sure there is some kind of person at mbusa that calculates how much it would cost to recall all of these cars with the faulty balance shafts, and how many of them are going to make it out of warranty and decides whether or not to do a recall. I would probably write a letter to MBUSA and let them know that you are disappointed that they would let so many cars go out of warranty with this problem, and maybe they will do something about it in the future. If you do get it replaced at the dealership, make sure to save your receipt, because if they do come out with a recall for this you will be able to get your money reimbursed to you from mbusa.

---

The key word to use when trying to get this paid for by MBZ is "goodwill". They don't like to admit that they have defective parts, but they will sometimes help customers with expensive repairs, especially when the customer know it's a common problem and they are not long out of the warranty period.

--

- RODNEY

---

12-06-2009, 12:21 AM
#17 (permalink)

eric242340
Moderator
★
Date registered: May 2007
Vehicle: S320 (W220) and Zotye 113
Location: Zhenzhou, Henan, China
Posts: 17,333

Quote:

---

Originally Posted by **rudeney** ➤
The key word to use when trying to get this paid for by MBZ is "goodwill". They don't like to admit that they have defective parts, but they will sometimes help customers with expensive repairs, especially when the customer know it's a common problem and they are not long out of the warranty period.

---

Very good point and he should seriously think about your point. 👍

---

12-06-2009, 02:38 AM
#18 (permalink)

MBtech2009
BenzWorld Member
★
Date registered: Nov 2009
Posts: 92

I doubt that the dealer would goodwill this repair, seeing as you have 90k miles and it's an 06, maybe if it was just out of warranty, like 52k miles. Note: In the USA all of the dealerships, except one in manhattan, are privately owned, they are not actually part of MBUSA, but I would say it is worth a try, especially if you have been a loyal customer to this dealership and have had all your services done there.

---

12-12-2009, 05:12 AM
#19 (permalink)

**jatk chicken**
BenzWorld Extremist

Date registered: Jun 2009
Vehicle: 2000 W203 c200k
(Yes, it's a W203 from
Germany)
Location: Germany
Posts: 1,009

Wow, amazing this kind of expensive problem exists.

---

12-14-2009, 07:04 AM                                    #20 (permalink)

**Strictly4BadThing**
BenzWorld Member

Date registered: Mar 2009
Posts: 60

I think forming a pact and having the same people all together in this forum to correct the problem of the balance shaft they have to recall all those cars and fix them before the problem gets worse.

---

12-14-2009, 07:09 AM                                    #21 (permalink)

**eric242340**
Moderator

Date registered: May 2007
Vehicle: S320 (W220) and
2009 s..
Location: Zhengzhou, Henan,
China
Posts: 17,333

Quote:

> Originally Posted by Strictly4BadThing
> I think forming a pact and having the same people all together in this forum to correct the problem of the balance shaft they have to recall all those cars and fix them before the problem gets worse.

Nice to see you are getting the picture. 😎

ERIC.

---

12-22-2009, 12:05 PM                                    #22 (permalink)

**bkldudente**
BenzWorld Junior Member

Date registered: Dec 2009
Posts: 6

The dealer told me I had the same problem with the balance shaft, and told me it was a common problem, they would fix it for $4000 and mercedes would kick in $2000 because it is a common problem. They also told me it was not a safety issue or performance issue and not to worry about it. Well the State of Massachusetts will not give me an inspection sticker so I have to worry about it. I just called Mercedes Benz USA where the lady I spoke with told me it is not a common problem and everyone on this website is a liar. They told me if it were a common problem it would have been recalled. I will continue to fight with them and potential start a class action lawsuit if enough people have had the same problems. I will keep you all informed of my progress.

---

12-22-2009, 05:51 PM                                    #23 (permalink)

**Umbertoro**
BenzWorld Member

Date registered: Nov 2009
Posts: 92

I guess it all depends on your definition of common is. I've seen some campaigns that mercedes has done that only covered 14 cars. I just think that they are studying this problem and trying to figure out the best way to deal with it. I am sure this problem is happening all over the world and something is going to have to be done about it.

---

12-22-2009, 05:57 PM                                    #24 (permalink)

**eric242340**
Moderator

Date registered: May 2007
Vehicle: S320 (W220) and

I will give you a little known thing here, when we test the car using DAS and find a fault code leading to the two exhaust cams being fully retarded if we click on the fault code to find out what to do next it tells us to check for balance shaft wear.

This means that MB know of this problem and have done for a long time. 😊

**Zobye 1.3**
Location: Zhenzhou, Henan, China
Posts: 17,333

---

12-22-2009, 10:05 PM     #25 (permalink)

**Cyberchicken**
BenzWorld Extremist
★
Date registered: Jun 2008
Vehicle: 2000 w203 c200k (Yes, it's a w203 from Germany)
Location: Germany
Posts: 1,052

The best way to deal with it is have the owners pay because they know most of them will. Hell, you even see people on this forum flaunting their repair or maintenance bills at the dealers as a sign of status or privilege.

---

12-23-2009, 03:48 PM     #26 (permalink)

**Melerin2009**
BenzWorld Member
★
Date registered: Nov 2009
Posts: 92

Mercedes has had a bulletin about this issue since august 23 2007. They have made 10 revisions to the bulletin over the past 2 years, which mainly consist of adding more models that the bulletin relates to and revising the content of the bulletin slightly. So they have known about this since at least then, and probably earlier since I am sure they have to research the issue before they issue the bulletin. I can say for a fact that my dealership has done 4 balance shaft replacements in the past month. I know that some dealers are doing way more than that a month. So lets say 4 per month times roughly 300 dealers, that's roughly 1200 a month, and in my opinion that's alot. I think that so far all of the ones that we have done were either under warranty or our dealer covered it under goodwill. I really hope that mercedes decides to make some kind of extended warranty on this part for the vehicles in the affected range.

---

12-24-2009, 08:08 AM     #27 (permalink)

**Cyberchicken**
BenzWorld Extremist
★
Date registered: Jun 2008
Vehicle: 2000 w203 c200k (Yes, it's a w203 from Germany)
Location: Germany
Posts: 1,052

Not without a class action threat, like with the v8's that had the problem oil passages.

---

12-24-2009, 09:30 AM     #28 (permalink)

**dh180a**
Moderator
★
Date registered: Apr 2006
Vehicle: '98 C230 '07 C230 Sport 06 2.3-16
Location: Delaware Beach
Posts: 3,583

I just finally got around to reading this thread. I'm hoping my '07 is in the clear but it's got a 9/06 production date. Besides the check engine light what other symptoms would you see if your engine has this problem? Noisy, rough rough running, poor mileage?

---

12-24-2009, 08:43 PM     #29 (permalink)

**616050**
BenzWorld Member
★
Date registered: Feb 2008
Vehicle: 2006 C230 Sport, 96 C220 , 06 Ford F150Sc, 04 Honda Pilot EXL

I have an 06 C230 with a 09-05 built date, it now has 44K miles, and is now driven only 6K miles/year. I decided not to worry about this balance shaft albatross, I will deal with it when it happens. I have finally decided that these new Mercedes Benz have an ownership experience more in the realm of owning an Alfa Romeo, nice exclusive good cars, but a little bit temperamental , and definetely will never earn the mileage badge Mercedes use to issue.
My old 96 ,C220 is now only 15K miles away from the badge.

Location: Rancho Belago,
California
Posts: 51

---

12-24-2009, 09:40 PM     #30 (permalink)

jerk_chicken
BenzWorld Extremist

Date registered: Jun 2008
Vehicle: 2000 W203 c200k
(Yes, it's a W203 from
Germany)
Location: Germany
Posts: 1,052

I was showing this to my gf and her family, who recently started dumping their MB's after some 40 years of ownership. We're all glad that we "accidentally" got an m111 c-klasse, rather than going for a slightly newer, m271 disaster. Man, what is up with these engines? Cylinder heads, balance shafts, timing sets, cam sensors, cps sensors...etc. Is it that the bulk of people with Benzes drive them infrequently, so they ride out the warranty before they get up to mileage where things prematurely fail? Even out on this market, it was easy to find low-mileage MB's, while damn near impossible to find low-mileage Audis, just like in the US. Hell, I used to do 40k a year on mine. My 2000 C200k was purchased at less than 40k miles a year and a half ago.

---

12-25-2009, 06:19 PM     #31 (permalink)

F150SC
BenzWorld Member

Date registered: Feb 2009
Vehicle: 2006 C230 Sport, '96
C220, '06 Ford F150SC, 04
Honda Pilot EXL
Location: Rancho Belago,
California
Posts: 51

Quote:

Originally Posted by **jerk_chicken** ➤
*I was showing this to my gf and her family, who recently started dumping their MB's after some 40 years of ownership. We're all glad that we "accidentally" got an m111 c-klasse, rather than going for a slightly newer, m271 disaster. Man, what is up with these engines? Cylinder heads, balance shafts, timing sets, cam sensors, cps sensors...etc. Is it that the bulk of people with Benzes drive them infrequently, so they ride out the warranty before they get up to mileage where things prematurely fail? Even out on this market, it was easy to find low-mileage MB's, while damn near impossible to find low-mileage Audis, just like in the US. Hell, I used to do 40k a year on mine. My 2000 C200k was purchased at less than 40k miles a year and a half ago.*

I now drive my 2006 C230 infrequently, but my extended warranty ends on 12-2010. I now resign myself to balance shaft repair sometime, in the next few years. No matter how well they road tested the new W204, a part supplier will always screw things up, I predict a new mechanical issue will show up on the new W204 as well, just as they did on our W203. Anyway I still like these cars.

---

12-25-2009, 10:54 PM     #32 (permalink)

jerk_chicken
BenzWorld Extremist

Date registered: Jun 2008
Vehicle: 2000 W203 c200k
(Yes, it's a W203 from
Germany)
Location: Germany
Posts: 1,052

parts suppliers always screw up, but it appears to be at a very incidence for parts that are typically considered lifetime. Couple this with the leaking cam sensors and the m271 head problems, and this engine is truly a disaster. Regardless of it being a parts supplier, the end consumer does not deal with them- they deal with Mercedes, and typically, when parts fail, it's due to bean counting and lack of oversight from the company requesting the parts, in addition to using ones that are inappropriate for an application.

Just because you're resigned to balance shaft repair doesn't mean it's right, and it's typical behavior like that which has allowed mercedes to slip so far down the shitter- they know they will always have customers like you, whom they don't have to try at all to get business from.

---

12-25-2009, 11:16 PM     #33 (permalink)

F150SC
BenzWorld Member

Date registered: Feb 2009
Vehicle: 2006 C230 Sport, '96
C220, '06 Ford F150SC, 04
Honda Pilot EXL
Location: Rancho Belago,
California
Posts: 51

Quote:

Originally Posted by **jerk_chicken** ➤
*parts suppliers always screw up, but it appears to be at a very incidence for parts that are typically considered lifetime. Couple this with the leaking cam sensors and the m271 head problems, and this engine is truly a disaster. Regardless of it being a parts supplier, the end consumer does not deal with them- they deal with Mercedes, and typically, when parts fail, it's due to bean counting and lack of oversight from the company requesting the parts, in addition to using ones that are inappropriate for an application.*

*Just because you're resigned to balance shaft repair doesn't mean it's right, and it's typical behavior like that which has allowed mercedes to slip so far down the shitter- they know they will always have customers like you, whom they don't have to try at all to get business from.*

So far I have been lucky, no problems with my Mercedes Benz, all three of them, but I gave up in getting any good expectations from this company, I always keep two cars just for myself, the other brand is Ford, similar quality levels , but 50% cheaper in price, next car is a Mustang GT V8

12-27-2009, 05:50 PM                                                                    #34 (permalink)

jmlynick
BenzWorld Junior Member

Date registered: Dec 2009
Posts: 26

Do the M111 or M112 engines suffer from this Balance Shaft Problem?? I am looking to buy one of these:
"02 C230 K Coupe - assumed to be an M111 engine
"03 C230 K Coupe - assumed to be an M111 engine
"04 C320 Coupe - assumed to be an M112 engine

Help me avoid making a costly mistake - Thanks

---

12-27-2009, 08:00 PM                                                                    #35 (permalink)

dI8E21234D
Moderator

Date registered: May 2007
Vehicle: S320 (W220) and
200 E 1.3
Location: Zhenzhou, Henan,
China
Posts: 17,333

Quote:

Originally Posted by jmlynick ➤
Do the M111 or M112 engines suffer from this Balance Shaft Problem?? I am looking to buy one of these:
"02 C230 K Coupe - assumed to be an M111 engine
"03 C230 K Coupe - assumed to be an M111 engine
"04 C320 Coupe - assumed to be an M112 engine

Help me avoid making a costly mistake - Thanks

As far as I know it is only the 271/272 engines, but I may be wrong.

ERIC.

---

12-28-2009, 01:20 AM                                                                    #36 (permalink)

Eric Schilten
BenzWorld Extremist

Date registered: Jun 2008
Vehicle: 2000 w203 c200k
(Yes, it's a w203 from
Germany)
Location: Germany
Posts: 1,052

How bad of a job is it for one to do on their own? Cost of parts?

---

02-04-2010, 02:25 PM                                                                    #37 (permalink)

suds4333
BenzWorld Newbie

Date registered: Feb 2009
Posts: 4

Same issue with my 06 ML 350

Was just told by my mechanic I have this issue. I actually had it in to the dealer a year ago with a cam shaft sensor
issue and they did not replace this. I am looking for others to look into a class action lawsuit. My current mechanic
provided me all the bulletins that have been issued on this as well. Contact me at greg@suddreth.com

---

02-05-2010, 05:48 AM                                                                    #38 (permalink)

mduldunton
BenzWorld Junior Member

Date registered: Dec 2009
Posts: 6

Quote:

Originally Posted by suds4333 ➤
Was just told by my mechanic I have this issue. I actually had it in to the dealer a year ago with a cam shaft
sensor issue and they did not replace this. I am looking for others to look into a class action lawsuit. My current
mechanic provided me all the bulletins that have been issued on this as well. Contact me at greg@suddreth.com

Thats exactly what happened to me with the cam shaft sensor 8 months before balance shaft. My car went in to
shop for balance shaft in December, got it back a week later and CEL came on again. Has now been back in shop for
the last 3 weeks, they apparently screwed something up doing the balance shaft and are now doing it all over again.

---

02-08-2010, 09:24 PM                                                                    #39 (permalink)

suds4333
BenzWorld Newbie

All right folks, it is time to unite. After reading this board and several others and talking to my mechanic, it looks
like there is a significant issue with the balance shaft. My MB dealer, the first time I had it in, did a short term fix to
get me off their butts and out of warranty by changing the cam shaft sensors. By here I am a couple round of new

Date registered: Feb 2009
Posts: 4

sensors and an honest mechanic later and the issue is the balance shaft and the timing. I can be reached at greg@suddreth.com or 815-557-5731. Most of us have probably spent 1000's of dollars on this and enough is enough.

---

02-13-2010, 08:02 AM      #40 (permalink)

Edmilie
BenzWorld Newbie
Date registered: Mar 2008
Posts: 3

There is no temporary fix for this, even by replacing all cam solenoids and clearing the faults in the ME the check engine light will return within a day. Replacing cam adjustment solenoids is a extremely common repair, they go bad all the time. I assume over time MB will probably not release a recall, but extend the warrenty like they did with 220 Instrument clusters and 211 SBC pumps. That being said though, everyone that runs into this problem should ask for goodwill help since this is a almost guaranteed problem with 06 and 07 cars before they hit 100k.

---

02-13-2010, 08:10 AM      #41 (permalink)

eric292340
Moderator

Date registered: May 2007
Vehicle: S320 (W220) and others...
Location: Zhengzhou, Henan, China
Posts: 17,133

Quote:

> Originally Posted by **Edmilie** ➤
> There is no temporary fix for this, even by replacing all cam solenoids and clearing the faults in the ME the check engine light will return within a day. Replacing cam adjustment solenoids is a extremely common repair, they go bad all the time. I assume over time MB will probably not release a recall, but extend the warrenty like they did with 220 instrument clusters and 211 SBC pumps. That being said though, everyone that runs into this problem should ask for goodwill help since this is a almost guaranteed problem with 06 and 07 cars before they hit 100k.

The most accurate and honest reply I have read so far 👍

---------

ERIC.

---

02-13-2010, 01:30 PM      #42 (permalink)

Edmilie
BenzWorld Newbie
Date registered: Mar 2008
Posts: 3

Quote:

> Originally Posted by **eric292340** ➤
> The most accurate and honest reply I have read so far 👍

Haha why thank you, if you ever stop by the states and visit the STL area let me know and I'll fix your car right.

---

02-27-2010, 07:14 AM      #43 (permalink)

mitch
Premium Member

Date registered: Apr 2005
Vehicle: 2002 ML320, 2006 ML350 SOLD, 2010 F150 Crew Cab
Location: Ala-Tenn
Posts: 8,818

Quote:

> Originally Posted by **F150SC** ➤
> I have an 06 C230 with a 09-05 built date, it now has 44K miles, and is now driven only 6K miles/year. I decided not to worry about this balance shaft albatross, I will deal with it when it happens. I have finally decided that these new Mercedes Benz have an ownership experience more in the realm of arrogance on an Alfa Romeo, nice exclusive good cars, but a little bit temperamental, and definately will never earn the mileage badge Mercedes use to issue.
> My old 96 ,C220 is now only 15K miles away from the badge.

Temperamental would describe a vehicle that needs to be petted and meticulously maintained. This is an outright manufacturing flaw. In itself, it lets down the consumer and creates an atmosphere of arrogance on MB's part if they look away while whistling past the graveyard on this issue. While my own research hasn't turned up the probability that ALL engines that fall into the serial # range will have a balance shaft failure, it does seem likely that with most 272's it's not a question of if, but when.

When I purchased my ML350, I was immediately impressed with the quality that was miles above their predecessor, the W163. As with any thrill of ownership, Mercedes manages to snuff it out with their inability to step up to the plate and do right by their customers and fix these before possible permanent damage is done.

---

03-09-2010, 03:01 AM      #44 (permalink)

admin
BenzWorld Member

⚠ balance shaft replacement!! Urgent help needed!

Hey guys,
thought I'd put a little info here for those who cant afford to let the dealer take 4500 to do this job. I will do a full write up of how I went about it in due course...

**Date registered: Jan 2004**
**Vehicle: Mercedes 300E 1991**
**Location: London England**
**Posts: 101**

But now I need some urgent help please. I need someone who has the WIS software to please tell me how to set the position of the camshafts as the timing was messed up due to the massively worn out balance shaft.

Its a 2006 clk350 with 272.960 engine. I have the alldata settings but they appear to be wrong as the camshafts are completely wrongly set (wrong valves will be opening contrary to the firing order 1,4,3,6,2,5) if I go with their setting.

I really would appreciate the help and I will be helping others with my write up as well.

Thank you very much in advance.

---

03-09-2010, 07:34 PM                                                                                   #45 (permalink)

**F1bOG6**
**BenzWorld Member**

**Date registered: Feb 2008**
**Vehicle: 2006 C230 Sport, 96**
**C220, 06 Ford F150SC, 04**
**Honda Pilot EXL**
**Location: Rancho Belago ,**
**California**
**Posts: 31**

Quote:

> Originally Posted by cmitch ➤
> Temperament would describe a vehicle that needs to be patted and meticulously maintained. This is an outright manufacturing flaw. In itself, it lets down the consumer and creates an atmosphere of arrogance on MB's part if they look away while whistling past the graveyard on this issue. While my own research hasn't turned up the probability that ALL engines that fall into the serial # range will have a balance shaft failure, it does seem likely that with most 272's it's not a question of if, but when.
> When I purchased my ML350, I was immediately impressed with the quality that was miles above their predecessor, the W163. As with any thrill of ownership, Mercedes manages to snuff it out with their inability to step up to the plate and do right by their customers and fix these before possible permanent damage is done.

To be fair to Mercedes Benz, all newer cars are designed to be very reliable the first 5 years (MBZ included), however after 5 years or 50K miles all the electronics and other stuff the like balance shafts and variable valve etc, will periodically fail. The most common survivors today are the old W123, I see lots of them, they were robust and simple. All new cars are just too complex. Even Toyotas are unreliable.

---

03-11-2010, 03:22 PM                                                                                   #46 (permalink)

**Jimgar**
**BenzWorld Junior Member**

**Date registered: Apr 2009**
**Vehicle: Mercedes Benz C350**
**4Matic 2006**
**Location: Connecticut**
**Posts: 12**

After reading this thread and looking at other references about the balance shaft issue on other forums, I've learned that my 06 C350's vin falls under the range of affected models.

I'm glad I still have part of my warranty left, but it really has me worried about a looming $4000 repair that could possibly happen after it runs out. Does anyone know how likely is it to happen? Is it something that regular maintenance will prevent or is just plain luck?

---

03-12-2010, 05:59 AM                                                                                   #47 (permalink)

**abb242340**
**Moderator**

**Date registered: May 2007**
**Vehicle: S320 (W220) and**
**Zotye 1.3**
**Location: Zhenzhou, Henan,**
**China**
**Posts: 17,333**

Quote:

> Originally Posted by jimgar ➤
> After reading this thread and looking at other references about the balance shaft issue on other forums, I've learned that my 06 C350's vin falls under the range of affected models.
>
> I'm glad I still have part of my warranty left, but it really has me worried about a looming $4000 repair that could possibly happen after it runs out. Does anyone know how likely is it to happen? Is it something that regular maintenance will prevent or is just plain luck?

From my experience thus far it seems to be just luck or the lack of. Sorry

---

03-11-2010, 01:05 PM                                                                                   #48 (permalink)

**cmitch101**
**BenzWorld Member**

**Date registered: Mar 2010**
**Posts: 51**

Quote:

> Originally Posted by Aohpad ➤
> Thats exactly what happened to mine. The CEL came on for both cams being out of time. When they tore the motor apart it turned out that the balance shaft actually was worn causing it.

Hopefully this won't happen again?

no it wont, the early balance shaft had different metals/material that failed. the new one is different

| 03-14-2010, 01:07 PM | #49 (permalink) |
|---|---|

mbtech101
BenzWorld Member

Date registered: Mar 2010
Posts: 51

Quote:

> Originally Posted by stic242340 ►
> *From my experience thus far it seems to be just luck or the lack of. Sorry*

certain engine serial numbers are affected on the v6 and much more less likely on the v8. usually occurs around the 40k miles mark but seen it at 100k once

| 03-14-2010, 01:10 PM | #50 (permalink) |
|---|---|

mbtech101
BenzWorld Member

Date registered: Mar 2010
Posts: 51

Quote:

> Originally Posted by samm ►
> *Hey guys,*
> *thought I'd put a little info here for those who cant afford to let the dealer take 4500 to do this job. I will do a full write up of how I went about it in due course...*
>
> *But now I need some urgent help please. I need someone who has the WIS software to please tell me how to set the position of the camshafts as the timing was messed up due to the massively worn out balance shaft.*
>
> *Its a 2006 clk350 with 272.960 engine. I have the alldata settings but they appear to be wrong as the camshafts are completely wrongly set (wrong valves will be opening contrary to the firing order 1,4,3,6,2,5) if I go with their setting*
>
> *I really would appreciate the help and I will be helping others with my write up as well.*
>
> *Thank you very much in advance.*

If the balance shaft was completely worn and u marked the cam to the chain it should be perfect to the new shaft, it doesnt jump timing when this happens. I can set the timing with my eyes closed on these. the exhaust cam gears have to locked before removal, did u do that?

| 03-14-2010, 01:12 PM | #51 (permalink) |
|---|---|

mbtech101
BenzWorld Member

Date registered: Mar 2010
Posts: 51

if you beat on the car it will occur much sooner than driving like a grandma

| 04-23-2010, 12:39 PM | #52 (permalink) |
|---|---|

BenzWorld Newbie

Date registered: Apr 2010
Posts: 2

**balance shaft E-350**

I was just informed that my 2006 e-350 needs to get the balance shaft replaced. Unfortunately, I am out of warranty; If they would have caught this problem 3 weeks ago when i brought it in for service, my warranty would have covered it. Now I am sol. I need to know if there have been any recalls or problems with the E-350 balance shafts.

| 04-23-2010, 07:22 PM | #53 (permalink) |
|---|---|

rodney
BenzWorld Elite

Date registered: Dec 2004
Vehicle: 2002 C240 (current), 2001 ML320 (former)
Location: Birmingham, AL
Posts: 1,964

Three weeks? Ask the dealer if they can get MBZ to cover it under "good will".

--

- RODNEY

| 04-21-2010, 09:54 PM | #54 (permalink) |

**eric345340**
Moderator

Date registered: May 2007
Vehicle: S320 (W220) and
2004 E13
Location: Zhengzhou, Henan,
China
Posts: 17,334

Quote:

> Originally Posted by kcwesq >
> I was just informed that my 2006 e-350 needs to get the balance shaft replaced. Unfortunately, I am out of warranty; if they would have caught this problem 3 weeks ago when I brought it in for service, my warranty would have covered it. Now I am sol. I need to know if there have been any recalls or problems with the E-350 balance shafts.

You should of had the cel on a few times before this happened, me thinks you are being cheated. 😎

ERIC.

| 04-21-2010, 07:08 PM | #55 (permalink) |

**kcwesq**
BenzWorld Newbie

Date registered: Apr 2010
Posts: 2

I was dismayed when the service guy told me that this will cost me about 5k and that he could not do anything for me; he told me straight out that I had to deal with MB directly. No good will at all. He also told my husband that the shaft could go bad due to: bad gas, type of oil and high temperatures!! I mean, I took the damn car to every single service required, never mistreated it ( i considered it my baby) it was the dealer who changed the oil and it never overheated. I mean, do they think I am stupid or what? I cant believe that one of the strongest parts of an engine could just go bad due to gas, oil and overheating!! I need to know if there was any recalls on this or any concession of this problem by MB. Thanks everyone

| 04-27-2010, 04:18 PM | #56 (permalink) |

**MBtech2009**
BenzWorld Member

Date registered: Nov 2009
Posts: 92

First of all, I wouldn't call the balance shaft one of the strongest parts of the engine, but that really isn't important, the gear is the problem. Mercedes knows there is a problem with the gears on early 272 and 273 engines. The gears were not properly hardened from the manufacturer of the part and therefore the gear wears downever time. Mercedes should help you out with this, there is nothing you could have done to cause or prevent this so you should not feel like it is your fault at all.

| 04-27-2010, 08:56 PM | #57 (permalink) |

**6150SC**
BenzWorld Member

Date registered: Feb 2008
Vehicle: 2006 C230 Sport, 96
G220, 06 Ford F150SC, 04
Honda Pilot EXL
Location: Rancho Belago ,
California
Posts: 51

Quote:

> Originally Posted by MBtech2009 >
> First of all, I wouldn't call the balance shaft one of the strongest parts of the engine, but that really isn't important, the gear is the problem. Mercedes 🔍 knows there is a problem with the gears on early 272 and 273 engines. The gears were not properly hardened from the manufacturer of the part and therefore the gear wears downever time. Mercedes should help you out with this, there is nothing you could have done to cause or prevent this so you should not feel like it is your fault at all.

I have an early 272 with 45K miles, most early 272's probably have close to 60K miles by now, so these are suppose to fail between 35K and 90K for 100% of all 272's. I already budgeted $4,000 for this event between now and 90K miles, if it happens within the next 5 years, $4.000 is worth the money to keep a well kept car running, beyond that , it depends.

| 04-29-2010, 04:16 AM | #58 (permalink) |

**MBtech2009**
BenzWorld Member

Date registered: Nov 2009
Posts: 92

I don't think that this will happen to 100% of 272 or 273 engines. Mercedes knows the last engine number for the 272 and 273 engines that had the possibility of having the incorrectly hardened balance shaft. My guess is that the only reason that mercedes never issued a recall campaign for these early engines is that they don't know which ones have the incorrectly hardened balance shaft gear and which ones do. The only way to tell the part number of the balance shaft is to take the engine apart and look at it, and mercedes doesn't want to pay to take all of these engines apart if a large majority of them are not going to fail. Or it could be that they figure alot of them are going to make it out of warranty and that is what they care about, I'm really not sure. I just think that if they knew which ones were bad they would have fixed them instead of just coming out with a dtb, which originally came out in august of 2007.

| 04-29-2010, 05:56 PM | #59 (permalink) |

F150SC
BenzWorld Member
★

Date registered: Feb 2008
Vehicle: 2008 C230 Sport, 96
C220, 08 Ford F150Sc, 04
Honda Pilot EXL
Location: Rancho Belago ,
California
Posts: 81

Quote:

> Originally Posted by MBtech2009 ⋗
> *I don't think that this will happen to 100% of 272 or 273 engines. Mercedes knows the last engine number for the 272 and 273 engines that had the possibility of having the incorrectly hardened balance shaft. My guess is that the only reason that mercedes never issued a recall campaign for these early engines is that they don't know which ones have the incorrectly hardened balance shaft gear and which ones do. The only way to tell the part number of the balance shaft is to take the engine apart and look at it, and mercedes doesn't want to pay to take all of these engines apart if a large majority of them are not going to fail. Or it could be that they figure alot of them are going to make it out of warranty and that is what they care about. I'm really not sure. I just think that if they knew which ones were bad they would have fixed them instead of just coming out with a ttb, which originally came out in august of 2007.*

My Indy mechanics answer to the question of the possibility of a balance shaft gear failure is " Yes and No". I do believe in your theory that it is a random failure in quality, not a total across the board failure of these gears.

---

| 06-22-2010, 05:31 AM | #60 (permalink) |

halliburton
BenzWorld Junior Member

Date registered: Dec 2009
Posts: 6

Anyone experiencing similar problems with this engine please email your information to hmexecutive@yahoo.com she is trying to get a suit going.

---

| 07-06-2010, 03:50 PM | #61 (permalink) |

Galene Reese
BenzWorld Newbie

Date registered: May 2009
Posts: 2

I am about to have a Gear on the balance shaft on my 2006 C240 replaced. The CEL stays on after servicing. Estimated at $4000.00. Is this normal? I have 68,000 miles.

---

| 07-06-2010, 04:06 PM | #62 (permalink) |

Galene Reese
BenzWorld Newbie

Date registered: May 2009
Posts: 2

I am about to have a Gear on the balance shaft on my 2006 C240 replaced. The CEL stays on after servicing. Estimated at $4000.00. Is this normal? I have 68,000 miles.

---

| 07-27-2010, 11:59 AM | #63 (permalink) |

C.Velez
BenzWorld Junior Member

Date registered: Jul 2010
Posts: 6

I have a 2006 ML350 with 56,000 miles at the dealer right now to replace the balance shaft. I've started a facebook page for owners who have had the same problems with that motor to get everyone together with this issue. Maybe a possible class action in the future??
Join at Mercedes - Benz (Balance Shaft Problems) | Facebook
Or on facebook, search Mercedes ⚲ - Benz (balance shaft problem)

---

| 07-27-2010, 04:08 PM | #64 (permalink) |

DLV
BenzWorld Extremist
★

Date registered: Feb 2005
Vehicle: '07 C280, '04
C320, '98 ML320
Location: Nashua, NH

Are you guys talking about Harmonic Balance Pulley? I am aware of the Harmonic Balance pulley problem on ML; however, I have not heard about the Harmonic Balance shaft problems.

Posts: 1,186

08-16-2010, 06:20 PM                                                                    #65 (permalink)

suddreth
BenzWorld Newbie
Date registered: Feb 2009
Posts: 4

I am looking for someone with the Balance Shaft Issue that is the original owner of their Mercedes, I have a class action attorney and he is looking for another person to be named in the class action case. Contact me at greg@suddreth.com or 815-557-5731

# EXHIBIT 2

- Hom
- Buy Part
  - Fastlan
  - AllPartsExpres
  - Special Too
    - Shop Forur
    - Resource
  - What's New
    - DIY Article
      - DIY Link
  - Good Shor
  - Featured Car

PeachParts Mercedes ShopForum > Technical Information and Support > ML, GL, G-Wagen, R-Class, Unimog, Sprinter
└─ ML350 3.5L Balance Shaft Failure

| User Name | User Name | ☑ Remember Me? |
| Password | | Login |

| Register | ShopForum Gallery | FAQ | Calendar | Today's Posts | Search |

# Need Parts?

**Post Reply**                                        Page 1 of 2  1  2  >

Thread Tools ▽   Display Modes ▽

---

☐ 02-20-2010, 11:05 AM                                                          #1

**jc300e** ●
Registered User

Join Date: May 2000
Location: Location: Norcross, GA
Posts: 77

**ML350 3.5L Balance Shaft Failure**

What a surprise!.. Wife's '06 ML350 had intermittent CEL. Last year, dealer replaced cam / timing position sensors. Problem continued to occur with CEL coming on even more frequently. NOW, they tell me that the Balance Shaft has a bad gear and it is deteriorating. 73K miles. Thank goodness for extended warranties. Finding from other web site threads and blogs that MB USA is not consistent with the treatment of customers... some customers are bearing the full cost of the repair while others are being offered "good will" discounts. Appears there had been a service bulliten out for 2 1/2 years on this problem with no sign that MBUSA is stepping up to cover a known fault. roughly 10 updates to the bulliten adding vehichles to the list.

Any other Shop Forum members experiencing this? Not exactly the kind of news one expects when you take your late model Benz in for a CEL... "Oh Mr. Customer, we have to take your engine out and apart.... 5 days and $5K later... good as new"

And... What's to prevent the replacement components from wearing out the same way?... ie...is the problem "really" a faulty crafted part or is it a design issue?"

Finally, what other 06 models have the same 3.5L installed? the R, E, C classes ?

---
Jeff
'87 300E
'92 400E
'06 ML350
●

**Quote**

---

☐ 02-20-2010, 12:41 PM                                                          #2

**Ruination Fan** ●
Registered User

Join Date: Jan 2008
Location: San Diego
Posts: 56

The first run of production motors had a balance shaft gear that was too soft, and in turn the chain would wear it out prematurely. The new updated balance shaft gear has not shown any isssues.



---

02-20-2010, 03:26 PM      #3

### Ferdman ❍
Registered User

Join Date: Aug 2002
Location: Southeastern PA
Posts: 1,605

Please explain what a balance shaft gear is. Never heard such a term before. Are you referring to a vibration dampener?

Fred Hoelzle



---

02-20-2010, 10:58 PM      #4

### Ruination Fan ❍
Registered User

Join Date: Jan 2008
Location: San Diego
Posts: 56

Its the gear that is mounted to the balance shaft. the balance shaft helps smooth out the v6 motor (believe it is a 90* V6, due to the modular construction) by using a counterweight. The gear is driven by the timing chain.



---

02-22-2010, 08:14 AM      #5

### M.B.DOC ❍
Moderator

Join Date: Mar 1999
Location: Tucker, Ga USA
Posts: 10,513

Not just ML's but all MB's equipped with the M272/M273 series engines from 2005-08.

That is 1 of many reasons MB now suggests a maxi mun oil service of 10K miles as well.

MERCEDES Benz Master Guild Technician (6 TIMES)
ASE Master Technician
Mercedes Benz Star Technician (2 times)
40 years foreign automotive repair
27 Years M.B. Shop foreman (dealer)
MB technical Information Specialist (12 years)
190E 2.3 16V ITS SCCA race car (sold)
1986 190E 2.3 16V 2.5 (sold)
mbdoc-pe@hotmail.com



---

02-24-2010, 03:37 PM      #6


### Zeus ❍
Moderating, Eh?

Join Date: Feb 2000
Location: Canada
Posts: 1,724

**Worn gear replacement**

I just had this done to my 2007 GL450, under warranty thank heaven! 😊

It was a shock to visit the dealer and see my *new* GL sitting there with a gaping hole in the engine compartment! 😊 😊

Thankfully, they really took their time and the tech working on it was a senior tech with experience. They

had already done a few of these. They replaced a few other items there as well, everything covered, including all the solenoid units. I took a look at the engine afterwards with a critical eye and things looked really good, nothing out of place.

I asked the tech if there were any stray bolts left at the end, he just gave me a look... 

Talk about a massive job for a tiny part. He showed me the worn gear, the teeth were visibly worn, substantially so. The engine appeared to be in excellent shape otherwise, everything clean and no signs of wear.

Oh, and they also fixed my wouldn't-stay-shut coin tray. 😊

C.

---

Chris
**2007 E550 4Matic** - 61,000 Km - Iridium Silver, black leather, Sport package, Premium package
**2007 GL450 4Matic** - 62,000 Km - Obsidian Black Metallic, black leather, all options
**1998 E430** - for sale!
1989 300E - 333,000 Km - sold
1977 280E - sold
1971 250 - retired

"And a frign hat. They gave me a hat at the annual benefits meeting. I said. how does this benefit me. I dont have anything from the company.. So they gave me a hat." - TheDon

---

🔲 02-24-2010, 03:39 PM                                                                                                    #7

 **Zeus** ●
Moderating, Eh?

Join Date: Feb 2000
Location: Canada
Posts: 1,724

Quote:
> **Originally Posted by M.B.DOC** 🔲
> *Not just ML's but all MB's equipped with the M272/M273 series engines from 2005-08.*
>
> *That is 1 of many reasons MB now suggests a maximum oil service of 10K miles as well.*

Are the shorter intervals supposed to help prevent wear on this part?

Any more insight on the M273 I should be aware of Doc? TIA.

---

Chris
**2007 E550 4Matic** - 61,000 Km - Iridium Silver, black leather, Sport package, Premium package
**2007 GL450 4Matic** - 62,000 Km - Obsidian Black Metallic, black leather, all options
**1998 E430** - for sale!
1989 300E - 333,000 Km - sold
1977 280E - sold
1971 250 - retired

"And a frign hat. They gave me a hat at the annual benefits meeting. I said. how does this benefit me. I dont have anything from the company.. So they gave me a hat." - TheDon



---

🔲 02-24-2010, 09:19 PM                                                                                                    #8

 **jc300e** ●
Registered User

Join Date: May 2000
Location: Location: Norcross, GA
Posts: 77

Got the wife's ML back today... so far so good. The rap sheet i 5 pages of R&R this, R&R that, plus a list of every sleeve, seal and bolt you can imagine... Also replaced Oil Bump & pick up tube, balance shaft (of course), chain tensioner, cam plugs, valve timing solenoid units, every fluid that flows through its veins.

QUESTION - what's up with filling the engine with Mineral Oil, running, draining then changing the oil again and replacing the Mineral Oil with typical Synthetic ? just curious what's special about MO?

Finally - what would happen if one did not have this issue resolved?

Jeff
'87 300E
'92 400E
'06 ML350
⊕



---

■ 02-25-2010, 08:05 AM                                                                                    #9

**M.B.DOC** ⊚                                                        Join Date: Mar 1999
Moderator                                                           Location: Tucker, Ga USA
                                                                    Posts: 10,513

Using regular "mineral" oil is FINE...but oil change interval needs to be 5K miles not 10K!

Also in cold weather you might need to run lighter weight oil.

The timing chain can jump & bend all of the valves! Plus you wouldn't pass your emissions test.

MERCEDES Benz Master Guild Technician (6 TIMES)
ASE Master Technician
Mercedes Benz Star Technician (2 times)
40 years foreign automotive repair
27 Years M.B. Shop foreman (dealer)
MB technical Information Specialist (12 years)
190E 2.3 16V ITS SCCA race car (sold)
1986 190E 2.3 16V 2.5 (sold)
mbdoc-pe@hotmail.com



---

■ 02-25-2010, 11:17 AM                                                                                    #10

                                                 Join Date: Feb 2000
**Zeus** ◉                                                          Location: Canada
Moderating, Eh?                                                     Posts: 1,724

Quote:

> Originally Posted by **jc300e** ▣
> *Got the wife's ML back today... so far so good. The rap sheet i 5 pages of R&R this, R&R that, plus a list of every sleeve, seal and bolt you can imagine... Also replaced Oil Bump & pick up tube, balance shaft (of course), chain tensioner, cam plugs, valve timing solenoid units, every fluid that flows through its veins.*
>
> *QUESTION - what's up with filling the engine with Mineral Oil, running, draining then changing the oil again and replacing the Mineral Oil with typical Synthetic ? just curious what's special about MO?*
>
> *Finally - what would happen if one did not have this issue resolved?*

Exact same here, it's obviously the same procedure at all dealers. Same parts replaced, etc. They also did the multiple oil changes. I'm guessing that they do the initial quick run and drain to flush out any contaminants that may have entered the engine during the R&R. Hence the use of cheap oil. Since they are only using that oil change as a flush, why use full synthetic? Makes sense to use cheaper oil. Then they verify operation and no codes and then fill up with the proper oil and filter.

On one hand, it's sad to see such a beautiful piece of engineering in pieces! On the other hand, the engine gets an early mid-life inspection and you get all fluids changed (like compressor oil, refrigerant, antifreeze, etc.).

Chris
**2007 E550 4Matic** - 61,000 Km - Iridium Silver, black leather, Sport package, Premium package
**2007 GL450 4Matic** - 62,000 Km - Obsidian Black Metallic, black leather, all options
**1998 E430** - for sale!
1989 300E - 333,000 Km - sold
1977 280E - sold
1971 250 - retired

"And a frign hat. They gave me a hat at the annual benefits meeting. I said. how does this benefit me. I dont have anything from the company.. So they gave me a hat." - TheDon



---

📅 02-28-2010, 08:34 AM                                                                 #11

**Darktech** ○
Sagemeister

Join Date: Jan 2010
Location: Obamanation
Posts: 2

Here is what the offending part looks like and comparison pics:

⌐ Attached Thumbnails

   



---

📅 02-28-2010, 08:36 AM                                                                 #12

**Darktech** ○
Sagemeister

Join Date: Jan 2010
Location: Obamanation
Posts: 2

Here is a link to the attached TSB document for your viewing pleasure:
http://www.motor-talk.de/forum/aktio...hmentId=681441



---

📅 03-02-2010, 07:44 PM                                                                 #13

 **Zeus** ○
Moderating, Eh?

Join Date: Feb 2000
Location: Canada
Posts: 1,724

🖋

Thanks Darktech, useful info.

Chris
**2007 E550 4Matic** - 61,000 Km - Iridium Silver, black leather, Sport package, Premium package
**2007 GL450 4Matic** - 62,000 Km - Obsidian Black Metallic, black leather, all options
**1998 E430** - for sale!
1989 300E - 333,000 Km - sold
1977 280E - sold
1971 250 - retired

"And a frign hat. They gave me a hat at the annual benefits meeting. I said. how does this benefit me. I dont have anything from the company.. So they gave me a hat." - TheDon

  


03-18-2010, 08:45 PM                                                                                    #14


**Johnhef** ○
Senior Member

Join Date: Feb 2005
Location: Frederick, Md
Posts: 4,493

View Photos By: Johnhef

Ahh the wonderful M27X balance shaft issue. I haven't had one in awhile so I'm probably due to get one. It's kinda like playing russian roulette when you get a m272/3 engined vehicle with the check engine light on. You have to ask yourself, "Do I feel lucky today?" and hope that the fault code turns out to be for just one of the cam adjuster solenoids and not the the fault codes-o-death, 1200 and 1208, indicating constant adjustment.

Anyways for anyone wondering the vehicles I've seen come through needing this have been mostly 2006-7 models but not limited to that as MBDOC said. ML350, R350, C230, S550, GL450 just to name a few. My experience has been limited to 2 GL450's and one ML350.



1978 300D
1980 500SE/AMG Euro
1981 300SD
1981 500SEL Euro
1982 380SEL
1983 380SEC
1983 500SEC/AMG Euro
1984 500SEC
1984 300TD Euro
1986 190E 2.3-16
1987 300D
1991 300D 2.5
1997 C36 AMG

past: 1969 280SE 4.5 | 1978 240D | 1981 300SD | 1982 300CD | 1983 300CD | 1983 300SD | 1984 300D | 1984 300D | 1984 300TD | 1984 500SEL | 1984 300SD | 1985 300D | 1986 300E | 1986 560SEL | 1986 560SEL/Carat | 1987 560SEC | 2006 R350

GWS-MBCA Vice President
Join us! I am #H013278



03-19-2010, 12:31 PM                                                                                   #15


**ILUVMILS** ○
Senior Member

Join Date: Sep 2002
Location: North Jersey, U.S.A.
Posts: 1,775

I've got two at my shop right now, an ML and an R Class. It looks like two of my guys will be busy for the next few days. 😄 They're both out of warranty, but I'm sure MB will help out.

ILUVMILS
MB Shop Foreman
MB Master Technician
MB Master Guild Tehnician 2007
Factory trained in NJ, PA, AL, CA, FLA,
and Germany



Post Reply                                                                       Page 1 of 2  1  2  >

**Bookmarks**

| 🔖 Digg | 🔲 del.icio.us | 🌀 StumbleUpon | Ⓖ Google |

**Ask a Mercedes Mechanic** 8 Mercedes Mechanics Are Online! Ask a Question, Get an Answer ASAP. Mercedes.JustA

**Mercedes Benz Specialists** Special Savings For Many Services. Your Mercedes Benz Repair Shop. EuropeanAutoRep.

Ads by Google

« Previous Thread | Next Thread »

| **Posting Rules** | ⓐ |
|---|---|
| You **may not** post new threads | |
| You **may not** post replies | |
| You **may not** post attachments | |
| You **may not** edit your posts | |

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Rules

**Forum Jump**

M, G, s-Wagen, E Class, Unimog, Sprinter ⬛ Go

All times are GMT -4. The time now is 07:41 PM.

-- Normal ShopForum Style

Contact Us - Homepage - Archive - Top

Powered by vBulletin® Version 3.8.5
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.

**PeachParts, LLC all rights reserved 1999 - 2010**
PeachParts, LLC takes no responsibility whatsoever for any technical assistance offered by anyone. The Risk is 100% yours.
**PeachParts is NOT affiliated, sponsored nor authorized by Daimler AG.**

- Hom
- Buy Part
  - Fastlan
  - AllPartsExpres
  - Special Too
    - Shop Forur
    - Resource
  - What's New
  - DIY Article
    - DIY Link
  - Good Shop
  - Featured Car

PeachParts Mercedes ShopForum > Technical Information and Support > ML, GL, G-Wagon, R-Class, Unimog, Sprinter
ML350 3.5L Balance Shaft Failure

User Name [User Name]   [ ] Remember Me?
Password [ ]   [Log In]

| Register | ShopForum Gallery | FAQ | Calendar | Today's Posts | Search |

## Need Parts?

**Post Reply**

Page 2 of 2 < 1 **2** ▽

Thread Tools ▽   Display Modes ▽

---

03-19-2010, 12:54 PM                                                                                    #16



**Zeus** ◑
Moderating, Eh?

Join Date: Feb 2000
Location: Canada
Posts: 1,724

---

Quote:

> Originally Posted by **ILUVMILS** 
> *I've got two at my shop right now, an ML and an R Class. It looks like two of my guys will be busy for the next few days.* 😊 *They're both out of warranty, but I'm sure MB will help out.*

My tech was telling me about a colleague in LA (Benz tech) who said this repair was helping keep the dealership afloat with sales down! Lol...probably a bit of hyperbole, but there is likely some truth to it! 😊

ILUVMILS - In your opinion as a tech, can the engine really be put back together as well as factory, assuming the tech working on it is experienced and competent? Just curious.

Chris
**2007 E550 4Matic** - 61,000 Km - Iridium Silver, black leather, Sport package, Premium package
**2007 GL450 4Matic** - 62,000 Km - Obsidian Black Metallic, black leather, all options
**1998 E430** - for sale!
1989 300E - 333,000 Km - sold
1977 280E - sold
1971 250 - retired

"And a frign hat. They gave me a hat at the annual benefits meeting. I said. how does this benefit me. I dont have anything from the company.. So they gave me a hat." - TheDon

[Quote]

---

03-19-2010, 10:06 PM                                                                                    #17

**Johnhef** ◑
Senior Member

Join Date: Feb 2005
Location: Frederick, Md
Posts: 4,493

View Photos By: Johnhef

---

The only ones MB hasn't helped out on at our place have been Carmax vehicles.



1978 300D
1980 500SE/AMG Euro
1981 300SD
1981 500SEL Euro
1982 380SEL
1983 380SEC
1983 500SEC/AMG Euro
1984 500SEC
1984 300TD Euro
1986 190E 2.3-16
1987 300D
1991 300D 2.5
1997 C36 AMG

past: 1969 280SE 4.5 | 1978 240D | 1981 300SD | 1982 300CD | 1983 300CD | 1983 300SD | 1984 300D | 1984 300D | 1984 300TD | 1984 500SEL | 1984 300SD | 1985 300D | 1986 300E | 1986 560SEL | 1986 560SEL/Carat | 1987 560SEC | 2006 R350

GWS-MBCA Vice President
Join us! I am #H013278

 Quote

---

 **ILUVMILS** ⊕
Senior Member

Join Date: Sep 2002
Location: North Jersey, U.S.A.
Posts: 1,775

Quote:

> Originally Posted by **Zeus** ⬛
> ....*ILUVMILS - In your opinion as a tech, can the engine really be put back together as well as factory, assuming the tech working on it is experienced and competent? Just curious.*

Yeah, we've been doing them for a couple of years now with no problems. It's really not *that* big a deal when you get right down to it. Of course, some guys like doing engine work, while others would rather replace an evaporator, or a windshield, etc. For this reason, less than half the balance shaft jobs in my shop are done by the tech who makes the original diagnosis.

---

ILUVMILS
MB Shop Foreman
MB Master Technician
MB Master Guild Tehnician 2007
Factory trained in NJ, PA, AL, CA, FLA,
and Germany

 Quote

---

 **Zeus** ✪
Moderating, Eh?

Join Date: Feb 2000
Location: Canada
Posts: 1,724

Quote:

> Originally Posted by **ILUVMILS** ⬛
> *Yeah, we've been doing them for a couple of years now with no problems. It's really not **that** big a deal when you get right down to it. Of course, some guys like doing engine work, while others*

*would rather replace an evaporator, or a windshield, etc. For this reason, less than half the balance shaft jobs in my shop are done by the tech who makes the original diagnosis.*

Good to know, thanks for sharing.

That seems to be the same at my dealer's shop. The senior tech did my engine and another younger tech replaced a wiring harness and a DVD screen for the rear headrest entertainment unit.

When I went in to check on the progress, the engine was out and I was immediately impressed with how neat and organised all the disassembled parts were. The tech was obviously quite fastidious, which I appreciated and thanked him for.

Cheers,
C.

Chris
**2007 E550 4Matic** - 61,000 Km - Iridium Silver, black leather, Sport package, Premium package
**2007 GL450 4Matic** - 62,000 Km - Obsidian Black Metallic, black leather, all options
**1998 E430** - for sale!
1989 300E - 333,000 Km - sold
1977 280E - sold
1971 250 - retired

"And a frign hat. They gave me a hat at the annual benefits meeting. I said, how does this benefit me. I dont have anything from the company.. So they gave me a hat." - TheDon



---

🔲 03-29-2010, 11:06 PM                                                                              #20

**billtinvegas** ●                                                      Join Date: Mar 2010
Registered User                                                         Posts: 1

**2006 R350 Blown Engine**

My CEL had come on only once before and I limped to the MB dealer where I removed and resealed the gas cap and the car started right away with no problems. The Service Advisor took the car in to check for codes and came back saying that it didn't show anything. That was three months ago

Last Thursday driving on freeway at the end of a 150 mile trip the CEL came on and engine appeared to go into "limp" mode. As I decelerated and moved to right shoulder a crunching sound and LOTS of white smoke out the back. As I came to a stop and the smoke cleared I could see an oil slick marking my trail from where I heard the crunch.

The car has 89M miles and MB says they can't help - the dealer says it will be near $20M to replace the engine! The dealer has done all recommended service at the recommended intervals. This was my first MB and I didn't buy the extended warranty.

I have asked for the error codes and if its the dreaded 1200 or 1208 do you think that the balance shaft gears being worn could have caused this?



---

🔲 03-30-2010, 08:13 AM                                                                              #21

**M.B.DOC** ●                                                          Join Date: Mar 1999
Moderator                                                              Location: Tucker, Ga USA
                                                                       Posts: 10,513

Run from that dealer!

I'm sure you can get a good used engine installed for less than 1/3 of that quote.

MERCEDES Benz Master Guild Technician (6 TIMES)
ASE Master Technician

Mercedes Benz Star Technician (2 times)
40 years foreign automotive repair
27 Years M.B. Shop foreman (dealer)
MB technical information Specialist (12 years)
190E 2.3 16V ITS SCCA race car (sold)
1986 190E 2.3 16V 2.5 (sold)
mbdoc-pe@hotmail.com

 Quote

 Post Reply

Page 2 of 2  <  1  **2**  ▽

**Bookmarks**

Digg           del.icio.us          StumbleUpon          Google

Save Hundreds on
Your Auto Insurance



« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts
------------------------------------
BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
------------------------------------
Forum Rules

**Forum Jump**

M, GL, G Wagen, R Class, Unimog, Sprinter   Go

All times are GMT -4. The time now is 07:45 PM.

-- Normal ShopForum Style                              Contact Us - Homepage - Archive - Top

Powered by vBulletin® Version 3.8.5
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.

**PeachParts, LLC all rights reserved 1999 - 2010**
PeachParts, LLC takes no responsibility whatsoever for any technical assistance offered by anyone. The Risk is 100% yours.
**PeachParts is NOT affiliated, sponsored nor authorized by Daimler AG.**

# EXHIBIT 3

Material defects at Mercedes V6-/v8- Petrol Models-autobild.de.

http://www.autobild.de/artikel/mercedes-probeme-mit-v6-v8-benzinern...

Autobild.de

Mercedes: problems with V6-/V8 gasolines

# Mercedes admits material fault



**Mercedes has a problem with V6-/V8 motors. The owners are unhappy with the goodwill regulation. Dailmer promises Improvements, however, questions still remain.**

Owners of Mercedes six and eight cylinder engines still have to fear for their engines. Due to a material fault, on cars built between April 2004 until September 2006, a gearwheel of the timing chain can wear down. The damage is noticeable when the engine indicator lamp is on. Repairs cost up to 4700 Euros, depending on the model. Mercedes has built the engines of series M272 (2.5, 3 and 3.5 liter V6) and M273 (5 liter V8) in ten model ranges. It's still a mystery how many cars with M272 and M273 engines have been affected by this fault.

Overview: <u>all news and tests on the Mercedes brand</u>

Material defects at Mercedes V6-/v8- Petrol Models-autobild.de.

http://www.autobild.de/artikel/mercedes-probeme-mit-v6-v8-benzinern...

A company spokesman has declared for AUTO BILD that, until now, there is a "very low failure quota, of about one percent" - around 1500 fault cases. They estimated that there would be very few new complaints and that most cases have already been handled. This is the result of an internal faults statistic - which is, however, kept classified by Mercedes. Apparently, it can't be predicted which cars will be affected by this problem. The reason: in case of chain wheels made of sintered steel, different material compositions are used. This problem was solved only after chain wheels were once again made of conventional steel (September 2006).



The CLS owned by Manfred Obrist from Baden broke down at 102.000 kilometers. Mercedes incresed the goodwill expenses percentage.   However, costs amounting to 1000 Euros still remain.

Page 1 of 4

In case of damage (check engine light is on), the manufacturer advises owners to only use a Mercedes garage instead of going to a general car workshop. Firstly, only then can costs be reduced and, secondly, goodwill compensation could be handled. Furthermore: customers, who are not satisfied with the cost-sharing of Mercedes, can apply for a new goodwill compensation, which will be verified once again. Both the mileage and goodwill limits have now "been considerably expanded".

Material defects at Mercedes V6-/v8- Petrol Models-autobild.de.

http://www.autobild.de/artikel/mercedes-probeme-mit-v6-v8-benzinern...

**Comments of Matthias Moetsch**

"This fault refers to the very core of Mercedes. This is about thick gasoline-operated engines. About cars that costs around EUR 70,000 - 100,000 or even more. About customers, who especially leave lot of money in the company's cash office: car lovers, solvent owners, regular customers. They now drive with the uncertainty that at a certain point in time, their engine will break down. For a producer who advertises "The best or nothing at all" on banners, from the point of view of this clear failure, the can be only one answer: 100 percent compensation for everyone. Everything else is nothing at all."

# EXHIBIT 4

# utobild.de

Mercedes: Probeme mit V6-/V8-Benzinern — 04.08.2011

## Mercedes gibt Materialfehler zu

Google Anzeige

**German Car Experts Housto**
We are your dealership alternative Certified Technicians, repairs
www.lgautorepair.com



**Zur Bildergalerie**

**Mercedes hat ein Problem mit V6- und V8-Motoren. Die Besitzer sind unzufrieden mit der Kulanzregelung. Daimler gelobt Besserung, doch es bleiben Fragezeichen.**

Besitzer von Sechs- und Achtzylinder-Benzinern von Mercedes müssen weiter um ihre Motoren bangen. Wegen eines Materialfehlers kann sich bei Autos des Bauzeitraums April 2004 bis September 2006 ein Zahnrad an der Steuerkette abnutzen. Der Schaden kündigt sich mit dem Aufleuchten der Motorkontrollleuchte an; die Reparatur kostet je nach Modell bis zu 4700 Euro. Mercedes verbaute die Motoren der Baureihen M272 (2,5-, 3,0- und 3,5-Liter-V6) und M273 (5,0-Liter-V8) in zehn Modellreihen. Wie viele Autos mit M272- und M273-Motor von den Schäden betroffen sein können, bleibt weiter im Dunkeln.

### Übersicht: Alle News und Tests zur Marke Mercedes

Ein Firmensprecher sagte gegenüber AUTO BILD, dass es bislang "eine sehr geringe Ausfallquote von ca. einem Prozent" gebe – rund 1500 Schadensfälle. Man rechne nur noch mit wenigen neuen Beanstandungen, die meisten Fälle seien bereits abgearbeitet. Dies ergebe sich aus einer internen Mängelstatistik – die Mercedes allerdings unter Verschluss hält. Bei welchen Fahrzeugen das Problem auftritt, lässt sich offenbar nicht vorhersagen. Grund: Beim Kettenrad aus Sinterstahl seien verschiedene Materialzusammensetzungen zum Einsatz



Der CLS von Manfred Obrist aus Baden ging bei Kilometerstand 102.000 kaputt. Mercedes erhöhte den Kulanzanteil, doch 1000 Euro

ekommen. Erst seit wieder Kettenräder Kosten blieben,
aus konventionellem Stahl eingebaut wurden (September 2006), war das Problem gelöst.

### ., VW: Rückruf wegen weicher Zahnräder

Ende 2008 rief der VW-Konzern rund 25.000 Passat und Sharan mit 2.0-TDI-Motor in die
Werkstätten, weil es zu "vorzeitigem Verschleiß der Zahnräder im Ausgleichswellenmodul"
kommen konnte. Die Zahnriemen-TDI von VW besitzen zwar keine Steuerkette, die
Ausgleichswelle wird jedoch über Stirnräder angetrieben. VW-Sprecher Harthmuth Hoffmann
zu AUTO BILD: "Die Werkstattaktion wurde präventiv durchgeführt, um größere Schäden zu
vermeiden."

Im Schadensfall (Motorkontrollleuchte brennt) rät der Hersteller, unbedingt eine Mercedes-
Vertretung aufzusuchen und keine freie Werkstatt. Nur so könnten zum einen Kosten
begrenzt und zum anderen ein Kulanzantrag bearbeitet werden. Und: Kunden, die mit der
Kostenbeteiligung von Mercedes unzufrieden sind, können einen neuen Kulanzantrag
einreichen, dieser würde noch einmal geprüft. Sowohl die Kilometerleistung als auch der
Kulanzrahmen seien nun "deutlich erweitert worden".

### Kommentar von Matthias Moetsch



"Dieser Fehler trifft Mercedes ins Mark. Es geht um die dicken
Benzinmotoren. Um Autos, die 70.000, 100.000 Euro oder mehr kosten. Um
Kunden, die besonders viel Geld in der Konzernkasse lassen: Autoliebhaber,
solvente Herrschaften, Stammkunden. Sie fahren nun mit der Ungewissheit,
irgendwann einen Motorschaden zu erleiden. Für einen Hersteller, der sich
"Das Beste oder nichts" auf die Fahnen schreibt, kann es angesichts des
klaren Versagens nur eine Antwort geben: 100 Prozent Kulanz für alle. Alles

M. Moetsch    andere ist nichts."

### Lesen Sie auch: Mercedes-V-Motoren für die Zukunft

Google Anzeigen

### ermatec AG, Ermatingen
Fördertechnik, Mühlenbedarf Elevatorbecher, Schneckenflügel uvm
www.ermatec.ch

### Energieführungs-Systeme
Energieführungen aus Stahl, Kunststoff und Hybrid
www.kabelschlepp.de

### Mercedes Body Repair
Houston Auto Body Repair Experts. Certified In Luxury Auto Brands.
www.HanleyBros.com

Mehr zum Thema
Suchbegriff eingeben    Suchen

Kommentare zum Artikel (55)
Das sehen Sie auch so? Oder anders? Diskutieren Sie mit!

| Erstellt | Text | Funktion |
|---|---|---|
| | @ Willkommen im Club | |
| Kochender,<br>07.10.2011<br>18:24Uhr | Das ist ja wirklich der Hammer, das Kettenrad muss nun aus purem Gold<br>sein. Ich denke da bleibt dir genau wie mir nichts anderes übrig als den<br>Weg zum Anwalt anzutreten. | Eintrag<br>melden |
| Willkommen-<br>im-Club,<br>05.10.2011<br>15:02Uhr | Es wird immer doller!<br><br>Ich habe eben mit meiner Werkstatt telefoniert: die Rechnung beläuft sich<br>auf sagenhafte 6.500 EUR! | Eintrag<br>melden |
| Kochender,<br>15.09.2011<br>17:57Uhr | Mercedes will mit dem Eigenanteil von 25 % eventuell seine Eigenkosten<br>decken, dies hat mir ein Außendienstmitarbeiter von MB als "Theorie"<br>erzählt. Am Anfang stand der CLS 350 noch mit 3000,-, jetzt wo sich die<br>Fälle häufen gehen die Kosten plötzlich auf 4500,- und mehr nach oben. | Eintrag<br>melden |
| | Seite 1 2 3 4 5 6 7 8 9 10 11 | nächste<br>Seite > |

# EXHIBIT 5

- Home
- About
- Privacy Policy
- Contact Us

« Video: Trailer for 'Need For Speed: The Run' hits the web
Video: Lamborghini Murcielago LP640 Roadster in Heavy Rain – FAIL – GT News »

# Mercedes Hit With Timing Chain Issues on 2004-2006 V6 and V8 Models – Auto Industry News

August 5th, 2011 | Author:



Mercedes-Benz is currently trying to recapture the number one position in global luxury sales, but a quality problem on its home turf in Germany seems to be undermining confidence in the brand. Autobild reports that the M272 V6 and M273 V8 engines used a sintered steel timing chain gear made of various materials starting in 2004, but switched to conventional steel in 2006, eliminating the problem with gear wear. The problem: nobody seems to know how many vehicles built between 2004 and 2006 are affected. Mercedes claims, based on secret internal defect tracking, that one percent, or about 1,500 vehicles, are affected. If you have a vehicle with one of these engines built between 04 and 06 and your check engine light comes on, Mercedes encourages you to visit your M-B dealer rather than an independent shop, as Mercedes is offering free repairs to affected customers. And as Autobild's Matthias Mölsch argues, when your motto is "the best or nothing," the only answer to a situation like this is to fix 100% of the defects for free.



The Truth About Cars

shopautoweek.com
WE KNOW CARS. LET'S FIND YOURS.™

shopautoweek.com matches
your needs with expert car advice

TEMECULA
HYUNDAI
27430 Ynez Rd, Temecula, CA 92591   (951) 699-6807

SALE Used 2005 Mercedes Benz S-Class
MORE PHOTOS ▶

Pages
- About
- Contact Us
- Privacy Policy

Like !

Tags: 20042006, Auto, Chain, Industry, Issues, Mercedes, Models, News, Timing
Posted in Automobile Reviews | Tags: 20042006, Auto, Chain, Industry, Issues, Mercedes, Models, News, Timing

# EXHIBIT 6

## 2006 MERCEDES-BENZ M-CLASS



Share    0    Like

**Kelley Blue Book price:** $23,500 - $24,300
Reliability rating: ▮▮▮▮▮

**MSN ratings & reviews**
User rating.         8.7   Read reviews
MSN autos rating:    8.0   Read reviews

**New Mercedes C**
Find Mercedes C Dealers and Get a Local Quote Today!
Mercedes.Auto-Price-Finder.com

**Mercedes C-Class Prices**
Find out the Dealers' Secret Price on an All-New Mercedes C-Class!
Mercedes.CarPriceSecrets.com

**For Sale - Used C-Class**
Search over 4030 used Mercedes-Benz C-Class. Prices starting at $3,990
www.CarGurus.com/Mercedes-Benz

**Need car insurance?**
Find savings in your neighborhood with our discounted policy finder.
AutoInsuranceHintsTipsandNews.com

AdChoices ▷



MSN sponsors

**RECENTLY VIEWED CARS**

 **2006 MERCEDES-BENZ M-CLASS**
See Competitors

View favorites

## 2006 MERCEDES-BENZ M-CLASS

By Dan Jedlicka of MSN Autos

### Rating: 8

**Bottom Line:**
The second-generation M-Class promises to be extremely competitive

**Pros.**
- Thoroughly redesigned
- Sleeker
- Roomier

**Cons:**
- Tricky gear change SEE PICTURES
- Rather high cargo floor
- Shallow rear cupholders

SEE COMPETITORS

The redesigned second-generation Mercedes-Benz M-Class sport-utility vehicle is a major improvement over the first-generation model. It's sleeker, larger and—importantly—far more carlike, as are most new SUVs.

This early 2006 M-Class has some of the boxy 1998-2005 model's design language, but is much more streamlined with such things as a swept-back windshield, and alluring blend of strongly contoured surfaces and taut lines. The roomier interior also gets a much-needed update. Like the first-generation M-Class, the 2006 model is built at Mercedes' Tuscaloosa, Alabama plant.

Mercedes introduced the new M-Class far from Alabama at a media preview drive in Provence, France starting in Nice and involving challenging mountain driving

Exact prices weren't announced at the preview, but Mercedes said they'll range from approximately $40,000 to the high-$40,000 range when the two M-Class versions go on sale in April. The 2005 M-Class has list prices of $37,950 and $46,400.

**Two Trim Levels**
The 2006 M-Class is packed with comfort, convenience and safety features. It comes in two trim levels: the ML 350 with a 3.5-liter V6 generating 268 horsepower—or 36 more than the current V6—and the ML 500 with a 5.0-liter V8 with 302 horsepower, up from 288.

A hot rod AMG version of the M-Class may arrive next year with racy cosmetic touches and a rumored 500-horsepower V8. Also, an advanced turbocharged diesel engine is scheduled to be offered in 2007 for sale in most areas of the country except California and a few northeastern states.

Many may have forgotten that most Mercedes cars sold in America a few decades ago had diesel engines, which are popular in Europe because of advanced new diesel designs and sky-high gasoline prices.

The ML 350 provides decent acceleration and is expected to account for 75 percent of sales, with the V8 picking up the rest. However, the M-Class is heavy at approximately 4,800 pounds, so the V8 provides the best acceleration

**World-First Transmission**
The new M-Class engines work with the world's first 7-speed automatic transmission, instead of a typical 4- or 5-speed automatic. The more gears with an automatic, the better responsiveness and fuel economy.

A "Direct Select" feature lets the transmission be electronically touch-operated by nudging a steering column stalk that doesn't take up space like a floor-mounted shifter. But the stalk can be tricky to use if a driver is in a hurry. For instance, it requires more than lazy concentration to select a gear, and the "park" gear position is gotten by pushing in the stalk.

**RELATED ARTICLES**

IIHS's Top Safety Picks
Auto Show Trend: Crossovers/SUVs
SUVs Go Upscale
500-Horsepower Club



advertisement

Mercedes called the first M-Class an "All Activity Vehicle." It was a new type of vehicle for Mercedes and one of the first mid-size luxury SUVs. It had Mercedes' first V8 engine and was the first Mercedes built in an American plant.

Being the first Mercedes luxury SUV, the 1998 M-Class had several glitches. For example, folding the 3-piece rear seatbacks forward for more cargo room required working awkward-to-use cheap plastic levers and releases—and then the seatbacks didn't fold flat. Many owners must have shook their heads and said, "*This* is a Mercedes?" However, the SUV was improved as the years passed.

#### Many Rivals

"The first M-Class had little competition when it came out. But M-Class rivals now are all over the place," said Mercedes-Benz USA M-Class product manager Ron Mueller.

The 2006 M-Class will mainly compete with BMW's X5 SUV but also faces upscale rivals from automakers including Acura, Cadillac, Infiniti, Lexus and Volvo.

"The 2005 M-Class really isn't unusually old for a Mercedes because the life cycle of most of our models is about 7.5 years," said Mercedes spokesman Rob Moran.

However, Mercedes says it may have to shorten vehicle life cycles because of greater competition.

#### More Modern Feel

The new M-Class feels a lot more modern than its predecessor. Trucklike body-on-frame construction has been replaced by a rigid car-like unibody platform. The new model is 5.9 inches longer, 2.8 inches wider and a little lower. The 114-inch wheelbase is nearly 4 inches longer for a more comfortable ride.

Test drives on twisting mountain roads showed the M-Class to have quick steering with Mercedes' slightly heavy, but reassuring, feel. The brake pedal initially felt a little touchy, but I soon got used to it and appreciated the strong brakes. Road manners were very sporty for a heavy SUV.

The ride was comfortable, and the new Mercedes looked right at home while cruising through glamorous French cities such as Nice and Cannes.

#### Off-Road Abilities Downplayed

The 2006 M-Class retains good off-road prowess with its standard all-wheel-drive system, but it's mainly designed for on-road driving.

"Less than one percent of SUV owners use their vehicles for tough off-road motoring," Mueller said. "That's why an optional off-road suspension package will not be offered for the M-Class in America until 2007."

Gauges can be quickly read and dashboard controls are easy to use—as are power seat controls on the sides of the supportive front seats.

Traction control and anti-skid systems are standard, as are anti-lock brakes with an assist feature for surer panic stops.

#### Roomy

The quiet, upscale interior has good room for four tall adults. The front console has two deep cupholders, but rear cupholders in the fold-down armrest are shallow.

Optional features include "Keyless-Go," which allows doors to be opened and the M-Class to be started without a key: a driver only needs to keep the vehicle's key fob in a pocket or purse and just pushes a button to start and to stop the engine.

The optional power tailgate opens easily to reveal a large cargo area, although it has a rather high opening. The entire rear seats flip forward to enlarge the cargo area—and this time Mercedes got it right because that's a no-sweat procedure.

Twin hydraulic struts let the hood raise smoothly, which shows good attention to detail.

Mercedes has had quality issues in the past few years, but feels confident that the new design of the solid-feeling M-Class should be free of problems.

#### 2006 MERCEDES-BENZ M-CLASS COMPETITORS

| Acura MDX | BMW X5 | Cadillac SRX | Chevrolet Tahoe |
|---|---|---|---|
| Infiniti FX | Jeep Grand Cherokee | Land Rover LR3 | Land Rover Range Rover |
| Land Rover Range Rover Sport | Lexus GX 470 | Lexus RX 330 | Lexus RX 400h |
| Mercury Mountaineer | Porsche Cayenne | Toyota Land Cruiser | Volkswagen Touareg |
| Volvo XC90 | | | |

Competitive analysis: We compare all 17 competitors for you

Compare 2006 Mercedes-Benz M-Class photos

Compare 2006 Mercedes-Benz M-Class specifications

# EXHIBIT 7



Smarter commerce creates
new opportunities.

Register   Log In   CNN

Analysis from FORTUNE: Plugged In

Column archive



## Mercedes vs. Consumer Reports

The luxury carmaker is not happy with recent rankings that appeared in the 2007 New Car Preview.

**By Alex Taylor III, Fortune senior editor**
**November 20 2006: 9:11 AM EST**

**FORTUNE**

NEW YORK (Fortune) — There is an old saying in the newspaper business that you shouldn't pick a fight with somebody who buys ink by the gallon.

That hasn't stopped Mercedes-Benz from taking a few swipes at *Consumer Reports* over some very damaging reviews of Mercedes vehicles.

First some background: For the 2007 edition of its New Car Preview, *Consumer Reports* surveyed its six million subscribers about what serious problems they had with the cars they own. Some 1.3 million responded and the results weren't good for Mercedes-Benz.

Here's a brief blow-by-blow: In a listing of the least reliable luxury cars, based on 2006 models, three of the six cars are Mercedes: the old S-class (prior to the recent redesign), the CLS and the E-class Sedan.

More from Fortune

In Spain, new leadership, same problems

Meg Whitman on easing HP's "post-traumatic stress"

Startup lessons from the global debt crisis

Most and least reliable cars

FORTUNE 500

Current issue

Suggestions for Fortune

Same thing in sport cars. Mercedes hogged three of the seven slots for least reliable: the SL, the CLK and the V6 SLK.

Among mid-sized SUVs, the M-class, a quality disaster when it first came out, still ranks as the least reliable in its grouping.

Other luxury manufacturers turn up on the least reliable list, with BMWs, Jaguars and Cadillacs sprinkled throughout.

But what is striking about Mercedes' performance is its consistency. Of the 11 models reviewed by *Consumers*, none are recommended. Seven are left off of the list because of poor reliability; the remaining four are considered too new to predict.

Mercedes has the worst record of any automaker with that many models. For a brand that claims to be "engineered like no other car in the world," that is fairly frightening.

"They understand the problems and they are fixing some of them, but they have a long way to come," says David Champion, director of automotive testing at *Consumers*.

For its part, a spokesman for Mercedes says that the data in the *Consumer Reports* rankings "is totally out of sync with what we're seeing in the mainstream research as well as our own customer satisfaction and warranty data." He points to the good marks Mercedes gets for ride, handling, comfort, safety and performance.

He may be whistling into a windstorm, though. "Car buyers pay a lot of attention to *CR*'s ratings," says industry consultant George Peterson. "They perceive them as unbiased."

Research by Peterson's own firm, AutoPacific, substantiates *CR*'s findings. Its 2006 Ideal Vehicle Awards show Mercedes not only ranking ninth out of ten among luxury brands but also lower than the top ten mainstream brands like Hyundai (Charts) and Subaru.

Quality problems have been a big issue at Mercedes for several years and the company keeps insisting it has a handle on them. But issues keep cropping up.

The JD Power initial quality study for 2006 models, which measures defects identified by customers during the first 90 days of ownership, put Mercedes at 25th out of a field of 37 brands. That was well behind leaders like Porsche, Toyota's (Charts) Lexus, Jaguar, GM's (Charts) Cadillac and Infiniti, though still two notches ahead of BMW.

The Mercedes spokesman blames that low ranking on two major complaints: brake dust from the high performance brakes and problems with the new seven speed transmission, that he says have been repaired.

| NEW CARS | USED CARS |
|---|---|
| Pick Make | Pick Year |
| Pick Model | Pick Make |
| Zip    Go | Zip    Go |
| | Browse all used cars |
| | Appraise your used car |

Photos and details



STORE E-MAIL ALERTS

Follow the news that matters to you. Create your own alert to be notified on topics you're interested in.

Or, visit Popular Alerts for suggestions.

Manage alerts | What is this?

He adds: "As you're aware, the IQS included a new survey methodology by JD Power which goes well beyond the actual quality of the vehicles and into subjective measurement (an important distinction) of how customers feel about such things as the design, look and operation of features, controls and equipment."

Mercedes still makes superb automobiles - striking in design, sophisticated in engineering, exhilarating in performance. It attracts hugely loyal buyers and its cars retain value better than most.

But being a leader means being constantly under attack by those behind you. Along with BMW and Lexus, Mercedes ranks in the top tier of luxury brands.

But until it can tame the devilish complexity of its cars into more reliable transportation, its position will remain precarious. And it doesn't help to be in denial about the problems you face - or to attack the messenger who delivers the bad news.

---

Most reliable cars, *Consumer Reports*: Ford's (Chqrls) new sedans shine in results, but Japanese still most reliable by far. ∎

SAVE  |  EMAIL  |  PRINT  |  **RSS**  |  REPRINT

More Autos

Sweet rides from the L.A. Auto Show

John Smale. GM's pioneering director dies at 84

Honda Civic Natural Gas: Green Car of the Year

The Hot List

100 best places to start a business

Diesel: The truck stops here

'You're working for gas now

| About CNNMoney | Content | Magazines | Site Tools | Stay Connected |
|---|---|---|---|---|
| Contact Us | Fortune Magazine | Subscribe to Fortune | Site Map | My Account |
| Advertise with Us | Money Magazine | Subscribe to Money | Watchlist | Mobile Site & Apps |
| User Preferences | Business News | Give the Gift of Fortune | Search Jobs | Facebook |
| Career Opportunities | Markets | Give the Gift of Money | Real Estate Search | Twitter |
| Conferences | Term Sheet | Reports | Mortgage and Savings Center | LinkedIn |
| Business Leader Council | Economy | Special Sections | Calculators | YouTube |
| | Tech | Magazine Customer Service | Widgets | RSS Feeds |
| | Personal Finance | | Corrections | Newsletters |
| | Small Business | | Market Data Alerts | Tumblr |
| | Video | | News Alerts | |

Market indexes are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer LIBOR Warning: Neither BBA Enterprises Limited, nor the BBA LIBOR Contributor Banks, nor Reuters, can be held liable for any inaccuracy or inaccuracy of BBA LIBOR. Disclaimer. Morningstar: © 2011 Morningstar, Inc. All Rights Reserved. Disclaimer. The Dow Jones Indexes℠ are proprietary to and distributed by Dow Jones & Company, Inc. and have been licensed for use. All content of the Dow Jones Indexes℠ © 2011 is proprietary to Dow Jones & Company, Inc. Chicago Mercantile Association. The market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. FactSet Research Systems Inc. 2011. All rights reserved. Most stock quote data provided by BATS.

© 2011 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy. Ad choices ▷

# EXHIBIT 8



Service and Warranty Information 2006 Trucks

M-Class, R-Class, G-Class

**Items Which Are Covered:**

DEFECTS: Mercedes-Benz USA, LLC (MBUSA) warrants to the original and each subsequent owner of a new Mercedes-Benz truck that any authorized Mercedes-Benz Truck Center will make any repairs or replacements necessary, to correct defects in material or workmanship arising during the warranty period.

ANY MERCEDES-BENZ TRUCK CENTER: Any authorized Mercedes-Benz Truck Center of the owner's choice will perform warranty repairs or replacements. The vehicle should be delivered to the Mercedes-Benz Truck Center during normal service hours. A reasonable time should be allowed after taking the truck to the Mercedes-Benz Truck Center for performance of the repair.

WARRANTY PERIOD: This warranty is for 48 months or 50,000 miles, whichever occurs first.

WARRANTY STARTS: The warranty period starts on the date the truck is delivered to the first retail purchaser or put in service as a Mercedes-Benz Truck Center demonstrator or Mercedes-Benz U.S. International, Inc. (MBUSI), Mercedes-Benz Service Corporation (MBSC) or Mercedes-Benz USA, LLC (MBUSA) company truck.

WHEEL ALIGNMENT AND BALANCING: Wheel alignment and wheel balancing are covered during the first 12 months or 12,000 miles, whichever comes first, and will be performed by any authorized Mercedes-Benz Truck Center.

TIRES: The tires supplied on your truck are covered against defects in material or workmanship for the Mercedes-Benz New Truck Limited Warranty period of 4 years and/or 50,000 miles from date of delivery or when the truck was put in service. Should the tire become unserviceable for either of the above reasons, the tire will be replaced free of charge, including mounting and balancing, provided 1.6 mm of tread depth remains over the entire tread surface. Any tire replaced under warranty will be covered for the remaining portion of the New Truck Limited Warranty period only.

The tire manufacturer's warranty coverage may extend beyond the Mercedes-Benz New Truck Limited Warranty. See tire manufacturer's warranty booklet in the owner's literature package or consult with the tire manufacturer's dealer for specific details.

Tire rotations, if applicable to your vehicle tire configuration, are a required maintenance service. Not performing tire rotations may void the Mercedes-Benz tire warranty coverage. See page 7 for information on the First Tire Rotation provided at no charge at an authorized Mercedes-Benz Center courtesy of Mercedes-Benz.

**13**

# EXHIBIT 9

## Practical hints

### What to do if ...

**Vehicle status messages in the multifunction display**

Warning and malfunction messages appear in the multifunction display located in the instrument cluster.

Certain warning and malfunction messages are accompanied by an audible signal.

Address these messages accordingly and follow the additional instructions given in this Operator's Manual.

Selecting the vehicle status message memory menu in the control system (▷ page 159) displays both cleared and uncleared messages.

High-priority messages appear in the multifunction display in red color.

Certain messages of high priority cannot be cleared from the multifunction display using the reset button (▷ page 24) or button ⊘, ⊙, 🔲, or 🔲 on the multifunction steering wheel.

Other messages of high priority and messages of less immediate priority can be cleared from the multifunction display using the reset button (▷ page 24) or button ⊘, ⊙, 🔲, or 🔲 on the multifunction steering wheel. They are then stored in the vehicle status message memory (▷ page 159). Remember that clearing a message will only make the message disappear. Clearing a message will not correct the condition that caused the message to appear.



**Warning!**

All categories of messages contain important information which should be taken note of and, where a malfunction is indicated, addressed as soon as possible at an authorized Mercedes-Benz Light Truck Center.

Failure to repair condition noted may cause damage not covered by the Mercedes-Benz Limited Warranty, or result in property damage or personal injury.

**Warning!**

No message will be displayed if either the instrument cluster or the multifunction display is inoperative.

Contact the nearest authorized Mercedes-Benz Light Truck Center.

395