| | |
|---|---|
| 1 | Troy M. Yoshino, No. 197850 |
| | Chad A. Stegeman, No. 225745 |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP** |
| | 44 Montgomery Street, Suite 400 |
| 3 | San Francisco, CA 94104 |
| | Telephone: 415.989.5900 |
| 4 | Facsimile: 415.989.0932 |
| | Email: tyoshino@cbmlaw.com |
| 5 | cstegeman@cbmlaw.com |
| 6 | Attorneys for Defendant |
| | MERCEDES-BENZ USA, LLC |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJEED SEIFI AND TRACEY DEAKIN, On Behalf Of Themselves And All Others Similarly Situated<br><br>Plaintiffs,<br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | No. 12-CV-05493 (TEH)<br><br>STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; DECLARATION OF CHAD A. STEGEMAN IN SUPPORT THEREOF<br><br>[N.D. CAL. L.R. 6-2] |

## ORDER

For good cause shown, the Court hereby enters the Stipulation set forth above as the Order of the Court. The schedule in this case is hereby modified as follows:

a. The initial case management conference in this matter currently set for Monday, January 28, 2013, at 1:30 p.m. shall be continued to April 29, 2013, at 1:30 p.m.

b. The remaining deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued from January 7, 2013 (the last day to meet and confer under Rule 26(f) and to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference) and January 21, 2013 (the last day to file a Rule 26(f) Report, to complete initial disclosures or state objections in the Rule 26(f) Report, and to file a Case Management Statement), to April 8, 2013, and April 22, 2013, respectively.

**IT IS SO ORDERED**

Dated: __12/3__, 2012

By: _____
HONORABLE THELTON E. HENDERSON