IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAJEED SEIFI, et al.,

                Plaintiffs,

v.

MERCEDES-BENZ USA, LLC,

                Defendant.

NO. C12-5493 TEH

ORDER VACATING BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS

     Defendant has filed motions to transfer venue and to dismiss in this case. Both are noticed for hearing on March 4, 2013. To promote judicial economy, the Court will rule on the motion to transfer before considering the motion to dismiss. Accordingly, IT IS HEREBY ORDERED that the briefing and hearing schedule on Defendant's motion to dismiss is VACATED. If this case remains in this Court following consideration of the transfer motion, the Court will set a new briefing and hearing schedule on the motion to dismiss at that time.

**IT IS SO ORDERED.**

Dated: 2/5/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT