Roy A. Katriel (265463)
**THE KATRIEL LAW FIRM, PLLC**
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Tel:   (858) 350-4342
Fax:   (858) 430-3719
E-mail: rak@katriellaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJEED SEIFI AND TRACEY DEAKIN, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case No.  3:12-cv-5493-TEH<br><br>**DECLARATION OF MAJEED SEIFI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Hearing Date: Apr. 1, 2013<br>Time: 10:00 am<br>Courtroom: 2, 17th Floor |

I, Majeed Seifi, declare:

1. I am one of the named plaintiffs in the above-entitled action and make this Declaration in support of Plaintiffs' Opposition to Defendant's Motion To Transfer Venue. I make this Declaration of my own personal knowledge, and if called upon to do so, could and would testify as set forth herein.

2. I am the owner of a 2006 Mercedes ML-350 that is the subject of the Class Action Complaint filed in this action, and whose balance shaft gear required replacement at a cost of several thousand dollars last year when the vehicle had logged just over 70,000 miles. I purchased the vehicle from a franchised automobile dealership in Oakland, California within this judicial district, as I was at the time (and still am) a resident of Alameda County in California.

3. When I purchased the vehicle, I researched its prior history through the dealership and through Mercedes Benz, and was informed that the car had been previously serviced at Mercedes Benz of San Francisco, a Mercedes factory-authorized dealership in the City of San Francisco, as well as at independent repair service centers located in Northern California.

4. Upon purchasing the vehicle, I took it to be inspected and to have any required service performed at Mercedes-Benz of Pleasanton, another Mercedes factory-authorized dealership located in Pleasanton, California. I had several conversations with service personnel at Mercedes-Benz of Pleasanton, wherein I inquired about whether there were any issues with the engine or performance of the vehicle I had purchased. At no time did any of service advisors, mechanics, or anyone else at Mercedes-Benz of Pleasanton alert me that my vehicle was equipped with an engine that was known to have a defective balance shaft gear.

5. I continued having the vehicle serviced at Mercedes-Benz of Pleasanton, and had it in for service at that dealership on or about September 2012 when the vehicle

2

had logged approximately 70,000 miles. At no time during that service appointment did anyone at Mercedes-Benz of Pleasanton disclose to me that my vehicle's engine had an issue with the balance shaft gear.

6. Shortly after I received my vehicle back from its service appointment at Mercedes-Benz of Pleasanton, the car's "Check Engine" light illuminated. I contacted the service advisor at Mercedes-Benz of Pleasanton, who advised me that it was likely a loose fuel tank cap, and that I should remove and retighten the gas cap. Although I did so, the problem persisted. I then returned the car to Mercedes-Benz of Pleasanton, and that dealership subsequently diagnosed the issue as being a defective balance shaft gear that would require replacement at a cost of several thousand dollars. I had several conversations with personnel at Mercedes-Benz of Pleasanton in which I demanded that the repairs be covered under warranty, and in which I complained that Mercedes-Benz of Pleasanton had never alerted me during their prior inspection or maintenance of the vehicle that there was a balance shaft gear defect or issue with the car.

7. Mercedes-Benz of Pleasanton refused my demand that the required replacement and repair be covered by the warranty, and was otherwise unreceptive to my inquiries and requests.

8. Being dissatisfied with the service I received at Mercedes-Benz of Pleasanton, I took my vehicle to, Fletcher Jones Motorcars of Fremont, yet another Northern California Mercedes-Benz factory authorized dealership located in Fremont, California, to have the defective balance shaft gear replaced. Fletcher Jones did the repairs at a cost to me of approximately $5,200, which I paid.

9. As part of the replacement and repairwork done at Fletcher Jones Motorcars of Fremont, I asked to have the defective balance shaft gear returned to me, and the mechanics at Fletcher Jones Motorcars of Fremont did so. I currently have the defective part in my possession in Northern California, and even a cursory inspection of these part

(which was not possible prior to it being removed from the engine) evidences the nature of the defect to the part.

10. The following individuals are service advisors or other personnel at Mercedes-Benz dealerships who I dealt with, and who are likely to be called as witnesses to provide information about my allegations about my vehicle's condition, defective balance shaft gear, and Mercedes' failure to cover the same under warranty:

John Jackson, employed at Mercedes Benz of Oakland, CA.

Rafael Orellana, employed at Mercedes Benz of Oakland, CA

Julia Flynn, employed at Mercedes Benz of Pleasanton, CA

Jose Domingos Defrei, employed at Fletcher Jones Motorcars of Fremont, CA

11. I understand that in its motion to transfer venue, Mercedes-Benz USA, LLC suggests that I may not have ties to California, and makes reference to certain property I purportedly own in Texas and to out of state employment. In fact, this is incorrect and relies on years' old outdated information. The fact of the matter is that I used to reside in Texas and owned a house there. I, however, left Texas in December 2008 due to a job transfer and have not permanently resided in that state since that time. A subsequent job transfer in January 2011 brought my family and me to Northern California, specifically to Alameda County.

12. When I, along with my family, initially relocated to Northern California in January 2011, we rented a home in Alameda County and resided there. Thereafter, on August 2012, we purchased the single family home in which we have resided ever since and where we currently reside, located at Starview Court in Oakland, California.

13. The property located at 8700 Pauline Street in Plano in Texas referenced by Mercedes-Benz USA, LLC, was not our residence, but rather a house we purchased for our son. In any event, that house has since been sold, as my son has relocated to Southern California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 25TH day of February 2013 in the State of California.

*/s/ Majeed Seifi*
Majeed Seifi

---

5