1  Troy M. Yoshino, No. 197850
   Matthew J. Kemner, No. 188126
2  Chad A. Stegeman, No. 225745
   **CARROLL, BURDICK & McDONOUGH LLP**
3  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
4  Telephone:     415.989.5900
   Facsimile:     415.989.0932
5  Email:     tyoshino@cbmlaw.com
              mkemner@cbmlaw.com
6             cstegeman@cbmlaw.com

7  Attorneys for Defendant
   MERCEDES-BENZ USA, LLC
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 | MAJEED SEIFI AND TRACEY DEAKIN, On Behalf Of Themselves And All Others Similarly Situated | No. 12-CV-05493 (TEH) |
13 |  |  |
   | | **STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; DECLARATION OF CHAD A. STEGEMAN IN SUPPORT THEREOF; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |
14 | Plaintiffs,  v. |  |
15 | MERCEDES-BENZ USA, LLC, | |
16 | Defendant. | **[N.D. CAL. L.R. 6-2]** |

By and through their respective counsel of record, Plaintiffs Majeed Seifi and Tracey Deakin, as individuals and on behalf of all others similarly situated, and Defendant Mercedes-Benz USA, LLC ("MBUSA") stipulate and agree as follows:

**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2**

1. On May 23, 2013, the Court issued an order granting in part and denying in part MBUSA's Motion to Dismiss. Dkt. 42. In its order, the Court gave plaintiffs leave to amend their Complaint on or before June 21, 2013. *Id.*

2. Plaintiffs respectfully request, and MBUSA does not oppose, a two-week extension of the filing deadline for filing their amended complaint, which would make the amended complaint due by July 5, 2013. Likewise, plaintiffs do not oppose MBUSA's request for a corresponding two-week extension of time to file a response to the amended complaint, including a renewed Motion to Dismiss, such that the response will be due 28 days after service of the amended complaint.

3. As set forth in the accompanying declaration of Chad A. Stegeman, this extension request is being made in good faith because counsel for both plaintiffs and MBUSA will be traveling extensively on other matters in the month of June.

4. The Court has also calendared the Case Management Conference for June 24, 2013, with the Joint Case Management Statement due on June 17, 2013, and has further given the parties until June 3, 2013 to hold their Rule 26(f) conference.

5. Because the resolution of MBUSA's response to the amended complaint will remain pending by those dates, the parties further request that, in order to preserve judicial resources and promote judicial economy, the Case Management Conference be continued to August 23, 2013, with the Joint Case Management Statement due on August 16, 2013. That continuance, in turn, would grant the parties up to and until August 2, 2013 to hold their Rule 26(f) conference. The parties agree that the date for the exchange of initial disclosures, currently set for June 17, 2013, will not be changed and will go forward as scheduled.

6. Pursuant to prior stipulations between the parties, this Court has modified the dates for the Case Management Conference, the Joint Case Management Statement, and the Rule 26(f) conference pursuant to the stipulation of the parties on two prior occasions, and has previously modified the briefing and hearing schedule in connection with MBUSA's Motion to Transfer Venue. *See* Dkt. 8; Dkt. 17. This Court has also modified the briefing and hearing schedule on MBUSA's Motion to Dismiss by its own order. *See* Dkt. 15; Dkt. 28, Dkt. 35-36.

7. Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of this stipulated request for an order changing time, as the agreements set forth herein affect certain dates fixed by Court order and the Local Rules of this Court.

8. As there are no other scheduled matters in this case, the requested time modification would have no effect on the schedule for the case.

Dated: June 3, 2013         Respectfully submitted,

                            CARROLL, BURDICK & McDONOUGH LLP


                            By _____/s/_____
                                      CHAD A. STEGEMAN
                            Attorneys for Defendant
                            Mercedes-Benz USA, LLC


Dated: June 3, 2013         THE KATRIEL LAW FIRM, PLLC


                            By _____/s/_____
                                      ROY A. KATRIEL
                            Attorneys for Plaintiffs
                            Majeed Seifi and Tracey Deakin

-2-

STIPULATION TO EXTEND TIME; STEGEMAN DECL. ISO SAME; [PROPOSED] ORDER                    NO. 12-CV-05493 TEH

1 **ORDER**

2    For good cause shown, the Court hereby enters the Stipulation set forth above
3 as the Order of the Court. The schedule in this case is hereby modified as follows:
4    a.   The deadline for the filing of plaintiffs' amended complaint, currently set
5 for June 21, 2013, shall be continued to July 5, 2013.
6    b.   MBUSA shall have 28 days from the date of service of the amended
7 complaint to file and serve its response to the amended complaint.
8    c.   The initial case management conference in this matter, currently set for
9 Monday, June 24, 2013, shall be continued to August 26 [~~30~~], 2013.
10   d.   The due date for the Joint Case Management Statement, currently set for
11 June 17, 2013, shall be continued to August 19 [~~23~~], 2013.
12   e.   The last day to hold a Rule 26(f) Conference, currently set for June 3,
13 2013, shall be continued to August 2, 2013.
14   f.   The deadline for the exchange of initial disclosures, currently set for June
15 17, 2013, shall remain unchanged.
16 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

18 Dated: _____06/04_____, 2013

19 By: _____
         Judge Thelton E. Henderson
         UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*