1  Roy A. Katriel (265463)
   **THE KATRIEL LAW FIRM, PLLC**
2  12707 High Bluff Drive, Suite 200
   San Diego, CA 92130
3  Tel:   (858) 350-4342
   Fax:   (858) 430-3719
4  E-mail: rak@katriellaw.com

5  *Attorneys for Plaintiffs*

6         **UNITED STATES DISTRICT COURT**
7         **NORTHERN DISTRICT OF CALIFORNIA**

8  MAJEED SEIFI AND TRACEY
9  DEAKIN, On Behalf Of Themselves And
   All Others Similarly Situated,                Case No.  3:12-cv-5493-TEH
10
            Plaintiffs,                          **STIPULATED REQUEST TO CONTINUE
11                                               HEARING AND MODIFY BRIEFING
       vs.                                       SCHEDULE; DECLARATION OF GARY S.
12                                               GRAIFMAN IN SUPPORT THEREOF;
   MERCEDES-BENZ USA, LLC,                       [~~PROPOSED~~] ORDER**
13
            Defendant.
14

15

16         By and through their respective counsel of record, Plaintiffs Majeed Seifi and Tracey Deakin,
17
    as individuals and on behalf of others similarly situated, and Defendant Mercedes-Benz USA, LLC
18
    ("MBUSA") stipulate and agree as follows:
19
           **STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2**
20
21         1.      On May 23, 2013, the Court issued an order granting in part and denying in part

22  MBUSA's Motion to Dismiss.  Dkt. 42.  In its Order, the Court gave plaintiffs leave to amend their

23  complaint, which was timely filed on July 5, 2013.  Dkt. 46.

24         2.      On or about August 2, 2013, Defendant timely filed its Motion to Dismiss and Strike
25
    Certain Allegations (the "Motion").  Dkt. 49.
26
           3.      Plaintiffs respectfully request, and MBUSA does not oppose, an extension of the
27
28  filing deadline for Plaintiffs' Opposition to the Motion but in doing so, the brief will come due

Kantrowitz, Goldhamer
& Graifman, P.C.
747 Chestnut Ridge
Road
Chestnut Ridge, NY

**STIPULATION TO CONTINUE HEARING; GRAIFMAN DECL. ISO SAME; [PROPOSED] ORDER**   Case No. 3:12-cv-5493 TEH

1  during pre-planned vacations for Defendant's counsel. Accordingly, the Parties have agreed to

2  continue the hearing on the Motion from September 16, 2013 at 10:00 a.m., to September 30, 2013

3  at 10:00 a.m. and hereby agree upon the following dates for the filing and/or service of Plaintiffs'

4  opposition and Defendant's respective reply papers:

(a) Plaintiffs' responsive papers in opposition to the Motion shall be filed on or before August 28, 2013; and

(b) Defendant's reply papers shall be filed on or before September 16, 2013.

4. As set forth in the accompanying declaration of Gary S. Graifman, this extension request is being made in good faith because counsel for both plaintiffs and MBUSA will be traveling during the month of August.

5. Pursuant to N.D. Cal. Local R.6-2, the parties seek approval of this stipulated request for an Order changing time, as the agreements set forth herein will result in a short continuance of the return date of the Motion.

6. The requested time modification would have no effect on the remaining schedule for the case.

Dated: August 13, 2013                Respectively submitted,

                                      CARROLL, BURDICK & McDONOUGH LLP


                                      By: _s/ Chad A. Stegeman_
                                          CHAD A. STEGEMAN


                                      Attorneys for Defendant
                                      Mercedes-Benz USA, LLC

1   Dated: August 13, 2013						THE KATRIEL LAW FIRM, PLLC

						By:	*s/ Roy A. Katriel*
							ROY A. KATRIEL

							Attorneys for Plaintiffs Majeed Seifi and Tracey Deakin

# DECLARATION OF GARY S. GRAIFMAN IN SUPPORT OF STIPULATED REQUEST FOR ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS

Gary S. Graifman, declares and states as follows:

1. I am an attorney and a member of the firm Kantrowitz, Goldhamer & Graifman, P.C., and admitted pro hac vice to practice before the Court in this action. I am co-counsel for Plaintiffs in the above captioned matter. The matters referred to in this declaration are based on my best personal knowledge and belief and if called and sworn in as a witness I could and would competently testify as to each of them.

2. On August 2, 2013 Defendants filed their Motion to Dismiss Plaintiffs' Amended Complaint, which contained a return date for the hearing of September 16, 2013 at 10:00 a.m. before this Court.

3. Pursuant to the local rules, Plaintiffs opposition would have been due August 16, 2013. However, my co-counsel and the attorney principally responsible for this case, Roy Katriel, has been out of the Country and is not returning until on or about August 22, 2013. In addition, I am scheduled to be out of town August 14th through August 19th. Furthermore, Defendants have indicated that any adjustment to the schedule should take into account the fact that they also had vacation plans scheduled later in this month or for the beginning of September. Thus, all of this will impact the ability to file, respectively, the opposition and reply thereto.

4. Accordingly, as set forth in the accompanying stipulated request, the parties respectfully request that the deadline for the filing of Plaintiffs' opposition be continued to August 23, 2013, from August 16, 2013. The parties further request that the deadline for MBUSA's reply to the opposition on the Motion be set forth September 16, 2013.

Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY

5.  Based on the briefing schedule aforementioned, the parties also respectfully requested that the hearing for the motion be continued to September 30, 2013 at 10:00 a.m., from the currently scheduled date of September 16, 2013 at 10:00 a.m.

6.  The requested briefing schedule modifications and continuation of the hearing on the Motion will have no effect on any other dates scheduled in this action. The only previous time modifications in the matter to the best of my knowledge were those requested in the Stipulated Request filed by the Parties on June 3, 2013 (Dkt. 43) upon which the Court granted (i) a two week adjournment of the date to file the Amended Complaint, from June 21, 2013 to July 5, 2013; (ii) continuation of the Case Management Conference, from June 24, 2013 to August 26, 2013; (iii) adjournment of the Joint Case Management Statement filing date, from June 17, 2013, to August 19, 2013; and (iii) adjournment of the last day to hold the Rule 26(f) Conference, from June 3, 2013 to August 2, 2013.

7.  I attest that concurrence in the filing of the documents been obtained from Defendants counsel.

I declare under the penalties of perjury under the laws of said United States that the foregoing is to correct a new paragraph unnumbered executed this 13th day of August, 2013 at Chestnut Ridge, New York.

_____
Gary S. Graifman, Esq.

## **ORDER**

For good cause shown, the Court hereby enters the Stipulation set forth above as the Order of the Court. The schedule on Defendant's Motion to Dismiss and Strike Certain Allegations ("Motion") in this case is hereby modified as follows:

a. The deadline for the filing of plaintiffs' opposition to the Motion, currently set for August 16, 2013, shall be continued to August 28, 2013.

b. The date for MBUSA to file its reply papers on the Motion shall be September 16, 2013.

c. The hearing on the Motion, currently set for September 16, 2013 at 10:00 a.m, shall be continued to September 30, 2013 at 10:00 a.m.

Dated: August 15, 2013



By: _____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE