# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJEED SEIFI AND TRACEY DEAKIN, On Behalf of Themselves and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC<br><br>Defendant. | Case No.   12-CV-05493 (TEH) |

## NOTICE OF EX PARTE REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

GARY S. GRAIFMAN, hereby states as follows:

I am one of the counsel for Plaintiffs in the above-captioned action and I have participated actively in the litigation. In fact, I recently attended and defended the deposition of putative class representative Tracey Deakin, conducted in San Francisco, California on June 13, 2014.

My office is located in Chestnut Ridge, New York. I respectfully request leave to appear telephonically at the upcoming Case Management Conference, currently scheduled for July 7, 2014 at 1:30 p.m. I have informed defense counsel of the request via email and have received no opposition to the request. I attach a Proposed Order herewith for the Court's convenience.

Dated: June 27, 2014    Respectfully submitted,

s/ Gary S. Graifman
GARY S. GRAIFMAN
Kantrowitz Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel: 845-356-2570
ggraifman@kgglaw.com

CBM-MERCEDES\SF612786-3

1    **[Proposed] ORDER**

2    **WHEREAS**, a Case Management Conference is scheduled for July 7, 2014 at 1:30 p.m.
3    before the Court; and
4    **WHEREAS,** Plaintiff's counsel hereby request to appear telephonically at the above
5    referenced Case Management Conference;
6    It is hereby,
7    **ORDERED** that the above request to appear telephonically at the Case Management
8    Conference is hereby granted.

10   DATED: 06/30/2014                    _____
11                                          Hon. Thelton E. Henderson, U.S.D.J.

CBM-MERCEDES\SF612786-3                    2