1   Troy M. Yoshino, No. 197850
    Matthew J. Kemner, No. 188126
2   Chad A. Stegeman, No. 225745
    **CARROLL, BURDICK & McDONOUGH LLP**
3   44 Montgomery Street, Suite 400
    San Francisco, CA  94104
4   Telephone:     415.989.5900
    Facsimile:     415.989.0932
5   Email:     tyoshino@cbmlaw.com
               mkemner@cbmlaw.com
6              cstegeman@cbmlaw.com

7   Attorneys for Defendant
    MERCEDES-BENZ USA, LLC

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12   MAJEED SEIFI AND TRACEY              No. 12-CV-05493 (TEH)
     DEAKIN, On Behalf Of Themselves
     And All Others Similarly Situated
13                                        **STIPULATED REQUEST TO CONTINUE CASE
                                          MANAGEMENT CONFERENCE;
                     Plaintiffs,          DECLARATION OF CHAD A. STEGEMAN IN
14        v.                              SUPPORT THEREOF; [~~PROPOSED~~] ORDER**

15   MERCEDES-BENZ USA, LLC,              **[N.D. CAL. L.R. 6-2]**

16                     Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1     By and through their respective counsel of record, Plaintiffs Majeed Seifi and

2   Tracey Deakin, as individuals and on behalf of all others similarly situated, and Defendant

3   Mercedes-Benz USA, LLC ("MBUSA") stipulate and agree as follows:

4     **STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO L.R. 6-2**

5     1.     On July 7, 2014, a clerk's notice reset the July 7, 2014 case management

6   conference to July 28, 2014.  Dkt. 83.

7     2.     Due to scheduling conflicts of counsel with the July 28 hearing date as set forth

8   in the accompanying Declaration of Chad A. Stegeman, on July 8, 2014, after consultation

9   with counsel for plaintiffs, counsel for MBUSA contacted the Court to request availability

10  for a reset hearing a week later, August 4, 2014.  The Court clerk indicated the August 4

11  date was not available, but that August 11 was available.

12    3.     An August 11, 2014 case management conference poses no conflict for the

13  parties.

14    6.     Pursuant to prior stipulations between the parties, this Court has modified

15  dates pursuant to the stipulation of the parties on four prior occasions.  *See* Dkt. 8; Dkt.

16  17; Dkt. 44; Dkt. 53.  This Court also modified the briefing and hearing schedule on

17  MBUSA's Motion to Dismiss by its own order (s*ee* Dkt. 15; Dkt. 28, Dkt. 35-36) and

18  reset the July 7, 2014 cases management conference.  Dkt. 83.

19    7.     Pursuant to N.D. Cal. Local R. 6-2, the parties seek approval of this stipulated

20  request for an order changing time, as the agreement set forth herein affects a date fixed

21  by Court order.

22    8.     As there are no other scheduled matters in this case, the requested time

23  modification would have no effect on the schedule for the case.

24    Accordingly, the parties agree and stipulate that the case management conference

25  currently set for Monday, July 28, 2014, should be continued to August 11, 2014, at 1:30

26  p.m.

27    **IT IS SO STIPULATED.**

28

1

2    Dated:  July 9, 2014                    Respectfully submitted,

3                                            CARROLL, BURDICK & McDONOUGH LLP

4

5                                            By _____ /s/ _____

6                                                    CHAD A. STEGEMAN
                                             Attorneys for Defendant
7                                            Mercedes-Benz USA, LLC

8
     Dated:  July 9, 2014                    THE KATRIEL LAW FIRM, PLLC
9

10

11                                           By _____ /s/ _____
                                                     ROY A. KATRIEL
12                                           Attorneys for Plaintiffs
                                             Majeed Seifi and Tracey Deakin
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF CHAD A. STEGEMAN IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME

I, Chad A. Stegeman, declare and state as follows:

1.      I am an attorney duly licensed to practice before this Court, and am associated with Carroll, Burdick & McDonough LLP, counsel for Defendant MBUSA in the above-entitled action.  The matters referred to in this Declaration are based upon my best personal knowledge and belief, and if called and sworn as a witness, I could and would competently testify as to each of them.

2.      On July 7, 2014, a clerk's notice reset the July 7, 2014 case management conference to July 28, 2014.  Dkt. 83.

3.      Both Troy Yoshino and Chad Stegeman, Counsel for MBUSA, will be traveling out of state for hearings in other matters on July 28, 2014.

4.      Due to the scheduling conflict, on July 8, 2014, after consultation with counsel for plaintiffs, counsel for MBUSA contacted Courtroom Deputy Tana Ingle to ascertain the Court's near term availability for a reset case management conference.  Ms. Ingle indicated the Court was not available on August 4, 2014, but was available on August 11, 2014.

3.      An August 11, 2014, date for the case management conference poses no conflict for the parties.

6.      Pursuant to prior stipulations between the parties, this Court has modified dates pursuant to the stipulation of the parties on four prior occasions.  *See* Dkt. 8; Dkt. 17; Dkt. 44; Dkt. 53.  This Court has also modified the briefing and hearing schedule on MBUSA's Motion to Dismiss by its own order.  *See* Dkt. 15; Dkt. 28, Dkt. 35-36.

7.      Accordingly, as set forth in the accompanying stipulated request, the parties respectfully request that the case management conference set for July 28, 2014, be continued to August 11, 2014, at 1:30 p.m.

8.      As there are no other scheduled matters in this case, the requested time modification would have no effect on the schedule for the case.

CBM-
MERCEDES\SF632445-1

-3-

STIPULATION TO EXTEND TIME; STEGEMAN DECL. ISO SAME; [PROPOSED] ORDER                    NO. 12-CV-05493 TEH

9.     I attest that concurrence in the filing of the document has been obtained from Plaintiffs' counsel, Roy Katriel, which shall serve in lieu of their signatures on the document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of July 2014, at San Francisco, California.

/s/
_____
CHAD A. STEGEMAN

1

### ORDER

2          For good cause shown, the Court hereby enters the Stipulation set forth above

3    as the Order of the Court.  The schedule in this case is hereby modified as follows:

4          a.      The case management conference currently set for Monday, July 28,

5    2014, shall be continued to August 11, 2014, at 1:30 p.m.

6                    **PURSUANT TO STIPULATION, IT IS SO ORDERED**

7

8    Dated: _____07/09_____, 2014

9                                            By: _____

10

11

12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CBM-
MERCEDES\SF632445-1

-5-