Roy A. Katriel (SBN 265463)
THE KATRIEL LAW FIRM
4225 Executive Square, Suite 600
La Jolla, California 92037
Telephone: (858) 242-5642
Facsimile: (858) 430-3719
e-mail: rak@katriellaw.com

*Counsel for Plaintiffs*

*[additional Plaintiffs' Counsel listed on signature block]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAJEED SEIFI AND TRACEY DEAKIN, On Behalf of Themselves And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | CASE NO. 3:12-cv-5493-TEH<br><br>**DECLARATION OF ROY A. KATRIEL IN SUPPORT OFM PLAINTIFFS' POSITION IN JOINT SUBMISSION REGARDING PLAINTIFFS' MOTION TO COMPEL**<br><br>**Discovery Matter Assigned To:**<br><br>**Hon. Jacqueline Scott Corley**<br><br>**Location: Courtroom F, 15th Floor**<br><br>**Hearing Date: N/A**<br><br>**(WITH EXHIBITS 4-6 LODGED UNDER SEAL)** |

No. 3:12-cv-5493-TEH
*Seifi et. al .v. Mercedes-Benz USA, LLC*

I, Roy A. Katriel, declare:

1. I am an attorney at The Katriel Law Firm, located at 4225 Executive Square Suite 600 in La Jolla, California 92037, and am counsel of record for the Plaintiffs in the above-entitled action. I make this Declaration of my own personal knowledge and, if called upon to do so, could and would testify as set forth herein.

2. This Declaration is filed in support of Plaintiffs' position in the Joint Submission regarding a discovery dispute as to Defendant Mercedes-Benz USA, LLC's ("MBUSA") objections and position in response to Plaintiffs' document requests and interrogatories that MBUSA will not produce any documents in the possession or custody of its German parent company, Daimler AG, and will not provide any interrogatory responses based on Daimler AG's knowledge. Prior to filing this Joint Submission, I had several telephonic meet and confer sessions with MBUSA's counsel, Chad A. Stegeman, but these telephonic meet-and-confer sessions did not resolve the parties' dispute. Aside from our telephonic meet-and-confer sessions, I also raised this dispute with Mr. Stegeman when I met him in person during the Further Case Management Conference held on __ before the Honorable Thelton E. Henderson. This in-person discussion about our discovery dispute also did not resolve the matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of MBUSA's Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents propounded on Defendant MBUSA.

4. Attached hereto as Exhibit 2 is a true and correct copy of MBUSA's Objections and Responses to Plaintiffs' First Set of Interrogatories propounded on Defendant MBUSA.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Order of Magistrate Judge Hanna entered on August 5, 2014, granting the Plaintiff's motion to compel in the case styled as *Dugas v. Mercedes-Benz USA, LLC*, No. 6:12-cv-02885 (W.D. La.).

6. Attached hereto as Exhibit 4 is a true and correct copy of documents produced by MBUSA in this action bearing the Bates-stamped label SEIFIMBUSA2806 – SEIFIMBUSA2810.

7.   Attached hereto as Exhibit 5 is a true and correct copy of documents produced by MBUSA in this action bearing the Bates-stamped label SEIFIMBUSA001384-SEIFIMBUSA001386.

8.   Attached hereto as Exhibit 6 is a true and correct copy of documents produced by MBUSA in this action bearing Bates-stamped label SEIFIMBUSA002574-SEIFIMBUSA002577.

9.   Attached hereto as Exhibit 7 are true and correct copies of selected pages of the deposition transcript of Theodore Vaughan taken in the case styled as *Dugas v. Mercedes-Benz USA, LLC*, No. 6:12-cv-02885 (W.D. La.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of October 2014 in San Diego, California.

/s/ Roy A. Katriel