# **<u>EXHIBIT 2</u>**

1  Troy M. Yoshino, No. 197850
2  Matthew J. Kemner, No. 188124
   Chad A. Stegeman, No. 225745
3  **CARROLL, BURDICK & McDONOUGH LLP**
   44 Montgomery Street, Suite 400
   San Francisco, CA  94104
4  Telephone:     415.989.5900
   Facsimile:     415.989.0932
5  Email:         tyoshino@cbmlaw.com
                  mkemner@cbmlaw.com
6                 cstegeman@cbmlaw.com

7  Attorneys for Defendant
   MERCEDES-BENZ USA, LLC

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12
   MAJEED SEIFI AND TRACEY              Case No. 12-CV-05493 (TEH)
13 DEAKIN, On Behalf of Themselves and
   All Others Similarly Situated,       **DEFENDANT MERCEDES-BENZ USA,**
14                                       **LLC'S RESPONSES AND OBJECTIONS TO**
                Plaintiffs,              **PLAINTIFF MAJEED SEIFI'S FIRST SET OF**
15                                       **INTERROGATORIES**
            v.
16
   MERCEDES-BENZ USA, LLC,
17
                Defendant.
18

19

20
   PROPOUNDING PARTY:       PLAINTIFF MAJEED SEIFI
21
   RESPONDING PARTY:        DEFENDANT MERCEDES-BENZ USA, LLC
22
   SET NO.:                 ONE (NUMBERS 1-14)
23

24

25

26

27

28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                                    Case No. 12-CV-05493 (TEH)
   DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1

2        Pursuant to Rule 33 of the Federal Rules of Civil Procedure, defendant Mercedes-

3   Benz USA, LLC ("MBUSA") hereby responds and objects to plaintiff Majeed Seifi's First

4   Set of Interrogatories as follows:

5                              **GENERAL OBJECTIONS**

6        The following general objections apply to each separate interrogatory ("Request")

7   and are incorporated by reference, to the extent applicable, into each specific response, as

8   if set forth in full in each numbered response.

9        1.      MBUSA has based its responses to each Request on the assumption that

10   plaintiff, in propounding these Requests, did not intend to seek information protected

11   against discovery by the attorney client privilege, the work product doctrine, the joint

12   defense privilege, or any other judicially recognized privileges or protections.  To the

13   extent that any Requests are intended to elicit such information, MBUSA objects to them

14   and asserts all applicable privileges and protections to the fullest extent permitted by law.

15   If any information is inadvertently disclosed in response to these Requests that is properly

16   the subject of any applicable privilege or protection, such inadvertent disclosure is not to

17   be construed as a waiver of such privilege or protection.

18       2.      MBUSA objects to each and every Request to the extent it seeks disclosure

19   of information where such disclosure would violate any constitutional, statutory, or

20   common law privacy right of any individual or entity; confidentiality agreement between

21   MBUSA and any individual; confidentiality of settlement discussions or agreements; or

22   court order restricting the disclosure of information.

23       3.      In responding to plaintiff's Requests, MBUSA does not in any way intend to

24   waive, but rather preserves, the right to object on any ground as to:

25              a.      competency, relevancy, materiality and admissibility;

26              b.      the use of any of the responses in any subsequent proceedings,

27   including the trial of this or any other action; and

28              c.      any further Requests or other discovery.

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -2-                    Case No. 12-CV-05493 (TEH)
DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1    4.    MBUSA objects to each and every Request to the extent it seeks information

2 beyond the scope of discovery contemplated by Rule 26(b) of the Federal Rules of Civil

3 Procedure.

4    5.    MBUSA objects to each and every Request to the extent it seeks to require

5 MBUSA to respond on behalf of any entity other than MBUSA or to the extent it seeks

6 information not in MBUSA's possession, custody, or control.  MBUSA specifically

7 objects to plaintiff's definitions of "YOU" and "YOUR" to the extent those terms include

8 any entity other than MBUSA because inclusion of other entities besides MBUSA renders

9 such definitions overbroad, unduly burdensome, harassing, and oppressive, and Requests

10 using those definitions would impermissibly seek information not within MBUSA's

11 possession, custody, and control.  Accordingly, all responses herein are made by and on

12 behalf of MBUSA alone and no other entity or person.

13    6.    MBUSA objects to each and every Request to the extent it seeks information

14 from former employees, directors, and others who are no longer under the employment, or

15 act on behalf of, or act at the direction of, MBUSA.  Moreover, MBUSA objects to these

16 Requests to the extent they can be interpreted to seek information protected against

17 discovery by the attorney client privilege, the work product doctrine, the joint defense

18 privilege, or any other judicially recognized privilege or protection.  MBUSA asserts all

19 applicable privileges and protections to the fullest extent permitted by law.

20    7.    MBUSA objects to these Requests as unduly burdensome, harassing,

21 oppressive, and seeking information outside the proper scope of discovery and not

22 reasonably calculated to lead to the discovery of admissible evidence to the extent:

23    (a) they seek information with respect to vehicles other than putative class

24 vehicles and/or transactions that do not involve class members; and

25    (b) they seek information unrelated to the putative class as plaintiff is a

26 California resident who brings claims on behalf of himself and a putative class comprised

27 solely of California residents.

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1        -3-        Case No. 12-CV-05493 (TEH)
DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

8.     MBUSA objects to each and every Request to the extent that it seeks information presumptively within the custody or control of plaintiff or in the public domain on the grounds that each such Request is unduly burdensome, harassing, and oppressive.

9.     MBUSA's responses to plaintiff's Requests have been prepared according to the Federal Rules of Civil Procedure, pursuant to a reasonable and duly diligent investigation and search for responsive information and documents.  To the extent that these Requests purport to require more, MBUSA objects because (i) the Requests would exceed the scope of permissible discovery contemplated by the Federal Rules of Civil Procedure; and (ii) compliance with the Requests as phrased would be oppressive, harassing, and unduly burdensome.

10.     MBUSA objects to each and every Request to the extent that it calls for disclosure of trade secrets or other confidential research, development, commercial or proprietary information.  To the extent that such information is relevant to the subject matter of this litigation, and no objection otherwise has been asserted, MBUSA will provide such information upon entry of a satisfactory protective order.

11.     By submitting these responses, MBUSA does not in any way adopt plaintiff's purported definitions of words and phrases contained in plaintiff's Requests. MBUSA objects to those definitions to the extent that they are inconsistent with the ordinary and customary meaning of such words and phrases.  Likewise, MBUSA objects to plaintiff's purported definitions to the extent that they purport to impose upon MBUSA any obligations broader than, or inconsistent with, applicable discovery rules or common law.

12.     MBUSA objects to each and every Request to the extent it asks about documents or other information created or obtained after the date of plaintiff's filing of the complaint in this litigation.

13.     MBUSA has not yet completed its investigation of the facts related to this litigation.  Consequently, all of the responses contained herein are based only on such

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                                    -4-                                    Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1 information and documentation that is presently available to MBUSA and disclose only the

2 information and contentions presently known to MBUSA.  MBUSA reserves the right to

3 amend these responses, and to offer related evidence, as additional facts are ascertained,

4 analyses are made, research is completed, and contentions become apparent.

5 ## SPECIFIC RESPONSES AND OBJECTIONS TO INTERROGATORIES

6 **INTERROGATORY NO. 1:**

7     IDENTIFY the name, address and telephone number of each and every factory-

8 authorized Mercedes-Benz dealership within the State of California.

9 **RESPONSE TO INTERROGATORY NO. 1:**

10     MBUSA incorporates the general objections stated above as though set forth fully

11 in this response and also specifically objects to this Request as follows:

12     MBUSA objects to this Request as seeking information outside the permissible

13 scope of discovery, unrelated to the claims or defenses of the parties, and not reasonably

14 calculated to lead to the discovery of admissible evidence.

15     MBUSA further objects to this Request to the extent it seeks to require MBUSA to

16 respond on behalf of any entity other than MBUSA.

17     MBUSA further objects to this Request on the grounds that it seeks information in

18 plaintiff's and his counsel's possession, custody, or control or in the public domain and

19 thus equally available to plaintiff. *See Scott v. Cal. Supreme Ct.*, 2007 WL 3023276, at *1

20 (E.D. Cal. Oct. 15, 2007).

21 **INTERROGATORY NO. 2:**

22     With respect to page 2 of the document attached hereto as Exhibit 1, entitled

23 "Mercedes star bulletin" or "DTB," separately by model year, model number, and model

24 name, provide the number of vehicles that were sold or leased within the United States that

25 fall within the Model numbers identified at the top of page 1 and that were "[e]quipped

26

27

28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1      -5-      Case No. 12-CV-05493 (TEH)
DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1  with the M272 Engine Up to Serial No. 2729 . . 30 468993" (Ex. 1 hereto, at p. 2).[1]

2  Exclude from YOUR response to this Interrogatory any vehicles falling within Models

3  164.156, 204, or 216.386.

4  **RESPONSE TO INTERROGATORY NO. 2:**

5      MBUSA incorporates the general objections stated above as though set forth fully

6  in this response and also specifically objects to this Request as follows:

7      MBUSA objects to this Request and the terms "were sold or leased," "model year,"

8  "model number," and "model name" as vague, ambiguous, overbroad, unduly burdensome,

9  harassing, oppressive, seeking information outside the permissible scope of discovery,

10  unrelated to the claims or defenses of the parties, and not reasonably calculated to lead to

11  the discovery of admissible evidence.

12      MBUSA further objects to this Request to the extent it seeks to require MBUSA to

13  respond on behalf of any entity other than MBUSA or seeks information not in MBUSA's

14  possession, custody, or control.

15      MBUSA further objects to the extent this Request seeks confidential information or

16  information covered by the attorney-client privilege, the work product doctrine, business and

17  trade secret privileges, or any other privileges or immunities from discovery authorized by

18  law.

19      MBUSA further objects that the Request is overly broad and outside the scope of

20  permissible discovery because it seeks information irrelevant to the alleged defect and

21  claims asserted in the case.  The number of vehicles delineated in the Request that were

22  sold in the United States is irrelevant to a putative class action alleging claims only as to

23  owners and lessees of certain types of vehicles in California.

24

25

26  [1] Specifically, the Models identified at the top of Page 1 of Exhibit 1 hereto are:
    Model 164.156/172/186/871/886 Model 171.454/456 Model 203.052/054/056/087/092 Model
27  204.054/056/081/987 Model 209.356/372/456/472 Model 211.056/072/087/090/256/287 Model
    216.371/386 Model 219.372 Model 221.171/186 Model 230.471 Model 251.156/165.

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -6-                    Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1  **INTERROGATORY NO. 3:**

2      With respect to page 2 of the document attached hereto as Exhibit 1, entitled

3  "Mercedes star bulletin" or "DTB," separately by model year, model number, and model

4  name, provide the number of vehicles that were sold or leased within the State of

5  California that fall within the Model numbers identified at the top of page 1 and that were

6  "[e]quipped with the M272 Engine Up to Serial No. 2729 . . 30 468993." (Ex 1 hereto, at

7  p. 2). Exclude from YOUR response to this Interrogatory any vehicles falling within

8  Models 164.156, 204, or 216.386.

9  **RESPONSE TO INTERROGATORY NO. 3:**

10     MBUSA incorporates the general objections stated above as though set forth fully

11 in this response and also specifically objects to this Request as follows:

12     MBUSA objects to this Request and the terms "were sold or leased," "model year,"

13 "model number," and "model name" as vague, ambiguous, overbroad, unduly burdensome,

14 harassing, oppressive, seeking information outside the permissible scope of discovery,

15 unrelated to the claims or defenses of the parties, not reasonably calculated to lead to the

16 discovery of admissible evidence.

17     MBUSA further objects to this Request to the extent it seeks to require MBUSA to

18 respond on behalf of any entity other than MBUSA or seeks information not in MBUSA's

19 possession, custody, or control.

20     MBUSA further objects to the extent this Request seeks confidential information or

21 information covered by the attorney-client privilege, the work product doctrine, business and

22 trade secret privileges, or any other privileges or immunities from discovery authorized by

23 law.

24     MBUSA further objects to this Request on the grounds that the age of the vehicles

25 subject to this Request renders any estimate of the number of such vehicles located in

26 California unreliable because, *i.e.*, many of the vehicles have likely been resold one or

27 more times to subsequent purchasers, including those residing in other states and/or who

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -7-                    Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1  moved to other states, and some vehicles will have been taken out of service. MBUSA

2  generally would only have information about new vehicles sold by authorized dealers.

3       Subject to and without waiving the foregoing general and specific objections, and

4  based on its understanding of the interrogatory, MBUSA responses as follows: MBUSA

5  agrees to identify the number of vehicles equipped with the M272 engines subject to the

6  DTB Plaintiffs put at issue which were sold or leased in California when new, by

7  authorized dealers following entry of a protective order governing disclosure of trade

8  secret, proprietary and/or confidential information.

9  **INTERROGATORY NO. 4:**

10       With respect to the statement at page 2 of the document attached hereto as Exhibit

11  1, entitled "Mercedes star bulletin" or "DTB," that provides:

12      "The material for the balance shaft sprocket and the timing chain guide
    wheel (idler) was modified on engines past the serial numbers listed above."

13      (Ex. 1 hereto at p. 2)

14  IDENTIFY with specificity and particularity, the specific modification "to the material for

15  the balance shaft sprocket" that was "modified past the serial numbers listed above";

16  including, but not limited to: how the modified material was different than the one it

17  replaced; the identity of the supplier of both the modified material and the material being

18  modified; the date(s) on which the modification was first called for; the date the

19  modification was first implemented, and the reason for the modification(s).

20  **RESPONSE TO INTERROGATORY NO. 4:**

21       MBUSA incorporates the general objections stated above as though set forth fully

22  in this response and also specifically objects to this Request as follows:

23       MBUSA objects to this Request and the terms "specificity and particularity,"

24  "modification," "modified material," "different," "replaced," "supplier," and "material

25  being modified," "first called for," "first implemented," and "reason for the

26  modification(s)" as vague, ambiguous, unintelligible, overbroad, unduly burdensome,

27  harassing, oppressive, and seeking information outside the permissible scope of discovery,

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1              -8-              Case No. 12-CV-05493 (TEH)
DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1   unrelated to the claims or defenses of the parties, and not reasonably calculated to lead to

2   the discovery of admissible evidence.

3       MBUSA further objects to this Request on the grounds of irrelevancy.  As a whole,

4   and taking the plain meaning of the words and phrases included in this Request, the

5   Request is unrelated to the claims or defenses of the parties, and is not reasonably

6   calculated to lead to the discovery of admissible evidence.

7       MBUSA further objects to this Request because it is compound, contains multiple

8   subparts and thus constitutes more than a single interrogatory.

9       MBUSA further objects to this Request to the extent it seeks to require MBUSA to

10  respond on behalf of any entity other than MBUSA or seeks information not in MBUSA's

11  possession, custody, or control.  As plaintiffs' counsel have known for years, from both

12  this case and the previously-dismissed *Suddreth* action, MBUSA does not design or

13  manufacture the subject vehicles or any of their component parts.  MBUSA responds to

14  this Request only on behalf of itself.

15      MBUSA further objects to the extent this Request seeks confidential information or

16  information covered by the attorney-client privilege, the work product doctrine, business and

17  trade secret privileges, or any other privileges or immunities from discovery authorized by

18  law.

19      MBUSA further objects to this Request because it assumes untrue facts.

20  Specifically, the Request incorrectly assumes that MBUSA participates in and has specific

21  knowledge of the manufacturing process of Mercedes-Benz vehicles as well as their

22  internal components.

23      Subject to and without waiving the foregoing general and specific objections, and

24  based on its understanding of the interrogatory, MBUSA responds as follows:  The

25  requested information is not in MBUSA's possession, custody, or control.

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                     -9-                    Case No. 12-CV-05493 (TEH)
DEF. MERCEDES-BENZ USA, LLC's RESP. TO PLTFF. SEIFI's FIRST SET OF INTERROGATORIES

1   **INTERROGATORY NO. 5:**

2       IDENTIFY by name, address, and telephone number, each individual that authored

3   any part of Exhibit 1 hereto, stating for each such person the specific portion of Exhibit 1

4   hereto that that person authored.

5   **RESPONSE TO INTERROGATORY NO. 5:**

6       MBUSA incorporates the general objections stated above as though set forth fully

7   in this response and also specifically objects to this Request as follows:

8       MBUSA objects to this Request and the terms "authored," "any part," and "specific

9   portion" as vague, ambiguous, unintelligible, overbroad, unduly burdensome, harassing,

10  oppressive, and seeking information outside the permissible scope of discovery, unrelated

11  to the claims or defenses of the parties, and not reasonably calculated to lead to the

12  discovery of admissible evidence.

13      MBUSA further objects to this Request to the extent it seeks to require MBUSA to

14  respond on behalf of any entity other than MBUSA or seeks information not in MBUSA's

15  possession, custody, or control.  As plaintiffs' counsel have known for years, from both

16  this case and the previously-dismissed *Suddreth* action, MBUSA does not design or

17  manufacture the subject vehicles or any of their component parts.  It therefore is not an

18  "author" in the sense of having designed the repair or diagnosis instructions itself.

19      MBUSA further objects to the extent this Request seeks confidential information or

20  information covered by the attorney-client privilege, the work product doctrine, business and

21  trade secret privileges, or any other privileges or immunities from discovery authorized by

22  law.

23      MBUSA further objects to the extent this Request seeks disclosure of information

24  where such disclosure would violate the privacy rights of any individual or entity under

25  constitutional, statutory, common law or other law respecting the right of privacy and data

26  protection.

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                                   -10-                    Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1  MBUSA further objects that the Request is overly broad and outside the scope of

2  permissible discovery because it seeks information irrelevant to the alleged defect and

3  claims asserted in the case.

4  Subject to and without waiving the foregoing general and specific objections, and

5  based on its understanding of the interrogatory, MBUSA responds as follows:  Darek

6  (Dariusz) Okoniewski and Lars Andersson, employees of MBUSA, participated in

7  authoring the portion of Exhibit 1 discussing information relating to Fault Code Scenario

8  1.  MBUSA reserves the right to amend these responses as additional facts are ascertained

9  in the course of discovery.

10  **INTERROGATORY NO. 6:**

11  For each vehicle Model number identified at the top of page 1 of Exhibit 1 hereto

12  (entitled "Mercedes star bulletin" or "DTB"), other than Models 164.156, 204, and

13  216.386, that was factory "[e]quipped with the M272 Engine Up to Serial No. 2729 . . 30

14  468993," IDENTIFY the number of complaints that YOU have received, either directly or

15  indirectly, RELATING TO and/or CONCERNING the balance shaft sprocket in the

16  subject vehicles.

17  **RESPONSE TO INTERROGATORY NO. 6:**

18  MBUSA incorporates the general objections stated above as though set forth fully

19  in this response and also specifically objects to this Request as follows:

20  MBUSA objects to this Request and the terms "Model number," "complaints,"

21  "received, either directly or indirectly," and "subject vehicles" as vague, ambiguous,

22  unintelligible, overbroad, unduly burdensome, harassing, oppressive, and seeking

23  information outside the permissible scope of discovery, unrelated to the claims or defenses

24  of the parties, and not reasonably calculated to lead to the discovery of admissible

25  evidence.

26  MBUSA further objects to this Request to the extent it seeks to require MBUSA to

27  respond on behalf of any entity other than MBUSA or seeks information not in MBUSA's

28  possession, custody, or control.

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -11-                    Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1   MBUSA further objects to the extent this Request seeks confidential information or

2   information covered by the attorney-client privilege, the work product doctrine, business and

3   trade secret privileges, or any other privileges or immunities from discovery authorized by

4   law.

5   MBUSA further objects that the Request is overly broad and outside the scope of

6   permissible discovery because it seeks information irrelevant to the alleged defect and

7   claims asserted in the case.  The number of "complaints" is not geographically restricted,

8   whereas the class definition is limited only to California.  Moreover, the number of

9   "complaints" sought is not restricted to those complaints concerning the specific alleged

10  defect.

11  Subject to and without waiving the foregoing general and specific objections, and

12  based on its understanding of the interrogatory, MBUSA responds as follows:  To the

13  extent customers have contacted MBUSA about the scenario described in the DTB that is

14  set forth in plaintiffs' allegations, and such customers reported a California address that

15  might make them members of the putative class, MBUSA will provide such information

16  upon entry of a satisfactory protective order.

17  **INTERROGATORY NO. 7:**

18  Separately, for each vehicle Model number identified at the top of page 1 of Exhibit

19  1 hereto (entitled "Mercedes star bulletin" or "DTB"), other than Models 164.156, 204,

20  and 216.386, that was factory "[e]quipped with the M272 Engine Up to Serial No. 2729 . .

21  30 468993" provide the number of warranty claims YOU have received, either directly or

22  indirectly, from PERSONS within the State of California, RELATING TO and/or

23  CONCERNING the balance shaft sprocket in these vehicles, including the number of such

24  warranty claims that were fully honored or covered by YOU, rejected in whole or in part

25  by YOU.

26  **RESPONSE TO INTERROGATORY NO. 7:**

27  MBUSA incorporates the general objections stated above as though set forth fully

28  in this response and also specifically objects to this Request as follows:

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -12-                    Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1    MBUSA objects to this Request and the terms "Model number," "received, either
2    directly or indirectly," "these vehicles," "fully honored," "covered," and "rejected in whole
3    or in part" as vague, ambiguous, unintelligible, overbroad, unduly burdensome, harassing,
4    oppressive, and seeking information outside the permissible scope of discovery, unrelated
5    to the claims or defenses of the parties, and not reasonably calculated to lead to the
6    discovery of admissible evidence.

7    MBUSA further objects to this Request because it is compound, contains multiple
8    subparts and thus constitutes more than a single interrogatory.

9    MBUSA further objects to the extent this Request seeks confidential information or
10   information covered by the attorney-client privilege, the work product doctrine, business and
11   trade secret privileges, or any other privileges or immunities from discovery authorized by
12   law.

13   MBUSA further objects that the Request is overly broad and outside the scope of
14   permissible discovery because it seeks information irrelevant to the alleged defect and
15   claims asserted in the case.  The warranty claims are no longer at issue in this action.  Even
16   if the warranty claims were still at issue, the number of warranty claims is not restricted to
17   those claims concerning the specific alleged defect.  Moreover, the warranty claims sought
18   will involve vehicles from outside of California and other non-class vehicles.

19   Subject to and without waiving the foregoing general and specific objections, and
20   based on its understanding of the interrogatory, MBUSA responds as follows:  MBUSA
21   will identify the number of warranty claims about the scenario described in the DTB that is
22   set forth in plaintiffs' allegations made at California dealers by persons claiming to then
23   have California addresses upon entry of a satisfactory protective order.  The number of
24   warranty claims will, however, be overinclusive for the reasons stated above, and will
25   include items not relevant to this litigation.

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                                    -13-                    Case No. 12-CV-05493 (TEH)
DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1 **INTERROGATORY No. 8:**

2      Separately for each of the warranty claims responsive to Interrogatory No. 7 that

3 YOU did not fully honor or cover, provide the reason that YOU did not fully honor or

4 cover the warranty claim.

5 **RESPONSE TO INTERROGATORY No. 8:**

6      MBUSA incorporates the general objections stated above as though set forth fully

7 in this response and also specifically objects to this Request as follows:

8      MBUSA objects to this Request and the terms "fully honor," "cover," and "reason"

9 as vague, ambiguous, and unintelligible.  MBUSA further objects that the Request is

10 overly broad and outside the scope of permissible discovery because it seeks information

11 irrelevant to the alleged defect and claims asserted in the case.

12      MBUSA further objects to this Request to the extent it seeks to require MBUSA to

13 respond on behalf of any entity other than MBUSA or seeks information not in MBUSA's

14 possession, custody, or control.  MBUSA does not know why a particular dealership may

15 or may not provide goodwill to a customer for claims regarding the balance shaft in their

16 vehicle; the Request requires MBUSA to speculate as to those reasons.

17      MBUSA further objects that the Request calls for speculation as to the motivation

18 of independent authorized dealerships in covering some portion of costs.

19      MBUSA further objects to the extent this Request seeks confidential information or

20 information covered by the attorney-client privilege, the work product doctrine, business and

21 trade secret privileges, or any other privileges or immunities from discovery authorized by

22 law.

23      This request also is objectionable as it incorrectly assumes that MBUSA denies

24 claims made by putative class members for coverage under the warranty.  Subject to and

25 without waiving the foregoing general and specific objections, MBUSA states that dealers

26 generally decide whether to provide a customer with warranty coverage or not; if a dealer

27 declines to cover a claim, MBUSA receives no information about any warranty claim.

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -14-                    Case No. 12-CV-05493 (TEH)
DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 9:**

Other than YOUR 4 year/50,000 mile New Vehicle Limited Warranty, IDENTIFY and describe with specificity and detail any goodwill, warranty modification, warranty extension, and/or customer assistance program that you have provided and/or approved to address any complaints RELATING TO and/or CONCERNING the balance shaft sprocket of the vehicles falling within the Model numbers listed at the at the top of page 1 of Exhibit 1 hereto (entitled "Mercedes star bulletin" or "DTB"), other than Models 164.156, 204, and 216.386, that were factory "[e]quipped with the M272 Engine Up to Serial No. 2729 . . 30 468993."

**RESPONSE TO INTERROGATORY NO. 9:**

MBUSA incorporates the general objections stated above as though set forth fully in this response and also specifically objects to this Request as follows:

MBUSA objects to this Request and the terms "specificity," "detail," "warranty modification," "warranty extension," "customer assistance program," "provided," "approved," "complaints," and "Model numbers" as vague, ambiguous, unintelligible, and overbroad.  MBUSA further objects that the Request is overly broad and outside the scope of permissible discovery because it seeks information irrelevant to the alleged defect and claims asserted in the case.

MBUSA further objects to this Request to the extent it seeks to require MBUSA to respond on behalf of any entity other than MBUSA or seeks information not in MBUSA's possession, custody, or control.

MBUSA further objects to the extent this Request seeks confidential information or information covered by the attorney-client privilege, the work product doctrine, business and trade secret privileges, or any other privileges or immunities from discovery authorized by law.

Subject to and without waiving the foregoing general and specific objections, MBUSA states that there is no "program" of any type listed above.  To the extent goodwill is awarded on an ad hoc basis to any particular individual, such goodwill is reflected in the

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -15-                    Case No. 12-CV-05493 (TEH)
DEF. MERCEDES-BENZ USA, LLC's RESP. TO PLTFF. SEIFI's FIRST SET OF INTERROGATORIES

1 data MBUSA will produce in response to Interrogatory No. 7 upon entry of a satisfactory

2 protective order.

3 **INTERROGATORY NO. 10:**

4     Separately for each of the "Balance shaft sprocket repair kit" part numbers

5 identified in page 5 of Exhibit 1 that are identified in that Exhibit as Part number A272 030

6 01 13, Part number A272 030 02 13, and Part number A272 030 03 13, how many of each

7 of these kits have been sold or otherwise provided to recipients (including but not limited

8 to individuals, dealerships, garages, mechanics, or others) within the State of California.

9 **RESPONSE TO INTERROGATORY NO. 10:**

10     MBUSA incorporates the general objections stated above as though set forth fully

11 in this response and also specifically objects to this Request as follows:

12     MBUSA objects to this Request and the terms "sold," "otherwise provided,"

13 "recipients," "garages," "mechanics," and "others" as vague, ambiguous, unintelligible,

14 overbroad, unduly burdensome, harassing, oppressive, and seeking information outside the

15 permissible scope of discovery, unrelated to the claims or defenses of the parties, and not

16 reasonably calculated to lead to the discovery of admissible evidence.

17     MBUSA further objects to this Request to the extent it seeks to require MBUSA to

18 respond on behalf of any entity other than MBUSA or seeks information not in MBUSA's

19 possession, custody, or control.

20     MBUSA further objects to the extent this Request seeks confidential information or

21 information covered by the attorney-client privilege, the work product doctrine, business and

22 trade secret privileges, or any other privileges or immunities from discovery authorized by

23 law.

24     Subject to and without waiving the foregoing general and specific objections, and

25 based on its understanding of the interrogatory, MBUSA responds as follows: MBUSA

26 will provide the requested information upon entry of a satisfactory protective order. The

27 number of parts sold or provided, however, does not signify the number of parts replaced

28 as a result of the alleged defect. This number also is partially duplicative of numbers

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1      -16-      Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC's RESP. TO PLTFF. SEIFI's FIRST SET OF INTERROGATORIES

1   requested elsewhere (e.g., parts replaced under warranty), and therefore cannot be

2   cumulated with other figures.

3   **INTERROGATORY NO. 11:**

4        Separately, for each vehicle Model number identified at the top of page 1 of Exhibit

5   1 hereto (entitled "Mercedes star bulletin" or "DTB"), other than Models 164.156, 204,

6   and 216.386, that was factory "[e]quipped with the M272 Engine Up to Serial No. 2729 . .

7   30 468993" IDENTIFY the name, address, and telephone number of the supplier and

8   manufacturer of the balance shaft and balance shaft sprocket that were found on these

9   vehicles when they left the factory.

10  **RESPONSE TO INTERROGATORY NO. 11:**

11       MBUSA incorporates the general objections stated above as though set forth fully

12  in this response and also specifically objects to this Request as follows:

13       MBUSA objects to this Request and the terms "Model number," "supplier,"

14  "manufacturer," "these vehicles," and "left the factory" as vague, ambiguous,

15  unintelligible, overbroad, unduly burdensome, harassing, oppressive, and seeking

16  information outside the permissible scope of discovery, unrelated to the claims or defenses

17  of the parties, and not reasonably calculated to lead to the discovery of admissible

18  evidence.

19       MBUSA further objects to this Request to the extent it seeks to require MBUSA to

20  respond on behalf of any entity other than MBUSA or seeks information not in MBUSA's

21  possession, custody, or control. As plaintiffs' counsel have known for years, from both

22  this case and the previously-dismissed *Suddreth* action, MBUSA does not design or

23  manufacture the subject vehicles or any of their component parts. MBUSA responds to

24  this Request only on behalf of itself.

25       MBUSA further objects to the extent this Request seeks confidential information or

26  information covered by the attorney-client privilege, the work product doctrine, business and

27  trade secret privileges, or any other privileges or immunities from discovery authorized by

28  law.

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -17-                    Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1    MBUSA further objects to this Request because it assumes untrue facts.

2 Specifically, the Request assumes that MBUSA participates in and has specific knowledge

3 of the manufacturing process of Mercedes-Benz vehicles as well as their internal

4 components.

5    MBUSA further objects to this Request because it assumes untrue facts.

6 Specifically, the Request incorrectly assumes that MBUSA participates in and has specific

7 knowledge of the manufacturing process of Mercedes-Benz vehicles as well as their

8 internal components.

9    Subject to and without waiving the foregoing general and specific objections, and

10 based on its understanding of the interrogatory, MBUSA responds as follows:  The

11 requested information is not in MBUSA's possession, custody, or control.

12 **INTERROGATORY NO. 12:**

13    For each vehicle Model number identified at the top of page 1 of Exhibit 1 hereto

14 (entitled "Mercedes star bulletin" or "DTB"), state the corresponding Mercedes model

15 name, which may include numbers (e.g., Mercedes ML-350) under which the vehicle

16 Model number has been marketed and sold in the United States.

17 **RESPONSE TO INTERROGATORY NO. 12:**

18    MBUSA incorporates the general objections stated above as though set forth fully

19 in this response and also specifically objects to this Request as follows:

20    MBUSA objects to this Request and the terms "Model number," "corresponding

21 Mercedes model name," "which may include numbers," and "under which the vehicle

22 Model number has been marketed and sold in the United States" as vague, ambiguous,

23 unintelligible, overbroad, unduly burdensome, harassing, oppressive, and seeking

24 information outside the permissible scope of discovery, unrelated to the claims or defenses

25 of the parties, and not reasonably calculated to lead to the discovery of admissible

26 evidence.

27    MBUSA further objects that the Request is overly broad and outside the scope of

28 permissible discovery because it seeks information irrelevant to the alleged defect and

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -18-                    Case No. 12-CV-05493 (TEH)
DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1    claims asserted in the case.  The Request seeks information regarding a part that plaintiff

2    did not purchase or every pay to have repaired/replaced as it does not exist in plaintiff's

3    vehicle.  Plaintiff's vehicle has an M272 engine, not an M273 engine.  And plaintiff's

4    vehicle has an allegedly defective balance shaft gear, not an idle gear.  Because plaintiffs

5    lack standing to assert claims on behalf of putative class members with vehicles having

6    M273 engines, they may not engage in an impermissible fishing expedition for discovery

7    here.

8          MBUSA further objects to this Request on the grounds that it seeks information in

9    plaintiff's and his counsel's possession, custody, or control or in the public domain and

10   thus equally available to plaintiff.  *See Scott v. Cal. Supreme Ct.*, 2007 WL 3023276, at *1

11   (E.D. Cal. Oct. 15, 2007).

12         Subject to and without waiving the foregoing general and specific objections, and

13   based on its understanding of the interrogatory, MBUSA responses as follows:  MBUSA

14   identifies the following vehicle types that it has distributed since 2004 that it believes

15   originally had an M272 engine, which vehicles are at issue in the DTB referenced by

16   plaintiff.

| Number | Commercial Nameplate |
|--------|---------------------|
| 164.186 | ML350 |
| 171.454 | SLK280/300 |
| 171.456 | SLK350 |
| 203.052 | C230 |
| 203.054 | C280 |
| 203.056 | C350 |
| 203.087 | C350 4Matic |
| 203.092 | C280 Wagon 4Matic |
| 209.356 | CLK350 |
| 209.456 | CLK350 Cabriolet |

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                                -19-                        Case No. 12-CV-05493 (TEH)
DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

| 211.056 | E350 |
|---------|------|
| 211.087 | E350 4Matic |
| 211.256 | E350 Wagon |
| 211.287 | E350 4Matic Wagon |
| 251.156 | R350 |
| 251.165 | R350 4Matic |

**INTERROGATORY NO. 13:**

If any committee, task force, or any other group of persons investigated, studied, and/or analyzed the complaints or problems allegedly present in the balance shaft sprockets of any of the vehicles identified in Exhibit 1 hereto, IDENTIFY the persons making up such committee, task force, and/or group, as well as the names of any such committees, task forces, or groups.

**RESPONSE TO INTERROGATORY NO. 13:**

MBUSA incorporates the general objections stated above as though set forth fully in this response and also specifically objects to this Request as follows:

MBUSA objects to this Request and the terms "committee," "task force," "any other group of persons," "investigated," "studied," "analyzed," "complaints or problems allegedly present in the balance shaft sprockets," "making up," and "group" as vague, ambiguous, unintelligible, overbroad, unduly burdensome, harassing, oppressive, and seeking information outside the permissible scope of discovery, unrelated to the claims or defenses of the parties, and not reasonably calculated to lead to the discovery of admissible evidence.

MBUSA further objects to this Request to the extent it seeks to require MBUSA to respond on behalf of any entity other than MBUSA or seeks information not in MBUSA's possession, custody, or control.

MBUSA further objects to the extent this Request seeks confidential information or information covered by the attorney-client privilege, the work product doctrine, business and

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -20-                    Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1   trade secret privileges, or any other privileges or immunities from discovery authorized by

2   law.

3          MBUSA further objects to the extent this Request seeks disclosure of information

4   where such disclosure would violate the privacy rights of any individual or entity under

5   constitutional, statutory, common law or other law respecting the right of privacy and data

6   protection.

7          Subject to and without waiving the foregoing general and specific objections,

8   MBUSA responses as follows:  Based on its understanding of the interrogatory, MBUSA

9   did not commission a "task force," "committee," or "group" that is responsive.

10  **INTERROGATORY NO. 14:**

11         Separately for each Interrogatory propounded herein, IDENTIFY each person who

12  supplied information responsive to the Interrogatory, detailing the information that person

13  provided and the Interrogatory number that the information provided by that person was

14  responsive to.

15  **RESPONSE TO INTERROGATORY NO. 14:**

16         MBUSA incorporates the general objections stated above as though set forth fully

17  in this response and also specifically objects to this Request as follows:

18         MBUSA objects to this Request and the terms "supplied information" and

19  "detailing the information that person provided" as vague, ambiguous, unintelligible,

20  overbroad, unduly burdensome, harassing, oppressive, and seeking information outside the

21  permissible scope of discovery, unrelated to the claims or defenses of the parties, and not

22  reasonably calculated to lead to the discovery of admissible evidence.

23         MBUSA further objects to the extent this Request seeks confidential information or

24  information covered by the attorney-client privilege, the work product doctrine, business and

25  trade secret privileges, or any other privileges or immunities from discovery authorized by

26  law.

27         MBUSA further objects to the extent this Request seeks disclosure of information

28  where such disclosure would violate the privacy rights of any individual or entity under

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -21-                    Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

1   constitutional, statutory, common law or other law respecting the right of privacy and data

2   protection.

3          Subject to and without waiving the foregoing general and specific objections, and

4   based on its understanding of the interrogatory, MBUSA responses as follows:  Theodore

5   Vaughan and Lars Anderson.

6

7   Dated:  November 25, 2013            CARROLL, BURDICK & McDONOUGH LLP

8

9

10  By _____ /s/ _Troy M. Yoshino_____
                        TROY M. YOSHINO
11                  **ATTORNEYS FOR DEFENDANT**
                    **MERCEDES-BENZ USA, LLC**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                    -22-                    Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

## **VERIFICATION**

[Verification forthcoming]

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF607257-1                 -23-                 Case No. 12-CV-05493 (TEH)

DEF. MERCEDES-BENZ USA, LLC'S RESP. TO PLTFF. SEIFI'S FIRST SET OF INTERROGATORIES

*SERVICE LIST*

*SEIFI V. MERCEDES-BENZ USA, LLC*
12-CV-05493 (TEH)

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 400, San Francisco, CA 94104.

On November 25, 2013, I served true copies of the following document(s) described as **DEFENDANT MERCEDES-BENZ USA, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF MAJEED SEIFI'S FIRST SET OF INTERROGATORIES** on the interested parties in this action as follows:

Roy A. Katriel                                               Counsel for Plaintiffs
THE KATRIEL LAW FIRM
4225 Executive Square, Suite 600
La Jolla, California 92037
Telephone: (858)242-5642

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Carroll, Burdick & McDonough LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 25, 2013, at San Francisco, California.

Kelly Sanderson

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-PRODUCTS\SF609524-1