# **EXHIBIT 7**

```
                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF LOUISIANA
                    LAFAYETTE DIVISION

                        CIVIL ACTION NO. 6:12-cv-02885
                        JUDGE RICHARD T. HAIK
                        MAG. JUDGE PATRICK J. HANNA


MARIE DUGAS AND KRYSTAL       :
DORSEY,                           DEPOSITION OF:
                              :
                                  THEODORE VAUGHAN
        Plaintiffs,           :

   v.                         :

MERCEDES-BENZ USA, LLC and    :
MOSS MOTORS,
                              :

        Defendants.           :
```

TRANSCRIPT of testimony as taken by and before LAUREEN A. CHRISTONIKOS, a Certified Court Reporter, Registered Professional Reporter and Notary Public of the States of New Jersey and New York, at the MARRIOTT COURTYARD, 100 Chestnut Ridge Road, Montvale, New Jersey, on Thursday, February 27, 2014, commencing at 1:22 p.m.

```
 1   A P P E A R A N C E S:

 2


 3
         WHALEY LAW FIRM
 4       3112 Valley Creek Drive
         Suite D
 5       Baton Rouge, Louisiana 70808
         Phone:  225-302-8810
 6       BY:  JOHN RANDALL WHALEY, ESQ.
         jrwhaley@whaleylaw.com
 7       Counsel for the Plaintiffs


 8


 9
         DUCK LAW FIRM, LLC
10       5040 Ambassador Caffery Parkway
         Lafayette, Louisiana 70508
11       Phone:  337-406-1144
         BY:  KEVIN R. DUCK, ESQ.
12       Counsel for the Plaintiffs


13

         CARROLL, BURDICK & MCDONOUGH LLP
14       44 Montgomery Street
         Suite 400
15       San Francisco, California 94104-4606
         Phone:  415-989-5900
16       BY:  CHAD A. STEGEMAN, ESQ.
         cstegeman@cbmlaw.com
17       Counsel for the Defendant,
         Mercedes-Benz USA, LLC
18

19

         MCGLINCHEY STAFFORD PLLC
20       601 Poydras Street
         12th Floor
21       New Orleans, Louisiana 70130
         Phone:  504-596-2839
22       BY:  GABRIEL A. CROWSON, ESQ.
         gcrowson@mcglinchey.com
23       Counsel for the Defendant,
         Mercedes-Benz USA, LLC
24

25
```

3

```
 1       ANTHONY D. ZEPF, ESQ.
         One Mercedes Drive
 2       Montvale, New Jersey 07645
         Phone:  201-573-2299
 3       anthony-zepf@mbusa.com
         Corporate Counsel for the Defendant,
 4       Mercedes-Benz USA, LLC

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2

 3   EXAMINATION BY:                          PAGE

 4   Mr. Whaley                                 5

 5

 6

 7
                         E X H I B I T S
 8

 9   NUMBER      DESCRIPTION         IDENTIFICATION

10

11                    (None marked.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 6:12-cv-02885-RWS-JDL Document 106-4 Filed 06/23/14 Page 29 of 51 PageID #:
Case 3:12-cv-05493-TEH Document 97-7 Filed 11/02/14 Page 6 of 13
1362

29

```
 1          Q.      Same question in regard to the sprocket
 2    design, do you know if any changes were made?
 3                  MR. CROWSON:  Same objection.
 4          A.      In my discussion with the legal
 5    department.
 6          Q.      Same question in regard to material for
 7    the sprocket.
 8                  MR. CROWSON:  Same objection.
 9          A.      Again, with the legal department.
10          Q.      Did you have any conversations with
11    anyone other than Legal about changes in the design
12    or material of the sprocket?
13          A.      No.
14          Q.      Have you had any communication with
15    anyone within Daimler in your position as products
16    analysis engineer for MB USA?
17          A.      Yes.
18          Q.      Who do you -- who have you communicated
19    with at Daimler?
20          A.      With the legal department at Daimler.
21          Q.      Anyone else at Daimler outside of the
22    legal department?
23          A.      Yes.
24          Q.      Who?
25          A.      Rene Ham.
```

Case 6:12-cv-02885-RTH-PJH  Document 106-4  Filed 06/23/14  Page 30 of 51  PageID #: 1363
Case 3:12-cv-05493-TEH  Document 97-7  Filed 11/02/14  Page 7 of 13

30

```
1        Q.    Who is Rene Ham?
2        A.    He's an employee at Daimler.
3        Q.    What does he do?
4        A.    He works in global services and parts.
5        Q.    What interaction or what would be the
6   reason for the interaction between you and Rene Ham
7   in your position as products analysis engineer?
8        A.    It would relate to a case investigation
9   at the request of the legal department.
10       Q.    In your communication with Rene Ham at
11  Daimler, do you have the occasion to determine
12  certain design specifications for Mercedes-Benz
13  vehicles?
14             MR. CROWSON:  Objection.  Form.
15       A.    No.
16       Q.    Do you have -- when you're doing your
17  analysis on behalf of the legal department, do you
18  have schematics and things of that nature regarding
19  the Mercedes vehicle at issue?
20             MR. CROWSON:  Objection.  Form.
21       A.    No.
22       Q.    Do you have designs -- and I might not
23  be using the correct engineering terms, so I want to
24  make sure that the question is as broad as
25  possible -- do you have drawings or specifications
```

Case 6:12-cv-02885-RTH-PJH Document 106-4 Filed 06/23/14 Page 91 of 51 PageID #:
Case 3:12-cv-05493-TEH Document 97-7 Filed 11/02/14 Page 8 of 13
1364

31

1   or any other plans that show the specifications and
2   design attributes of Mercedes-Benz vehicles?
3           MR. CROWSON:  Objection.  Form.
4       A.  I do not.
5       Q.  Have you ever requested those?
6       A.  They may have come up in
7   investigations.
8       Q.  Those issues would not be important for
9   you in, say, an accident reconstruction?
10          MR. CROWSON:  Objection.
11  Mischaracterized his testimony.
12      A.  It depends on the case.
13      Q.  Have you ever requested such drawings
14  from Daimler?
15      A.  Through the legal department it might
16  have been advised that it could help in the
17  analysis.
18      Q.  Have you ever seen them?
19      A.  No.
20      Q.  You've never seen any drawings or
21  specifications for any Mercedes-Benz vehicle?
22      A.  For specific engineering drawings?  Is
23  that what you are asking?
24      Q.  I'm just trying to be as broad as
25  possible.

```
 1        A.     Well, it's difficult to understand the
 2   question.  If you're referring to any drawing,
 3   there's a lot of drawings.
 4        Q.     Okay.  What drawings have you seen of
 5   Mercedes-Benz vehicles in your position as products
 6   analysis engineer?
 7        A.     I mean, there's overall just kind of
 8   generic vehicle drawings.  You could call some of
 9   them pictures.
10        Q.     Okay.  What else?
11        A.     Pictures of parts.
12        Q.     Okay.  Anything else?
13        A.     I think that covers it, vehicles and
14   parts.
15        Q.     Have you ever, in your role as product
16   analysis engineer for MB USA conducting accident
17   reconstructions, ever asked for information about
18   what certain parts were made of?
19               MR. CROWSON:  Objection.  Form.
20        A.     I have not.
21        Q.     Do you know if others have?
22        A.     The legal department may have made
23   those requests.
24        Q.     And have you ever seen such
25   specifications?
```

1    A.    What specifications?
2    Q.    About the materials used in certain
3  parts of a vehicle.
4    A.    No, I haven't seen specifications.
5    Q.    That's never been important to you in
6  any of your accident reconstruction work?
7          MR. CROWSON:  Objection.
8  Mischaracterizes his testimony.
9    A.    It depends.  If that were to come to be
10 an issue, it could be.
11   Q.    Okay.  And if it came to be an issue
12 and you felt like -- to do good work on behalf of MB
13 USA as a product analysis engineer, you would request
14 those documents; right?
15   A.    I would advise the legal department.
16   Q.    And you would advise the legal
17 department of what?
18   A.    As to whether that would be important in
19 the case investigation.
20   Q.    Okay.  And if it were important in the
21 case investigation, your request would then go to
22 Legal, and then what would happen after that?
23   A.    Legal would then speak to Daimler.
24   Q.    Okay.  Are you aware of Daimler ever
25 giving documents regarding specifications of

```
 1   Mercedes-Benz vehicles to MB USA Legal?
 2        A.    What documents?
 3        Q.    Specification documents, again a broad
 4   definition.
 5              MR. CROWSON:  Objection.  Form.
 6        Q.    Specification.  Definition of
 7   specification, so any documents regarding how the car
 8   is built or the materials involved in the vehicle.
 9              MR. CROWSON:  Same objection.
10        A.    I'm aware.
11        Q.    You are aware?  When did that happen?
12        A.    In one of the cases I'm involved in.
13        Q.    Okay.  What are the parameters or the
14   specifics, rather, of that case?
15        A.    It's related to a strut.
16        Q.    Is there litigation surrounding that
17   issue or that strut?
18        A.    Yes.
19        Q.    Is it a personal injury-type litigation
20   or is it a class action or what kind of case is it?
21              MR. CROWSON:  Objection.  Form.
22        A.    It's a personal injury.
23        Q.    What's -- explain to me, what's a strut
24   on a vehicle?
25        A.    There's multiple struts on vehicles.
```

Case 6:12-cv-02885-RTH-PJH Document 106-4 Filed 06/23/14 Page 41 of 91 PageID #: 1374
Case 3:12-cv-05403-TEH Document 97-7 Filed 11/02/14 Page 12 of 13

41

```
 1   that?
 2        A.     It's a database of workshop information.
 3        Q.     Okay.  And is this database accessible
 4   to anyone or is it a membership deal, or what's the
 5   parameters of use of the Workshop Information System?
 6               MR. CROWSON:  Objection.  Form.
 7        A.     I don't understand the question.
 8        Q.     How would one look up information on the
 9   Workshop Information System?
10        A.     You would open it up and you could
11   search for various ways.
12        Q.     Is it a program, is it a web site, is it
13   a proprietary piece of information?  What is it?
14               MR. CROWSON:  Objection.  Form.
15        A.     Which question?
16        Q.     The Workshop Information System.
17        A.     Which question of that are you asking?
18        Q.     Either, you pick.
19        A.     Okay.  Repeat the question, please.
20               (The pending question is read by the
21   reporter.)
22        A.     It is a program.
23        Q.     And who is the developer of the program?
24        A.     Daimler.
25        Q.     So it is specific to Daimler vehicles?
```

1      A.     That's correct.
2      Q.     And so if one wanted to determine how
3  the balance shaft interfaces with the other parts of
4  the engine, you could determine that through use of
5  the Workshop Information System?
6      A.     Some of that information likely.
7      Q.     And you, as an MB USA employee, have
8  access to the Workshop Information System?
9      A.     Yes.
10     Q.     Is that because you are a product
11 analysis engineer?
12     A.     Yes.
13     Q.     Do other -- is use of this Workshop
14 Information System limited to only certain employees
15 of MB USA?
16     A.     I don't know that specifically.
17     Q.     Does the Workshop Information System
18 have information regarding the materials that are
19 used in certain Mercedes-Benz parts?
20            MR. CROWSON:  Objection.  Form.
21     Q.     Let me start again.  Does the Workshop
22 Information System have information regarding
23 materials -- start again.
24            Does the Workshop Information System
25 have information regarding what materials parts are