UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAJEED SEIFI, et al.,

    Plaintiffs,

v.

MERCEDES-BENZ U.S.A., LLC,

    Defendant.

Case No. 12-cv-05493-TEH

**ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**

Finding compelling reasons to protect the information in such documents from public view, the Court hereby GRANTS Plaintiffs' and Defendant's administrative motions to file documents or portions of documents under seal in relation to Plaintiffs' motion for partial summary judgment. *See* Docket Nos. 113, 117.

**IT IS SO ORDERED.**

Dated: 12/17/14

_____
THELTON E. HENDERSON
United States District Judge