UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJEED SEIFI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ U.S.A., LLC,<br><br>    Defendant. | Case No. 12-cv-05493-TEH<br><br>**ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE AND CONSOLIDATE HEARING DATES** |

The parties have stipulated to continue the hearings on Plaintiffs' motion for partial summary judgment and on the order for Defendant's counsel to show cause why monetary sanctions should not issue, currently scheduled for January 12, 2015, and a case management conference currently scheduled for February 9, 2015. Docket No. 134. The stipulation is granted as follows:

The hearings on Plaintiffs' motion for partial summary judgment and on the Court's order to show cause shall be continued until **March 2, 2015**, at **10:00 AM**.

The case management conference shall be continued until **April 13, 2015** at **1:30 PM**.

**IT IS SO ORDERED.**

Dated: 01/07/15   _____
                                                       THELTON E. HENDERSON
                                                       United States District Judge