UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAJEED SEIFI, et al.,

    Plaintiffs,

v.

MERCEDES-BENZ U.S.A., LLC,

    Defendant.

Case No. 12-cv-05493-TEH

**ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

    Plaintiffs seek relief from the Magistrate Judge's order denying their motion to compel production of documents in the possession of Daimler AG, the parent company of Defendant Mercedes-Benz U.S.A., LLC ("MBUSA"). *See* Mot. (Docket No. 131); Order (Docket No. 122). Plaintiffs' motion is DENIED for the reasons set forth below.

    Plaintiffs mistakenly assert that the Magistrate Judge's order is subject to de novo review. Mot. at 1. However, the Magistrate Judge's order regarded a nondispositive pretrial matter, as Plaintiffs' own motion recognizes. Such orders are reviewed under the "clearly erroneous or contrary to law" standard, not de novo review. 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a); Civil L.R. 72-3 Commentary.

    The order was neither clearly erroneous nor contrary to law. The Magistrate Judge applied binding Ninth Circuit precedent to adjudicate Plaintiffs' motion. *See In re Citric Acid Litig.*, 191 F.3d 1090 (9th Cir. 1999). The Magistrate Judge rejected Plaintiffs' argument that certain NHTSA regulations create a legal right for MBUSA to control the documents at issue, in part because the regulations only apply to information that is required to be reported in the context of an NHTSA investigation, and no such investigation is underway here. Order at 5. This was a reasonable application of the law, and the Court finds no error in the order.

//

//

Accordingly, Plaintiffs' motion for relief from the Magistrate Judge's nondispositive pretrial order is DENIED.

**IT IS SO ORDERED.**

Dated: 01/07/15    _____
THELTON E. HENDERSON
United States District Judge

2