Roy A. Katriel (265463)
**THE KATRIEL LAW FIRM**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Tel:    (858) 242-5642
Fax:    (858) 430-3719
E-mail: rak@katriellaw.com

Gary S. Graifman, Esq. (*pro hac vice*)
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
210 Summit Avenue
Montvale, NJ 07645
Tel:    (201) 391-7000
Fax:   (201) 307-1086
E-mail: ggraifman@kgglaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJEED SEIFI AND TRACEY DEAKIN, On Behalf Of Themselves And All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>        vs.<br><br>MERCEDES-BENZ USA, LLC,<br><br>                Defendant. | Case No.  12-cv-5493-TEH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**Judge: Hon. Thelton E. Henderson**<br>**Courtroom: 2, 17th Floor** |

1  WHEREAS, on November 24, 2015, Plaintiffs Majeed Seifi and Tracey Deakin (collectively "Plaintiffs") filed a Motion for Partial Summary Judgment As to Liability Or, In the Alternative, Summary Adjudication [Dkt. No, 107];

WHEREAS, Plaintiffs' motion was initially noticed for a hearing on January 12, 2015, which was later rescheduled to March 23, 2015 at 10:00 am.

WHEREAS, Plaintiffs have decided to withdraw without prejudice their filed motion, such that a hearing on the filed motion will not be necessary at this time:

The parties to the above-entitled action, therefore, Stipulate and Agree to the following:

1. Plaintiffs' Motion for Partial Summary Judgment As To Liability Or, In the Alternative, Summary Adjudication is hereby withdrawn without prejudice.

2. The hearing on Plaintiffs' Motion for Partial Summary Judgment As to Liability Or, In the Alternative, Summary Adjudication is hereby vacated.

Dated: March 16, 2015  　　　　　/s/ Roy A. Katriel　　　　　　
　　　　　　　　　　　　　　　Roy A. Katriel (SBN 265463)
　　　　　　　　　　　　　　　THE KATRIEL LAW FIRM
　　　　　　　　　　　　　　　4225 Executive Square, Suite 600
　　　　　　　　　　　　　　　La Jolla, CA 92037
　　　　　　　　　　　　　　　Telephone: (858) 242-5642
　　　　　　　　　　　　　　　Facsimile:   (858) 430-3719

　　　　　　　　　　　　　　　Gary S. Graifman, Esq. (*pro hac vice*)
　　　　　　　　　　　　　　　KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
　　　　　　　　　　　　　　　210 Summit Avenue
　　　　　　　　　　　　　　　Montvale, NJ 07645
　　　　　　　　　　　　　　　Tel: (201) 391-7000
　　　　　　　　　　　　　　　Fax: (201) 307-1086

　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

2

*Seifi et. al. v. Mercedes-Benz USA, LLC,*　　　　Stipulation and  [Proposed} Order Withdrawing Motion
Case No.  12-cv-5493-TEH　　　　　　　　　　　　　　　　　　　　　　　　Without Prejudice

|   |   |
|---|---|
| March 16, 2015 | /s/ Troy Yoshino<br>Troy M. Yoshino, No. 197850<br>Matthew J. Kemner, No. 188124<br>Chad A. Stegeman, No. 225745<br>CARROLL, BURDICK & McDONOUGH LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA  94104<br>Telephone: 415.989.5900<br>Facsimile: 415.989.0932<br>Email:            tyoshino@cbmlaw.com<br>                      mkemner@cbmlaw.com<br>                      cstegeman@cbmlaw.com<br><br>Attorneys for Defendant MERCEDES-BENZ USA, LLC |

*Filer's Attestation*:  The filer of this document attests that the concurrence of the signatories thereunto has been obtained.

**IT IS SO ORDERED.**

Dated: _____03/17_____, 2015      _____
                                                                         Judge Thelton E. Henderson
                                                                         United States District Court