Roy A. Katriel (265463)
**THE KATRIEL LAW FIRM**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Tel:   (858) 242-5642
Fax:   (858) 430-3719
E-mail: rak@katriellaw.com

Gary S. Graifman, Esq. (*pro hac vice*)
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
210 Summit Avenue
Montvale, NJ 07645
Tel:   (201) 391-7000
Fax:   (201) 307-1086
E-mail: ggraifman@kgglaw.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJEED SEIFI, TRACEY DEAKIN, AND RONALD REYNER, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case No.  12-cv-5493-TEH<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROY A. KATRIEL IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Judge: Hon. Thelton E. Henderson**<br>**Courtroom: 2, 17th Floor**<br>**Hearing Date:  April 27, 2015**<br>**Hearing Time: 10:00 am** |

*Seifi, et al. v. Mercedes-Benz USA, LLC*
Case No. 12-cv-5493-TEH

Decl. of Roy A. Katriel In Supp. Unopposed Motion
For Prelim. Approval Of Class Action Settlement

I, Roy A. Katriel, declare:

1. I am counsel of record for Plaintiffs in the above-entitled action, am not a party to the action, and am over the age of eighteen years. I make this Declaration of my own personal knowledge and, if called upon to do so, could and would testify as set forth herein.

2. On November 25, 2014, my co-counsel and I attended an in-person mediation session before the Honorable Edward A. Infante (Ret.), at the offices of JAMS in San Francisco, California. Also in attendance were counsel of record in this action for Defendant Mercedes-Benz USA, LLC ("MBUSA"), as well as a representative from MBUSA's in-house counsel's office. The mediation session did not result in a settlement. Magistrate Judge Infante, however, encouraged the parties to continue consulting with him after they had an opportunity to further confer with their respective clients.

3. Over the weeks and months following the mediation session before Judge Infante, the parties held numerous additional telephonic conferences with Magistrate Judge Infante. Some of these involved separate calls where only one of the parties and the mediator were on the call, while others involved joint calls with all counsel participating. In addition to these numerous and extensive telephonic conversations following the mediation, the parties also engaged in numerous e-mail exchanges with the mediator and opposing counsel. Only as a result of these extended efforts as part of vigorous, arms-length and highly contested settlement discussions did the parties eventually reach an agreement in principle to settle the class members' claims in this matter, and memorialized that agreement in principle in a Settlement Term Sheet dated January 27, 2014.

4. The parties' agreement in principle to settle the claims of the absent class members, as memorialized in the Settlement Term Sheet, left open the issue of attorneys' fees and costs. The parties did not begin any discussion about this open item of the settlement until after the Settlement Term Sheet was executed and, when they did so, they relied on the assistance and intervention of Magistrate Judge Infante. Ultimately, the open issue of attorneys' fees and costs was resolved by way of a mediator's proposal that was made by Magistrate Judge Infante on April 30, 2015, and that each party thereafter separately agreed to adopt.

5. Attached hereto as Exhibit 1 to this Declaration is a true and correct copy of the Class Settlement Agreement and Release executed by the parties and their counsel in the above-entitled action.

1

*Seifi, et al. v. Mercedes-Benz USA, LLC*　　　　　　　　　　Decl. of Roy A. Katriel In Supp. Of Unopposed Motion
Case No. 12-cv-5493-TEH　　　　　　　　　　　　　　　For Prelim. Approval Of Class Action Settlement

Exhibit 1 to this Declaration is inclusive of all exhibits to the Class Settlement and Release.

6. Attached hereto as Exhibit 2 to this Declaration is true and correct copy of the firm resume of my law firm, The Katriel Law Firm.

7. Attached hereto as Exhibit 3 to this Declaration is a true and correct copy of the firm resume of Kantrowitz, Goldhamer & Graifman, P.C., my co-counsel in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing true and correct to the best of my knowledge.

Executed this 23rd day of March 2016 in La Jolla, California.

                                                ___/s/ Roy A. Katriel_____

2

*Seifi, et al. v. Mercedes-Benz USA, LLC*  
Case No.  12-cv-5493-TEH

Decl. of Roy A. Katriel In Supp. Of Unopposed Motion  
For Prelim. Approval Of Class Action Settlement

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

*Seifi, et al. v. Mercedes-Benz USA, LLC*  
Case No.  12-cv-5493-TEH

Decl. of Roy A. Katriel In Supp. Of Unopposed Motion  
For Prelim. Approval Of Class Action Settlement