UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJEED SEIFI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCEDES-BENZ U.S.A., LLC, <br><br> Defendant. | Case No. 12-cv-05493-TEH <br><br> **DECLARATION OF LACEY RACINES RE: NOTICE PROCEDURES** |

I, **Lacey Racines**, declare:

1. I am a Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by KCC related to the notice procedures for the *Seifi v. Mercedes-Benz U.S.A., LLC* settlement following entry of the Preliminary Approval Order on April 8, 2015.


CBM-MERCEDES\SF658252-1                 1
Declaration of Lacey Racines Re: Notice Procedures

3. KCC was retained to, among other tasks, effectuate the CAFA notice, mail the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), establish a settlement website, and make the Settlement Claim Form (the "Claim Form") available on that website to Settlement Class Members. True and correct copies of the mailed Notice and the Claim Form are attached hereto as Exhibits A and B, respectively.

4. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, within 10 days of filing for preliminary settlement approval, on April 2, 2015, KCC caused CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Novato, California to the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, as well as the Attorneys General of each of the 5 recognized Territories.

5. Specifically, KCC compiled a CD-ROM that was sent with the CAFA Notice Packets containing the following documents: original Class Action Complaint (with accompanying Exhibits); First Amended Complaint (with accompanying Exhibits); Second Amended Complaint (with accompanying Exhibits); Plaintiffs' Unopposed Notice of Motion, Motion, and Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; MBUSA's Notice of Joinder and Joinder in Plaintiffs' Unopposed Request for Preliminary Approval of Class Action Settlement; Declaration of Roy A. Katriel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; [Proposed] Order Preliminarily Approving Settlement Agreement, Certifying Settlement Class, Appointing Settlement Class Counsel, Setting Hearing on Final Approval of Settlement, and Directing Notice to the Class; Notice of Pendency and Proposed Settlement of Class Action (as filed as Exhibit 1 to Class Action Settlement and Release); Settlement Claim Form (as filed as Exhibit 2 to Class Action Settlement and Release); Class Action Settlement Agreement and Release (as filed as Exhibit 1 to Declaration of Roy A. Katriel), and a cover letter (collectively, the "CAFA Notice Packet"). A true and correct copy of the cover letter is attached hereto as Exhibit C.

6. As of the date of this declaration, KCC has received no response to the CAFA Notice Packets from any of the recipients identified in paragraph 4 above.

///

///

7. On April 7, 2015, KCC received from the Defendant a computerized list of 291,854 Vehicle Identification Numbers ("VINs") for vehicles characterized as falling within the class of vehicles owned by Settlement Class Members. The Class is defined as all current and former owners and lessees of Mercedes-Benz branded automobiles equipped with M272 or M273 engines bearing serial numbers up to 2729..30 368993 or 2739 ..30 088611, found in the Subject 2005 – 2007 Model Year Vehicles respectively (the "Subject Vehicles"), who purchased or leased their Subject Vehicle within the United States.

8. Using the VINs provided by the Defendant, KCC obtained names and mailing addresses for both current and former owners of Subject Vehicles from a third-party, R.L. Polk. KCC checked the names and addresses for validity, eliminated duplications, and removed records where the Defendant or an affiliated company was listed as the owner of the vehicle, resulting in 579,578 unique names and addresses for the VINs ("Class Member List").

9. Prior to May 13, 2015, KCC caused the addresses in the Class Member List to be updated using the National Change of Address system, which updates addresses for all people who had moved during the previous four years and filed a change of address with the U.S. Postal Service. New addresses were found for 3,883 entries. The Class Member List was updated with these new addresses.

10. On or before May 13, 2015, I caused the Notice to be printed, and each of the names and addresses from the Class Member List to be printed on the last page. I then caused the Notices to be folded and sealed into a self-mailing packet for each Class Member (the "Notice Packets").

11. On May 13, 2015, I caused the 579,578 Notice Packets to be mailed by First Class postage at the U.S. Post Office in Effingham, Illinois.

12. I also caused a website to be established (http://www.BalanceShaftSettlement.com/) to provide information about the Settlement, and to allow Class Members to view and download copies of the Notice, the Settlement Agreement, and key Court documents. The website also offers the ability for a potential Class Member to verify if their VIN is part of the Class and if so, create a personalized Claim Form to print and submit by mail.

///

///

13. On May 13, 2015, the same day Notice was mailed, I caused the settlement website to become publically accessible.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 27th day of May 2015, at Novato, California.

*/s/ Lacey Racines*
Lacey Racines

CBM-MERCEDES\SF658252-1
4
Declaration of Lacey Racines Re: Notice Procedures

Exhibit A

UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA
Case No. 12-cv-05493 (TEH)

### Notice of Pendency and Proposed Settlement of Class Action

**To: Persons who have purchased or leased Mercedes-Benz vehicles Model Years 2005–2007 equipped with M272 or M273 engines bearing serial numbers up to 2729..30 468993 or 2739 ..30 088611, respectively**

Records indicate you may have owned one of the Subject Vehicles. Your rights may be affected by the Litigation and Proposed Settlement discussed in this court-authorized Notice. This Notice is to inform you of the conditional certification of a settlement class, the nature of the claims at issue, your right to participate in or exclude yourself from the class, and the effect of exercising your various options. You are not being sued.

| YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| **DO NOTHING** | If you do nothing, you will be bound by the Settlement, if it is approved. |
| **FILE A CLAIM** | Review the Settlement Claim Form to see if you are eligible to make a claim. |
| **EXCLUDE YOURSELF** | Write to the Settlement Administrator if you do not want to benefit from or be bound by this Settlement. You will not be permitted to object to the Settlement if you exclude yourself from the Settlement Class. |
| **OBJECT** | File an Objection with the Court if you are not satisfied with the Settlement but wish to remain a Settlement Class Member if the Court approves the Settlement. |
| **GO TO A HEARING** | Ask for permission to speak in Court about the fairness of the Settlement. |

Your legal rights and options – **and the deadlines to exercise them** – are explained in this Notice. Your legal rights may be affected whether you act or do not act. Please read this Notice carefully. Capitalized terms in this Notice have the same meaning as provided in the "Definitions" section of the Class Action Settlement Agreement on file with the Court and viewable at www.BalanceShaftSettlement.com.

### 1. Why did the Court issue this Notice?

This Notice is given to inform you that (1) a class action is pending before the Honorable Thelton E. Henderson entitled *Seifi, et al. v. Mercedes-Benz USA, LLC*, No. 12-cv-05493 (TEH) ("the Litigation"); (2) you may be a Settlement Class Member; (3) the parties have proposed to settle the Litigation; (4) the Proposed Settlement may affect your legal rights; and (5) you have a number of options.

### 2. What is this Litigation about?

Plaintiffs Majeed Seifi, Tracey Deakin, and Ronald Reyner allege a defect in balance shaft sprockets in M272 (V-6) engines and idle gears in M273 (V-8) engines in certain model year 2005-2007 Mercedes-Benz vehicles that causes the gears to wear prematurely. In their complaint, Plaintiffs contend that Mercedes-Benz USA, LLC ("MBUSA") had a duty to disclose this information to consumers at the time they purchased their vehicles. Based on this conduct, Plaintiffs allege claims for violations of the New Jersey Consumer Fraud Act, California's Consumer Legal Remedies Act and Unfair Competition Law.

MBUSA denies all of the material allegations made by Plaintiffs and denies any wrongdoing or liability of any kind. Among other things, MBUSA maintains that the balance shaft sprockets and idle gears are of high quality and do not violate any law. Further, MBUSA denies that the balance shaft sprockets or idle gears contain defects. Accordingly, neither this Notice nor the Proposed Settlement reflect any admission by MBUSA that there is a defect in any Mercedes-Benz vehicle or that it violated any law or rights of consumers.

### 3. How do I know if I am part of the Settlement Class?

The Court has conditionally certified a Settlement Class INCLUDING: All current and former owners and lessees of Mercedes-Benz branded automobiles model years 2005, 2006 and 2007 that are equipped with M272 or M273 engines bearing serial numbers up to 2729..30 468993 or 2739 ..30 088611, respectively (the "Subject Vehicles") who purchased or leased their Subject Vehicles within the United States. The engine serial number may appear on repair orders or invoices that you would need to make a claim. You may also enter the Vehicle Identification Number ("VIN") on the settlement website to determine if your vehicle was initially built with an engine that falls within the applicable range.

Even if you are or were the owner or lessee of a Subject Vehicle, you are EXCLUDED from the Settlement Class and *not* covered by this Settlement if you are:

a) Persons who validly and timely exclude themselves from the Settlement Class, using the procedure set forth below in Sections 9 and 10;

b) Persons who have settled with, released, or otherwise had claims adjudicated on the merits against MBUSA that are substantially similar to those alleged in this matter;

c) A member of MBUSA, its subsidiaries and affiliates, officers, directors and employees;

d) Persons who have suffered personal injury, wrongful death or property damage (to property other than the Subject Vehicle) as a result of the defects alleged;

e) Insurers or other providers of extended service contracts or warranties for the vehicles owned by Settlement Class Members; and

f) The Honorable Thelton E. Henderson and the Honorable Jacqueline Scott Corley and members of their respective families.

Model years 2005-07 of the following model vehicles *may* fall within the engine serial number range above: ML350, SLK280/300, SLK 350, C230, C280, C350, C350 4Matic, C280 Wagon 4Matic, CLK350, CLK350 Cabriolet, E350, E350 4Matic, E350 Wagon, R350, R350 4Matic, ML550 4Matic, GL450 4Matic, GL550 4Matic, CLK550, CLK550 (Cabriolet), E550, E550 4Matic, CL550, CLS550, S550, S550 4Matic, SL550. Note, however, that *not* all such vehicles have qualifying engine serial numbers. To make a valid claim, you must have (among other things) an engine serial number within the range specified above.

### 4. What are the reasons for the Settlement?

The Court did not decide in favor of the Plaintiffs or MBUSA. Instead, both sides agreed to a settlement that they believe is a fair, reasonable, and adequate compromise of their respective positions. The parties reached this agreement only after long negotiations, many exchanges of information, and independent consideration of the risks and benefits of settlement through the assistance of an experienced Mediator.

Class Counsel have considered the substantial benefits from the Settlement that will be given to the Settlement Class Members and balanced these benefits with the risk that a trial could end in a verdict for MBUSA. They also considered the value of the immediate benefit to Settlement Class Members versus the costs and delay of litigation through trial and appeals and the risk that a class would not be certified. Even if Plaintiffs were successful in these efforts, Settlement Class Members would not receive any benefits for years.

### 5. What does the Proposed Settlement provide?

**Benefits.** If the Proposed Settlement is ultimately approved by the Court, it will provide several forms of relief to Settlement Class Members. In return, the Settlement Class Members release their rights to pursue any claims against MBUSA and related entities relating to the facts at issue in this Litigation.

A. **COVERAGE FOR QUALIFIED FUTURE REPAIRS UP TO 10 YEARS OR 125,000 MILES**

MBUSA has agreed to offer to Settlement Class Members to make qualified repairs through Authorized Mercedes-Benz Dealers, if and as needed, to the sprocket of the balance shaft gear (M272 engines) or the idle gear (M273 engines): (i) contained in engines with the specified engine numbers found of the 2005-2007 model year vehicles set forth in the Settlement Agreement; and (ii) if such engines have not already received a new balance shaft sprocket/idle gear in or after November 2006. These repairs are also subject to the following conditions:

MBUSA will offer to perform the repair defined in LI03.30-P-050027 (the "LI") (viewable at www.BalanceShaftSettlement.com) upon confirmation of the need for repair of the sprocket of the balance shaft or the idle gear per the procedures specified in the LI, and also that the conditions above are met. Such consideration will be offered up to a maximum of 10 years or 125,000 miles, whichever is less (commencing from the In Service Date), subject to the limitations herein, including:

- For balance shafts or idle gears needing replacement of the part(s) that are repaired, and which repair date occurs up to and including the lesser of 8 years or 80,000 miles, MBUSA will cover 70% of the reasonable repair amount;

- For balance shafts or idle gears needing replacement of the part(s) that are repaired, and which repair date occurs up to and including the lesser of 10 years or 125,000 miles, but greater than 8 years or 80,000 miles, whichever comes first, MBUSA will cover 37.5% of the reasonable repair amount;

- For balance shafts or idle gears needing replacement of the part(s) that are repaired, and which repair date occurs after the earlier of either 10 years or after 125,000 miles, MBUSA shall not be required to offer any coverage.

All repairs must be performed by an Authorized Mercedes-Benz Dealer to be covered.

B. **REIMBURSEMENT OF COSTS FOR PRIOR REPLACEMENTS**

MBUSA agrees to reimburse Settlement Class Members who previously paid for qualified repairs to their balance shaft sprocket (M272 engines) or idle gear (M273) if such parts were produced before November 2006, because of a failure of that part, diagnosed and repaired in accord with the procedures specified in the LI up to 10 years or 125,000 miles, whichever is less (commencing from the In Service Date). Claimants also must meet the following conditions:

1. To be eligible for reimbursement, Settlement Class Members must submit a timely and validly completed Claim Form and the required documentation. You can obtain a Claim Form by entering the VIN of the Subject Vehicle on the settlement website (www.BalanceShaftSettlement.com). If the VIN is associated with an engine within the applicable serial number range, you will be linked to a Claim Form. You can also obtain a Claim Form by letter request enclosing a self-addressed, stamped envelope to *Seifi v. MBUSA* Settlement Administrator, P.O. Box 43351, Providence, RI 02940-3351.

    (a) If the repair described in the Claim Form and submitted for reimbursement meets all of the criteria in the Agreement and the repair was completed,

    - Between the lesser of 4 years or 50,000 miles up to and including the lesser of 8 years or 80,000 miles, reimbursement will total 70% the reasonable repair amount;

    - Up to and including the lesser of 10 years or 125,000 miles, but greater than 8 years or 80,000 miles, whichever comes first, reimbursement will total 37.5% of the reasonable repair amount;

    - After the earlier of either 10 years or 125,000 miles, MBUSA shall not be required to offer any reimbursement.

    (b) If the repair submitted for reimbursement was performed at an Independent Service Provider (*i.e.* a non-Authorized Mercedes-Benz Dealer), the "reasonable repair amount" will be the lesser of the actual amount charged or $4,000.

2. Any claim accruing prior to May 13, 2015, must be made on or before September 25, 2015. Any claim accruing on or after the date Notice is mailed, but before the Effective Date, must be submitted within forty-five (45) days of the date accrued. No claims for reimbursement can be made if the claim accrues on or after the Effective Date; rather, Settlement Class Members must have applicable repairs made as described in Section 5.A, above, and pursuant to the terms of this Agreement. The term "accruing" or "accrued" means the date the Settlement Class Member paid for the balance shaft sprocket or idle gear repair or replacement.

3. If the repair is required to a Subject Sprocket after the Effective Date of the Settlement, the Subject Vehicle should be brought to an Authorized Mercedes-Benz Dealer to have the repair performed under the terms of this Settlement.

4. There shall be no double recovery under the Proposed Settlement. Thus, if a Settlement Class Member received goodwill, extended warranty coverage, or any other form of coverage for the repair previously, the total amount of reimbursement shall be offset against prior amounts given, and shall not exceed the limits set forth above (*e.g.*, if the repair occurred at 7 years and 72,000 miles, and was performed at an Authorized Mercedes-Benz Dealer, but 30% of the repair was previously covered by goodwill or something else, the claimant may recover only up to 40% of the reasonable repair cost assuming other qualifications are met).

**Release.** Unless you exclude yourself from the Settlement Class, approval of this Settlement will result in a release by you of all claims against MBUSA and other related entities that arise out of or are related in any way to this Litigation. This release does not bar any claims for personal injury or damage to property other than your Settlement Class Vehicle.

**Proposed Payment to Named Plaintiffs Majeed Seifi, Tracey Deakin and Ronald Reyner.** Class Counsel has requested a payment to the class representatives Majeed Seifi, Tracey Deakin and Ronald Reyner, not to exceed $9,000 each for Messrs. Seifi and Deakin and $3,000 for Ronald Reyner. MBUSA has agreed not to oppose this request. This payment will not reduce any benefits recoverable by members of the Settlement Class. The award of any payment to any class representative is subject to the Court's approval.

### 6. Do I have a lawyer in the case?

Yes. The Court has appointed the following counsel for the Class: Roy A. Katriel of the Katriel Law Firm, 4225 Executive Square, Suite 600, La Jolla, CA 92037, and Gary S. Graifman of Kantrowitz Goldhamer & Graifman, P.C., 747 Chestnut Ridge Road, Chestnut Ridge, New York 10977; Email at: MBSettlement@kgglaw.com.

### 7. How will the lawyers for the Settlement Class be paid?

If the Court approves the Settlement, it will also determine what amount of attorneys' fees and costs should be paid to Class Counsel for their representation of Plaintiffs and the Settlement Class in this Litigation. Payment of attorneys' fees and costs to Class Counsel will not reduce any benefit available to you as part of the Settlement. MBUSA has agreed not to oppose any request by Class Counsel for attorneys' fees and costs that does not exceed the sum of $2,475,000, and to pay Class Counsel an amount to be fixed by the Court as reasonable attorneys' fees and costs, as long as the amount does not exceed $2,475,000.

### 8. What happens if I do nothing after receiving this Notice?

If you do nothing and the Court approves the Settlement, you will be bound by the terms of the Settlement and will be unable to pursue claims against MBUSA relating to the facts at issue in this Litigation.

As long as you do not request exclusion from the Settlement Class, you are entitled to the benefits described in Sections 5.A or 5.B. If you are eligible for relief under 5.B, you must complete and submit a Claim Form postmarked on or before the dates above, or your claim will not be considered. Should you need to replace your balance shaft sprocket or idle gear after the Effective Date, and your vehicle qualifies for the benefits under 5.A, you must take your car to an Authorized Mercedes-Benz Dealer and request the repair.

### 9. What does it mean to request exclusion from the Settlement Class?

If you come within the Settlement Class definition, you will be a member of the Settlement Class and will be bound by the settlement if the Court approves it unless you exclude yourself from the Settlement Class (also known as "opting out"). Being "bound by the settlement" means that you will be precluded from bringing, or participating as a claimant in, a similar lawsuit. Persons who exclude themselves from the Settlement Class will not be bound by the terms of the Settlement and will not be eligible to receive any benefits from the Settlement, but they will retain the right to sue MBUSA at their own cost.

You cannot exclude yourself from the Settlement Class and the Settlement if you wish to object to the Settlement and/or appear before the Court during the Final Approval Hearing (*see* Sections 11 and 12), as you need to be a Settlement Class Member affected by the Settlement to object or appear.

### 10. How do I request exclusion?

You may exclude yourself from the Settlement Class (*i.e.*, "opt-out") provided that your request is made in writing and postmarked on or before June 27, 2015. To exclude yourself, send a letter that (a) includes the opt-out's name, current address, and telephone number; (b) provides the Vehicle Identification Number associated with the vehicle giving rise to standing to "opt-out," the dates of ownership for said vehicle, and the sender's status as a person who would be a Settlement Class Member but for the "opt-out;" (c) provides a statement indicating an election to be excluded from the Settlement Class; and (d) is signed by the Settlement Class Member. Your written request to exclude yourself from the Settlement must be sent to *Seifi v. MBUSA* Settlement Administrator, P.O. Box 43351, Providence, RI 02940-3351.

You will only be excluded from the Settlement if your request is ***postmarked*** on or before June 27, 2015, and includes the required information. The Court shall rule on the validity of exclusions at the Final Approval Hearing, at which time they will become effective if they meet the above criteria. The date of the postmark on the return-mailing envelope shall be the exclusive means used to determine whether a request for exclusion has been timely submitted. Settlement Class Members who fail to submit a valid and timely request for exclusion on or before the date specified, shall be bound by all terms of the Settlement and the Final Order and Judgment, regardless of whether they have requested exclusion from the Settlement.

In determining whether you want to exclude yourself from the Settlement, you are advised to consult your own attorney, as there may be issues particular to your circumstances that require consideration.

## 11. What if I do not like the Settlement?

If you are a Settlement Class Member, you can object to the Settlement. You cannot ask the Court to change the terms of the Settlement; the Court can only approve or deny the Settlement. The Objection must be in writing and must (1) clearly identify the case name and number (*Seifi v. Mercedes-Benz USA, LLC*, No. 12-cv-05493 (TEH)), (2) be submitted to the Court either by mailing the materials to the Class Action Clerk, U.S. District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, or by filing them in person at any location of the U.S. District Court for the Northern District of California, and (3) be filed or postmarked on or before June 27, 2015. Copies of any such Objection papers must also be mailed within forty-five (45) days from the date of mailing of Notice (May 13, 2015) to Class Counsel and Counsel for MBUSA listed in this Notice. The Objection should: (a) set forth your full name, current address, and telephone number; (b) provide the Vehicle Identification Number associated with the vehicle giving rise to standing to make an Objection, and the dates of ownership of said vehicle; (c) state that you have reviewed the Settlement Class definition and understand that you are a Settlement Class Member, and have not opted out of the Settlement Class; (d) set forth a complete statement of all legal and factual bases for any Objection that you wish to assert; and (e) provide copies of any documents that you wish to submit relating to your position. In addition, you must indicate in writing whether you intend to appear at the Final Approval Hearing either with or without separate counsel. No Settlement Class Member shall be entitled to be heard at the Final Approval Hearing (whether individually or through separate counsel) or to object to the Settlement, and no written Objections or briefs submitted by any Settlement Class Member shall be received or considered by the Court at the Final Approval Hearing, unless written notice of the Settlement Class Member's intention to appear at the Final Approval Hearing and copies of any written Objections or briefs have been timely submitted and a copy has been mailed to the following addresses:

Class Counsel: Roy A. Katriel of the Katriel Law Firm, 4225 Executive Square, Suite 600, La Jolla, CA 92037, and Gary S. Graifman of Kantrowitz Goldhamer & Graifman, P.C., 747 Chestnut Ridge Road, Chestnut Ridge, New York 10977;

Counsel for MBUSA: Troy M. Yoshino, Carroll, Burdick & McDonough LLP, 44 Montgomery Street, Suite 400, San Francisco, California 94104.

If your Objections do not meet the requirements above, they will be deemed invalid and will be overruled.

## 12. When and where will the Court determine whether to approve the Proposed Settlement?

The Court has scheduled a Final Approval Hearing at 10:00 a.m. on August 17, 2015, at the U.S. District Court for the Northern District of California, 450 Golden Gate Avenue, Courtroom 2, 17th Floor, San Francisco, CA 94102. This hearing may be continued or rescheduled by the Court without further notice. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and will consider Class Counsel's request for attorneys' fees and expenses. The Court will also consider Objections and may grant permission for objectors to speak. The Court may decide these issues at the Final Approval Hearing or take them under consideration. We do not know how long these decisions will take.

## 13. Do I have to come to the hearing?

No. You are not required to come to the hearing but may come at your own expense.

Settlement Class Members who object to the Settlement do not need to attend the Final Approval Hearing for their Objections to be considered. If you wish to appear either personally or through your own attorney at the Final Approval Hearing, you must submit both a timely Objection and a notice of intention to appear as set forth in Section 11 above no later than June 27, 2015.

Your notice of intention to appear must include copies of any papers, exhibits, or other evidence that you or your counsel will present to the hearing. Settlement Class Members who do not timely submit a notice of intention to appear will not be allowed to speak at the Final Approval Hearing.

## 14. What if the Proposed Settlement is not approved?

If the Proposed Settlement is not granted final approval, the putative Settlement Class that has been preliminarily approved, will be decertified, the *Seifi* action will proceed without further notice, and none of the agreements set forth in this Notice will be valid or enforceable.

## 15. How do I get more information about the Proposed Settlement?

This Notice summarizes the Proposed Settlement. For the precise terms and conditions of the Settlement, please see the Settlement Agreement available at www.BalanceShaftSettlement.com, by contacting Class Counsel, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102-3489, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding holidays.

**PLEASE DO NOT TELEPHONE THE COURT, COURT CLERK'S OFFICE, MBUSA, OR MBUSA'S COUNSEL TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

By order of April 8, 2015, Judge Thelton Henderson, Judge of the United States District Court for the Northern District of California, assigned.

*Seifi v. MBUSA* Settlement Administrator
P.O. Box 43351
Providence, RI 02940-3351

«Barcode»
Claim #: MSE-«ClaimID»    «MailRec»
Code: «UniqueCode»
«First1» «Last1»
«co»
«Addr1» «Addr2»
«City», «ST» «Zip»
«Country»

**MSE**

# Exhibit B

Seifi v. MBUSA Settlement Administrator
P.O. Box 43351
Providence, RI 02940-3351

# MSE

«Barcode»
Claim #: MSE-«ClaimID» «MailRec»
Code: «UniqueCode»
«First1» «Last1»
«co»
«Addr1» «Addr2»
«City», «ST» «Zip»
«Country»

## SETTLEMENT CLAIM FORM

*Seifi, et al. v. Mercedes-Benz USA, LLC*, Case No. 12-cv-05493 (TEH)

**Please read the Notice of Pendency and Proposed Settlement of Class Action ("Notice")
AND all of the following instructions carefully before filling out your Claim Form.**

To determine whether you are a Settlement Class Member eligible to make a claim, or for more information regarding the class action settlement, please first visit www.BalanceShaftSettlement.com. If you still have questions regarding the claims process, e-mail Admin@balanceshaftsettlement.com.

1. Capitalized terms in this Claim Form have the same meaning as provided in the "Definitions" Paragraph of the Class Action Settlement Agreement and Release, on file with the Court, and also available at the website above.

2. Type or print legibly in black ink. Do not use any highlighters. Provide **all** requested information to make a claim, attach supporting documentation (*i.e.*, repair orders or invoices), and sign all applicable certifications. You must use a separate Claim Form for each vehicle you believe qualifies.

3. You are eligible to make a claim in this litigation **only** if (1) you are a current or former owner or lessee of a Mercedes-Benz branded automobile equipped with a M272 or M273 engine bearing serial numbers up to 2729..30 468993 or 2739..30 088611, respectively (the "Subject Vehicle"), who purchased or leased the Subject Vehicle within the United States; (2) you are not requesting exclusion from the Settlement Class; (3) you have not settled with, released, or otherwise had claims adjudicated on the merits against Mercedes-Benz USA, LLC ("MBUSA") similar to those described in the Notice; (4) you are not otherwise excluded from the Settlement Class as described in the Notice; and (5) you otherwise meet the requirements specified in this Claim Form and the Settlement Agreement.

   Model years 2005-07 of the following model vehicles **may** fall within the engine serial number range above: ML350, SLK280/300, SLK 350, C230, C280, C350, C350 4Matic, C280 Wagon 4Matic, CLK350, CLK350 Cabriolet, E350, E350 4Matic, E350 Wagon, R350, R350 4Matic, ML550 4Matic, GL450 4Matic, GL550 4Matic, CLK550, CLK550 (Cabriolet), E550, E550 4Matic, CL550, CLS550, S550, S550 4Matic, SL550. Note, however, that **not** all such vehicles have qualifying engine serial numbers. To make a valid claim, you must have (among other things) an engine serial number within the range specified above.

4. You cannot make a claim for reimbursement for any expense if you already received reimbursement for it up to the limits specified in Section 4 of the Settlement Agreement; there is no double recovery permitted.

5. If you are claiming reimbursement for more than one repair, please fill out a Claim Form for each repair separately. Multiple Claim Forms can be submitted in the same package, mailed to the address below—but each Claim Form should describe only one repair.

6. You must submit your Claim Form under penalty of perjury by mail. If you are submitting a claim for a repair that occurred before May 13, 2015, you must send your completed Claim Form and copies of any supporting documents **postmarked by** September 25, 2015. If you are submitting a claim for a repair on or after May 13, 2015, but before the Effective Date of the Settlement, you have forty-five (45) days from the date the repair was completed to submit your claim. The postmark on the envelope will determine the timeliness of the claim, and the Claim Form should be mailed to *Seifi v. MBUSA* Settlement Administrator, P.O. Box 43351, Providence, RI 02940-3351. The "Effective Date" of the Settlement is the date that the Court grants final approval to the Settlement and any time to appeal has expired, or any appeal which may have been taken has been withdrawn or concluded in a manner that conclusively affirms the Final Order and Judgment.

7. Reimbursement, if any, will be made in accordance with the Settlement Agreement given the information you provide herein and from the attached documentation you submit, as well as independent investigation.

Keep a copy of your completed Claim Form and all supporting documents. Any documents you submit with your Claim Form will not be returned. Do not send original documents. If your claim is rejected for any reason, you will be notified.

  MSEPOC1 

## PART A — PERSONAL INFORMATION

Name: _____

Address: _____

City, State, Zip Code: _____

Company Name (if company vehicle): _____

Daytime Phone Number: (_____) _____

Vehicle Model and Model Year: _____

Names of Any Joint Owner(s) of the Vehicle: _____

Engine Serial Number -- You can typically find the engine serial number in the repair order.

Vehicle Identification Number ("VIN")

Dates you owned/leased the vehicle (mm/dd/yyyy – mm/dd/yyyy)

## PART B — REIMBURSEMENT FOR SPROCKET REPAIRS

Date of replacement of balance shaft sprocket or idle gear (mm/dd/yyyy): _____ Mileage at the time of replacement: _____

Name and address of facility diagnosing and making the repair: _____

You must attach (1) proof of ownership of the vehicle at the time of repair, (2) the repair order or invoice associated with the repair establishing per the procedures specified in the LI that the vehicle required repairs to the balance shaft sprocket or idle gear and that the required replacement was performed, and (3) proof of payment for the amount paid by you for which you seek reimbursement (*e.g.*, receipt).

Was the balance shaft sprocket or idle gear that was replaced the original "Subject Sprocket" (defined in the Settlement Agreement) that came with the Subject Vehicle, or if a replacement part, was the part a "Subject Sprocket" (*i.e.*, produced prior to November 2006)?  Yes ☐ No ☐

**When the repair was made, was the vehicle more than 10 years past its In Service Date or did the odometer register 125,000 miles or more? If yes, you cannot make a claim.**

1. Only repairs associated with the replacement of the balance shaft sprocket or idle gear may be claimed. How much of the amount listed in the repair order/invoice is associated with the balance shaft sprocket or idle gear replacement?

   _____

2. Was the repair made by an Authorized Mercedes-Benz Dealer?  Yes ☐ No ☐

3. At the time of the repair, did you have any warranty coverage (e.g., extended warranty, certified pre-owned warranty) that covered any part or the whole of the cost of repair, or did you receive any "goodwill" from the dealership or MBUSA to help cover part of the repair, or did you receive payment assistance from any other party (e.g., insurance, third party warranty) towards the cost of the repair?

   If yes, list the source(s) of payment(s) and amount received from all other sources?

   _____

   Please list and describe the documents you are attaching to support your claim:

   _____

## PART C — CERTIFICATION

*I certify <u>under penalty of perjury</u> that the following information is true and correct:*

1. I am a Settlement Class Member and the rightful owner of the claim described in this Claim Form;
2. The documents described in Part B above and provided with this Claim Form are true and accurate copies showing the repairs or replacements conducted to replace the balance shaft sprocket or idle gear in my Subject Vehicle, as well as the amounts I paid for all expenses and amounts for which I am now claiming reimbursement;
3. My Subject Vehicle was maintained in accordance with the guidelines set forth by the manufacturer;
4. All information that I provided is true and correct to the best of my knowledge and belief; and,
5. I agree to allow Mercedes-Benz to inspect my vehicle to verify the authenticity of my claim.

Consistent with Paragraph 6.4 of the Settlement Agreement, I confirm my agreement to the Release Obligations enumerated in Paragraphs 4.10-4.17 of the Settlement Agreement, and consent to the dismissal of any pre-existing action or proceeding relating to Subject Vehicles containing the Subject Sprockets, whether brought by me or by others on my behalf.

*If more than one person has rights to the claims asserted, the Claim Form must be signed by all persons.*

_____          ____/____/____
Signature of Claimant                                      Date (mm/dd/yyyy)

_____          ____/____/____
Signature of Claimant                                      Date (mm/dd/yyyy)

_____          ____/____/____
Signature of parent or guardian (if Claimant is a minor)   Date (mm/dd/yyyy)

*MSE«ClaimID»*     «ClaimID»          MSEPOC1

# Exhibit C

April 2, 2015

## Notice Pursuant to 28 U.S.C. § 1715 of Proposed Class Action Settlement in
*Seifi v. Mercedes-Benz USA, LLC.*
Case No. 12-cv-05493-TEH (USDC—N.D. Cal.)

*VIA PRIORITY MAIL*

To All Appropriate Federal and State Officials:

You are receiving this Notice because Mercedes-Benz USA, LLC ("MBUSA"), defendant in the above-referenced action, has determined that you may be an "appropriate Federal official" or an "appropriate State official" requiring Notice of this Proposed Class Action Settlement pursuant to 28 U.S.C. § 1715. If you are not the proper authority, please forward this notice as appropriate or immediately notify the undersigned.

The proposed class action settlement enclosed herein resolves a class action lawsuit brought by Majeed Seifi, Tracey Deakin, and Ronald Reyner, who allege a defect in balance shaft sprockets in M272 (V-6) engines and idle gears in M273 (V-8) engines in certain model year 2005-2007 Mercedes-Benz vehicles that causes the gears to wear prematurely. Defendant denies any liability in this matter.

The Settlement Agreement was filed with the United States District Court for the Northern District of California on March 23, 2015, making this Notice timely and in accordance with the provisions of 28 U.S.C. § 1715.

Pursuant to 28 U.S.C. § 1715(b), MBUSA is providing a complete copy of the Settlement Agreement on the enclosed CD together with the other information, and where applicable, documents, specifically requested by subsections (1) through (8) of section 1715(b):

1. **A copy of the complaint in the above-referenced action.** Plaintiffs Majeed Seifi and Tracey Deakin filed their original complaint in the U.S. District Court for the Northern District of California on October 24, 2012. After Rule 12 motions, Plaintiffs amended the complaint, and amended once again later to add plaintiff Ronald Reyner and assert other claims. A copy of the plaintiffs' Second Amended Complaint (the operative complaint) is provided on the enclosed CD. Copies of the original Complaint and First Amended Complaint are also enclosed.

2. **Notice of all currently scheduled hearings.** The Court has scheduled a hearing on a Motion for Preliminary Approval of the proposed settlement on April 27, 2015. It is anticipated that the Court may set other dates (*e.g.*, for the final approval hearing) at this preliminary approval hearing, but no such dates have been scheduled yet. If the Court preliminarily approves the proposed settlement and authorizes dissemination of notice to the proposed settlement class, you will be able to obtain information about the date of any other anticipated hearings through the Northern District's electronic filing system (PACER) available at https://ecf.cand.uscourts.gov/cgi-bin/login.pl. For your convenience, copies of the Motion for Preliminary Approval documentation and proposed Order are included on the enclosed CD.

3. **Proposed notification to settlement class members of: (a) the existence of a proposed settlement in the above-referenced action; and (b) their right to request exclusion from the class action and proposed settlement.** Copies of the proposed Notice and claim form (filed as Exhibits 1 and 2, respectively, to the Settlement Agreement) are enclosed on the accompanying CD. This notice has been submitted to the Court for approval, along with the Settlement Agreement itself and the other exhibits to that agreement.

4. **Proposed class action settlement.** A copy of the proposed Settlement Agreement is enclosed on the accompanying CD, along with all exhibits to the agreement.

5. **Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants.** Other than the agreements reflected in the proposed Settlement Agreement (provided under Item 4), there are no settlement or other contemporaneous agreements between class counsel and defense counsel.

6. **Any final judgment or notice of dismissal.** As the proposed settlement is still pending approval by the Court, there is no final judgment or notice of dismissal at this time.

7. **A reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.** Pursuant to 28 U.S.C. § 1715(b)(7)(A), it is not feasible at this time to provide the names of each class member who resides in each state. That is, the parties do not presently know the names or current addresses of all of the proposed settlement class members and will not learn this information until the Settlement is approved and the Court authorizes dissemination of such information to allow for notice to class members. Accordingly, pursuant to 28 U.S.C. § 1715(b)(7)(B) MBUSA has made a reasonable estimate of the number of class members residing in each state of the United States, based on the States in which vehicles were sold, and the estimated proportionate share of the claims of each such members as it relates to the entire settlement. Please find attached to this letter Exhibit A, which is a compilation setting forth those estimates.

The proposed settlement is proceeding on a "claims-made" basis, meaning that class members will share in the settlement if they file a valid claim or properly present their vehicle for service under the extended warranty described in the proposed settlement. MBUSA has no reason to believe that proposed settlement class members will take actions to benefit from the settlement disparately based on their geographic residence, so it estimates that the proportionate share of claims from each state will be roughly equivalent to the percentage indicated on the attached document.

8. **Any written judicial opinion related to the materials described in Items 3 through 6.** As the proposed settlement is still pending approval by the Court, there are no such opinions available at this time.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please notify the undersigned immediately so that MBUSA can address any concerns you may have.

Respectfully submitted,

Troy M. Yoshino
Carroll, Burdick & McDonough LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Attorneys for Defendant
Mercedes-Benz USA, LLC

Enclosure: CD
1. Report of Vehicles Sold by State
2. Settlement Agreement with Exhibits, Including Proposed Class Notice (on CD)
3. Plaintiffs' Second Amended Complaint, with Exhibits (on CD)
4. Plaintiffs' Original and First Amended Complaints, with Exhibits (on CD)