1

2
UNITED STATES DISTRICT COURT

3
NORTHERN DISTRICT OF CALIFORNIA

4
SAN FRANCISCO DIVISION

5

6
MAJEED SEIFI, TRACEY DEAKIN, and
RAYMOND REYNER, On Behalf of

7
Themselves and All Others Similarly Situated,

8
Plaintiffs,

9
v.

10
MERCEDES-BENZ USA, LLC,

11
Defendant.

12

Case No. 12-CV-05493 (TEH)

[~~PROPOSED~~] JUDGMENT AND
DISMISSAL WITH PREJUDICE

**Hon. Thelton E. Henderson**
**Courtroom: 2, 17th Floor**
**Hearing Date:  August 17, 2015**
**Hearing Time: 10:00 am**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    For the reasons set forth in the Order Granting Final Approval entered on August

2  17, 2015, all claims against defendant Mercedes-Benz USA, LLC are dismissed with

3  prejudice as to the Representative Plaintiffs and as to all Settlement Class Members not

4  opting out of this Settlement.  Each Settlement Class Member not opting out of the

5  Settlement to this action shall be deemed to have granted Released Parties as defined in

6  section 4.10 of the Settlement Agreement a release of claims in accordance with sections

7  1.21 and 4.10-4.17 of the Settlement Agreement.  The Clerk is directed to enter this Final

8  Judgment pursuant to Federal Rule of Civil Procedure 54(a).

9

10    **IT IS SO ORDERED.**

11

12  Dated:  ___August 17___ , 2015

13                                                        _____
    HON. THE...
    UNITED ST... ...CT JUDGE



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT AND DISMISSAL