1

2                          UNITED STATES DISTRICT COURT

3                         NORTHERN DISTRICT OF CALIFORNIA

4                              SAN FRANCISCO DIVISION

5

6  MAJEED SEIFI, TRACEY DEAKIN, and            Case No. 12-CV-05493 (TEH)
   RAYMOND REYNER, On Behalf of
7  Themselves and All Others Similarly Situated,   [~~PROPOSED~~] **JUDGMENT AND**
                                                **DISMISSAL WITH PREJUDICE**
8                 Plaintiffs,
                                                **Hon. Thelton E. Henderson**
9        v.                                     **Courtroom: 2, 17th Floor**
                                                **Hearing Date:  August 17, 2015**
10  MERCEDES-BENZ USA, LLC,                     **Hearing Time: 10:00 am**

11                 Defendant.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                         Case No. 12-CV-05493 (TEH)

                        [~~PROPOSED~~] JUDGMENT AND DISMISSAL

1    For the reasons set forth in the Order Granting Final Approval entered on August

2  17, 2015, all claims against defendant Mercedes-Benz USA, LLC are dismissed with

3  prejudice as to the Representative Plaintiffs and as to all Settlement Class Members not

4  opting out of this Settlement.  Each Settlement Class Member not opting out of the

5  Settlement to this action shall be deemed to have granted Released Parties as defined in

6  section 4.10 of the Settlement Agreement a release of claims in accordance with sections

7  1.21 and 4.10-4.17 of the Settlement Agreement.  The Clerk is directed to enter this Final

8  Judgment pursuant to Federal Rule of Civil Procedure 54(a).

9

10    **IT IS SO ORDERED.**

11

12  Dated:  August 17 , 2015



13                                                    HON. THE
    UNITED ST                    JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-CV-05493 (TEH)

[~~PROPOSED~~] JUDGMENT AND DISMISSAL